1   Lincoln D. Bandlow (SBN 170449)
    lbandlow@lathropgage.com
2   LATHROP & GAGE LLP
    1888 Century Park East, Suite 1000
3   Los Angeles, California 90067
    Telephone: (310) 789-4600
4   Fax: (310) 789-4601

5
    Attorneys for Defendants
6   NATIONAL RIFLE ASSOCIATION,
    WAYNE LAPIERRE
7

8                **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11
    PATRICK A. MISSUD, and those          CASE NO. :
12  similarly situated,

13                                         **NOTICE OF REMOVAL**
                 Plaintiff,
14                                         **(FEDERAL QUESTION AND**
          vs.                              **DIVERSITY JURISDICTION)**
15
    WAYNE LAPIERRE; NATIONAL               Complaint Filed: Dec. 23, 2013
16  RIFLE ASSOCIATION; DOES 1-200.         Case Removed: San Francisco
                                                         Superior Court No.
17               Defendants.                              CGC-13-536370

18

19

20

21  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

22       PLEASE TAKE NOTICE that defendants Wayne LaPierre ("LaPierre") and the

23  National Rifle Association ("NRA") collectively referred to as "Defendants" herein,

24  hereby remove to this Court the state court action described below.

25                      **RELEVANT BACKGROUND**

26       1.    On December 23, 2013 an action was commenced in the Superior Court

27  of the State of California in and for the County of San Francisco, entitled *Patrick A.*

28                                    1

1  *Missud and Those Similarly Situated v. Wayne LaPierre et al.* as Case Number CGC-
2  13-536370 (the "State Action"). The plaintiffs, Patrick A. Missud ("Missud" or
3  "Plaintiff") and "Those Similarly Situated," named as defendants Wayne LaPierre and
4  the National Rifle Association. On February 10, 2014, the summons was issued. A
5  copy of the summons and complaint is attached hereto as Exhibit "A."

6        2.     In September of 2012, this Court declared Missud a vexatious litigant.
7  *Missud v. San Francisco Superior Court*, No. 3:12-cv-03117-WHA, 2012 U.S. Dist.
8  LEXIS 137351, at *9-10 (N.D. Cal. Sept. 24, 2012). In 2013, the Court expanded the
9  vexatious litigant order to make all of Missud's filings in this district subject to pre-
10 filing review and fined $100 Missud for violation of Federal Rule of Civil Procedure
11 Rule 11 and the 2012 vexatious litigant order. *Missud v. National Rifle Association*,
12 No. 3:13-mc-80263-WHA, Dkt. No. 4 (N. D. Cal. Dec. 2, 2013) (courtesy copy
13 attached hereto as Exhibit "B").

14       3.     In July 2013, Missud was placed on involuntary inactive status with the
15 State Bar of California and recommended to be disbarred from the practice of law. *In
16 the Matter of Patrick Alexandre Missud*, No. 12-O-10026-LMA (Cal. St. B. July 1,
17 2013) (courtesy copy attached hereto as Exhibit "C"). Missud has filed the instant
18 State Action *in propria persona*.

19       4.     The instant Complaint is essentially identical to the two federal
20 complaints previously filed in this Court against Defendants. *Missud v. National Rifle
21 Association Inc., et al.*, No. 3:13-mc-80213-WHA, Dkt. No. 1 (N.D. Cal. Oct. 15,
22 2013); *Missud v. National Rifle Association Inc.*, No. 3:13-mc-80263-WHA, Dkt. No.
23 1 (N.D. Cal. Nov. 18, 2013) (courtesy copies attached hereto as Exhibits "D" and "E"
24 respectively). Like Missud's prior federal complaints against Defendants, the instant
25 Complaint is incomprehensible and alleges, among other things, that the state and
26 federal judges who previously ruled against Missud were conspiring against him and

27
28                                             2

1    the American public. The instant Complaint contains the same three "causes of

2    action," all of which arise under federal law, as the prior federal complaints.

3         5.      This Court has previously found Missud's previous complaints to be

4    "frivolous and harassing," and, in particular, the Court found that the November 18,

5    2013 complaint against Defendants was "a deliberate attempt to circumvent the 2012

6    pre-filing review order" which warranted monetary sanctions. Ex. B at p. 3.

7         6.      In what appears to be yet another attempt to circumvent this Court's pre-

8    filing review order, Missud has filed the instant Complaint in State court, noting in the

9    Complaint itself that "Wayne LaPierre and his NRA can remove to federal court based

10   in Diversity," that "He and hi$ wealthy con$ortium of $pecial intere$t$ al$o violated

11   federal laws including the Voting Rights and Hobbs Acts," and that "Wayne's removal

12   is favored." Complaint at 2:25-28.

13        7.      Once this Court assumes jurisdiction over the instant action, Defendants

14   intend to file a Motion to Dismiss on the grounds that the Complaint was filed in

15   violation of this Court's pre-filing review orders. Moreover, the Complaint is

16   incoherent, fails to allege any viable claim, and is barred by the doctrines of res

17   judicata and collateral estoppel.

18                        **REMOVAL IS WARRANTED**

19              **Federal Questions Exist That Warrant Removal**

20        8.      This action is a civil action of which this Court has original jurisdiction

21   under 28 U.S.C. §1331, and is one which may be removed to this Court by Defendants

22   pursuant to the provisions of 28 U.S.C. §1441(c), in that it arises under the

23   Constitution, the Hobbs Act (18 U.S.C. §1951), and the Voting Rights Act (42 U.S.C.

24   §§1973 to 1973aa-6).

25        9.      Any civil action brought in a State court of which the district courts of the

26   United States have original jurisdiction may be removed by the defendant of the

27   defendants to the district court of the United States for the district and division

28                                        3

1  embracing the place were such action is pending.  28 U.S.C. §1441(a).  Any civil

2  action of which the district courts have original jurisdiction founded on a claim or right

3  arising under the Constitution, treaties or laws of the United States shall be removable

4  without regard to the citizenship or residence of the parties.  28 U.S.C. §1441(c)(1).

5      10.    The jurisdictional statute invoked by Defendants, 28 U.S.C. §1331,

6  authorizes federal district courts to hear civil actions "arising under the Constitution,

7  laws, or treaties of the United States," and 28 U.S.C. §1441, authorizes a state court

8  defendant to remove a case when a federal court would have had jurisdiction if the

9  case had been filed there originally.  *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392

10  (1987).

11      11.    Although the allegations of the Complaint are mostly incomprehensible,

12  its Second Cause of Action specifically alleges that Defendants "violate the Hobbs

13  Act."  Complaint at 14:20-22.  The Complaint's Third Cause of Action further alleges

14  that the Defendants "are now regularly abusing *Shelby County* to defeat the Voting

15  Rights Act."  *Id.* at 15:1-4.

16      12.    In addition, the Complaint's First Cause of Action alleges that Defendants

17  "violated the Fundamental Rights of 38 Million Californians by depriving them of life

18  liberty, safety, pursuit of happiness, voting, due process, fairness, privileges and

19  immunities, equal protection, right to court access" and other rights.  *Id.* at 14:16-19.

20  These allegations are identical to those of Missud's prior federal complaints, with the

21  exception of the reference to "38 Million Californians" instead of "314 Million

22  Americans."

23      13.    Moreover, the Complaint's Prayer for Relief makes  number of requests

24  that are matters of federal law, including:

25      •   Requests that the Court issue certain statements regarding the U.S.

26          Supreme Court cases *Citizens United v. Federal Election Commission*,

27          558 U.S. 310 (2010), *Shelby County v. Holder*, 133 S. Ct. 2612, 570

28                                  4

1    *U.S. __ (2013)*, and *McCutcheon v. Federal Election Commission* ,

2    No. 12-536 (argued Oct. 8, 2013), after considering these cases "in

3    light of" the Complaint.  Complaint at 15:6-11.

4    • Requests pertaining to the interpretation of the Second Amendment,

5    including requests for imposition of certain background checks and

6    certain prohibitions on the sale of military assault weapons and extra-

7    capacity clips.  *Id.* at 15:14-23.

8    14.    Consequently, this dispute arises under federal law and may be removed

9    to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(c).

10    **Diversity Is A Second Grounds for Removal**

11    15.    In addition, removal is also warranted based on diversity jurisdiction

12    pursuant to the provisions of 28 U.S.C. §1441(b).  Indeed, Missud acknowledges in his

13    Complaint that Defendants "can remove to federal court based in Diversity."

14    Complaint at 2:25.

15    16.    There is complete diversity between the parties.  28 U.S.C. § 1332(a).

16    Defendants are informed and believe that plaintiff Missud was, and still is, a resident

17    of the State of California.  Defendant NRA is, and was at the time of filing, a not-for-

18    profit corporation incorporated in the State of New York with its principle place of

19    business in the State of Virginia.  Defendant Wayne LaPierre is, and was at the time of

20    filing, a citizen of Virginia.  Finally, the fictitious Doe defendants are disregarded for

21    removal purposes.  *Soliman v. Philip Morris, Inc.*, 311 F.3d 966, 971 (9th Cir. 2002).

22    17.    28 U.S.C. §1332 confers federal diversity jurisdiction on civil actions

23    where the matter in controversy exceeds the sum or value of $75,000.00.  Where

24    nonmonetary relief is sought, the amount in controversy is "the value of the right to be

25    protected of the injury to be prevented."  *Jackson v. American Bar Assoc.*, 538 F. 2d

26    829, 831 (9th Cir. 1976).  Here, Plaintiff is seeking nonmonetary relief, including an

27    injunction against Defendants.  Complaint at 15:12.  The nature of the damages sought

28    5

are unclear, however, given the bizzare nature of the Complaint. For example, the Complaint's prayer for relief asks that all NRA members be forced to volunteer as "auxiliary police" or "become[] a mercenary in Latin America" in order to "experience what urban combat might be like" and asks Defendant LaPierre "risk hi$ own phucking life like I did," among other incoherent and vaguely threatening requests. *Id.* at 15:24-16:7.

18.    Although Plaintiff has not indicated a monetary value for the relief at issue, however, he apparently does not dispute that it exceeds $75,000.00 given that the Compliant acknowledges that Defendants can remove the case based on diversity jurisdiction. Complaint at 2:25.

### The Other Requirements for Removal Are Met

19.    This Notice of Removal is being filed within thirty (30) days of receipt by Defendants, "through service or otherwise," of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based and therefore is timely filed under 28 U.S.C. § 1446(b)(1). Defendant LaPierre received a copy of the complaint by certified mail on February 18, 2014. Defendant NRA received a copy of the complaint through its registered agent for service of process, Corporation Service Company, on February 18, 2014. Service on Defendants was completed on March 4, 2014 when Defendants signed and returned the Notice of Acknowledgement of Receipt forms, copies of which are attached hereto as Exhibit "F".

20.    Removal to this district and division is proper because the San Francisco Superior Court, State of California, where the State Action was originally filed is located within the Northern District of California, San Francisco Division. 28 U.S.C. §1446(a).

21.    Defendants' legal counsel certifies that a copy of this Notice of Removal is being filed with the Clerk of the San Francisco Superior Court. 28 U.S.C. §1446(d)

6

1      22.   Defendants' legal counsel certifies that a copy of this Notice of Removal

2  is being served on Missud.  28 U.S.C. §1446(d).

3      23.   All named Defendants join in this Notice of Removal.

4      24.   Copies of all process, pleadings, and orders served upon Defendants are

5  attached to this Notice of Removal.  A pleading filed in the State Court by Missud on

6  March 14, 2014 entitled "Request for Judicial Notice and Declaration Regarding

7  Notice of Appearance by These Defendants" is attached hereto as Exhibit G.

8

9                          **PRAYER**

10      WHEREFORE, pursuant to 28 U.S.C. §§1331, 1332, and 1441, and in

11  conformance with the requirements set forth in 28 U.S. §1446, Defendants Wayne

12  LaPierre and the National Rifle Association hereby remove the case styled in *Patrick*

13  *A. Missud and Those Similarly Situated v. Wayne LaPierre et al.*, CGC-13-536370,

14  filed in the Superior Court of the State of California for the County of San Francisco,

15  to the United States District Court for the Northern District of California, San

16  Francisco Division, so that this Court may assume jurisdiction over the cause as

17  provided by law.

18

19  Dated:   March 14, 2014   LATHROP & GAGE LLP

20

21

22                          By:  /s/ Lincoln D. Bandlow
                              Lincoln D. Bandlow

23                          Attorneys for Defendants
                        NATIONAL RIFLE ASSOCIATION and

24                          WAYNE LAPIERRE

25

26

27

28                         7

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

WAYNE LAPIERRE; NATIONAL RIFLE ASSOCIATION; Does 1-Zoo

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

PATRICK A. MISSUD (4-Year Federal Informant, Qui-Tam Relator, and Mole); and Those Similarly Situated

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* San Francisco Superior Court,

400 McAllister Street, San Francisco, CA, 94102

CASE NUMBER
(Número del Caso):
CGC-13-536370

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Patrick Missud, 91 San Juan Ave, San Francisco, CA, 94112, 415-845-5540 ph, 415-584-7251 fax

DATE: February 10, 2014   CLERK OF THE COURT   Clerk, by _____ , Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

EXHIBIT A

**POS-010**

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Patrick A. Missud CA 219614<br>91 San Juan Ave. SF, CA, 94112<br><br>TELEPHONE NO: 415-845-5540    FAX NO. *(Optional):* 415-584-7251<br>E-MAIL ADDRESS *(Optional):* missudpat@yahoo.com<br>ATTORNEY FOR *(Name):* Pro-Se 4-Year Federal Informant and Qui-Tam Relator | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS: 400 McAllister St.
CITY AND ZIP CODE: San Francisco, 94102
BRANCH NAME: Superior Court

| | |
|---|---|
| PLAINTIFF/PETITIONER: Patrick Missud et al.<br><br>DEFENDANT/RESPONDENT: Wayne LaPierre, National Rifle Association et al. | CASE NUMBER:<br>CGC-13-536370 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>18 USC 201,1962 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* List of Judge$ who'll be indicted for Hobb$ Act/18 USC 201 corruption

3. a. Party served *(specify name of party as shown on documents served):*
   Wayne LaPierre

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   General Counsel authorized to accept process for LaPierre

4. Address where the party was served:
   Office of General Counsel, 11250 Waples Mill Road, Fairfax, VA, 22030
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*    (2) at *(time):*
   b. [ ] **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**
EXHIBIT A
7012 0470 0000 3083 6012

Code of Civil Procedure, § 417.10

Page 9

| PLAINTIFF/PETITIONER: Patrick Missud et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Wayne LaPierre, National Rifle Association et al. | CGC-13-536370 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

　　　(1) on *(date)*: February 12, 2014　　　　(2) from *(city)*: San Francisco

　　　(3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me  *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

　　　(4) [✓] to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

　d. [✓] **by other means** *(specify means of service and authorizing code section)*:

　　By email as corroborated by syndicated media and state and federal agencies.

　　[✓] Additional page describing service is attached.　*See Email*

6. The "Notice to the Person Served" (on the summons) was completed as follows:
　a. [✓]  as an individual defendant.
　b. [ ]  as the person sued under the fictitious name of *(specify)*:
　c. [ ]  as occupant.
　d. [ ]  On behalf of *(specify)*:
　　　under the following Code of Civil Procedure section:

|  |  |
|---|---|
| [ ] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
| [ ] 416.40 (association or partnership) | [ ] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
|  | [ ] other: |

7. **Person who served papers**
　a. Name: Qui-Tam Relator Missud In His Official Capacity as a 4-Year 18 USC 1513 Federal Informant
　b. Address: 91 San Juan Ave. SF, CA, 94112
　c. Telephone number: 415-845-5540
　d. The fee for service was: $
　e. I am:
　　(1) [✓] not a registered California process server.　*18 USC 1503; 31 USC §3270; CA CCP§1021.5*
　　(2) [ ] exempt from registration under Business and Professions Code section 22350(b).
　　(3) [ ] a registered California process server:
　　　　(i) [ ] owner　[ ] employee　[ ] independent contractor.
　　　　(ii) Registration No.:
　　　　(iii) County:

8. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

　　or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 2-12-2014

Patrick Missud; 18USC1513 Federal Informant
*(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)*　　　　　　　*(SIGNATURE)*

*Under Cover Federal Role in Operation SlowTorch II*

**PROOF OF SERVICE OF SUMMONS**
EXHiBIT A

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): CA #219614<br>Patrick Missud; 18 USC 1513; 31 USC 3279; Ca CCP 1021.5<br>91 San Juan Ave, SF, CA, 94112 | FOR COURT USE ONLY |
|---|---|

TELEPHONE NO: 415-845-5540     FAX NO. (Optional) 415-584-7251
E-MAIL ADDRESS (Optional): missudpat@yahoo.com
ATTORNEY FOR (Name): Pro-Se 4-Year Federal Informant and Qui-Tam Relator Missud

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Francisco
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS: 400 McAllister St.
CITY AND ZIP CODE: San Francisco, 94102
BRANCH NAME: Superior Court

PLAINTIFF/PETITIONER: Patrick Missud et al.

DEFENDANT/RESPONDENT: Wayne LaPierre, National Rifle Association et al.

| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER<br>CGC-13-536370 |
|---|---|

TO (insert name of party being served): Wayne LaPierre

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: February 12, 2014

18 USC 1513 Federal Informant Missud in official capacity ►
(TYPE OR PRINT NAME)                    (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):

1. ☑ A copy of the summons and of the complaint.
2. ☑ Other (specify):

Civil Case Cover Sheet; ADR Packet; Notice to Plaintiff; SASE; and List of already caught 18 USC 201 Corrupt JudgeS who've taken corporate bribes in violation of the Hobbs Act to di$mi$$ criminally proven cases like this one.

(To be completed by recipient):

Date this form is signed:

►

(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY     (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                    ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Patrick A. Missud CA 219614 91 San Juan Ave, SF, CA, 94112 TELEPHONE NO: 415-845-5540 FAX NO: (Optional) 415-584-7251 E-MAIL ADDRESS (Optional): missudpat@yahoo.com ATTORNEY FOR (Name): Pro-Se 4-Year Federal Informant and Qui-Tam Relator | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS: 400 McAllister St.
CITY AND ZIP CODE: San Francisco, 94102
BRANCH NAME: Superior Court

| PLAINTIFF/PETITIONER: Patrick Missud et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Wayne LaPierre, National Rifle Association et al. | CGC-13-536370 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: 18 USC 201,1962 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* List of Judge$ who'll be indicted for Hobb$ Act/18 USC 201 corruption

3. a. Party served *(specify name of party as shown on documents served):*
   National Rifle Association

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Agent for Svc. of Process: CSC Lawyers Incorporating Services

4. Address where the party was served:
   CSC Lawyers Incorporating Svcs, 2710 Gateway Oaks Dr. Ste. 150N, Sacramento, CA, 95833
5. I served the party *(check proper box)*:
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*      (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*      at *(time):*      I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*      from *(city):*      or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**
EXHIBIT A
7012 0470 0000 3083 6029

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Patrick Missud et al. | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: Wayne LaPierre, National Rifle Association et al. | CGC-13-536370 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* February 14, 2014     (2) from *(city):* San Francisco

    (3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ Proc., § 415.30.)

    (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [✓] **by other means** *(specify means of service and authorizing code section):*

    By email as corroborated by syndicated media and state and federal agencies.

    [✓] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    [✓] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)    [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
    [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
          [ ] other:

7. **Person who served papers**
  a Name: Qui-Tam Relator Missud In His Official Capacity as a 4-Year 18 USC 1513 Federal Informant
  b. Address: 91 San Juan Ave. SF, CA, 94112
  c Telephone number: 415-845-5540
  d. **The fee** for service was: $
  e. I am:
    (1) [✓] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
      (i) [ ] owner [ ] employee [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 2-14-2014

Patrick Missud; 18USC1513 Federal Informant ▶ _(signature)_ 18 USC 1513
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): CA #219614 | FOR COURT USE ONLY |
|---|---|
| Patrick Missud; 18 USC 1513; 31 USC 3279; Ca CCP 1021.5 91 San Juan Ave, SF, CA, 94112 | |

TELEPHONE NO.: 415-845-5540          FAX NO. (Optional): 415-584-7251
E-MAIL ADDRESS (Optional): missudpat@yahoo.com
ATTORNEY FOR (Name): Pro-Se 4-Year Federal Informant and Qui-Tam Relator Missud

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Francisco
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS: 400 McAllister St.
CITY AND ZIP CODE: San Francisco, 94102
BRANCH NAME: Superior Court

PLAINTIFF/PETITIONER: Patrick Missud et al.

DEFENDANT/RESPONDENT: Wayne LaPierre, National Rifle Association et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT---CIVIL | CASE NUMBER CGC-13-536370 |
|---|---|

TO (insert name of party being served): National Rifle Association

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: February 14, 2014

18 USC 1513 Federal Informant Missud in official capacity  ►
(TYPE OR PRINT NAME)                    (SIGNATURE OF SENDER  MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):
1. ☑ A copy of the summons and of the complaint.
2. ☑ Other (specify):

Civil Case Cover Sheet; ADR Packet; Notice to Plaintiff; SASE; and List of already-caught 18 USC 201 Corrupt Judge$ who've taken corporate bribes in violation of the Hobbs Act to di$mi$$ criminally proven cases like this one.

(To be completed by recipient):

Date this form is signed:

►

(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY
ON WHOSE BEHALF THIS FORM IS SIGNED)          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

EXHIBIT A

CASE NUMBER: CGC-13-536370  PATRICK A. MISSUD AND THOSE SIMILARLY SITUATED V

## NOTICE TO PLAINTIFF

A Case Management Conference is set for:

      **DATE:**    **MAY-28-2014**

      **TIME:**    **10:30AM**

      **PLACE:**   **Department 610**
                **400 McAllister Street**
                **San Francisco, CA  94102-3680**

All parties must appear and comply with Local Rule 3.

CRC 3.725 requires the filing and service of a case management statement form CM-110 no later than 15 days before the case management conference.

However, it would facilitate the issuance of a case management order

**without an appearance** at the case management conference if the case management statement is filed, served and lodged in Department 610

twenty-five (25) days before the case management conference.

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint. Proof of service subsequently filed with this court shall so state.

### ALTERNATIVE DISPUTE RESOLUTION POLICY REQUIREMENTS

**IT IS THE POLICY OF THE SUPERIOR COURT THAT EVERY CIVIL CASE PARTICIPATE IN EITHER MEDIATION, JUDICIAL OR NON-JUDICIAL ARBITRATION, THE EARLY SETTLEMENT PROGRAM OR SOME SUITABLE FORM OF ALTERNATIVE DISPUTE RESOLUTION PRIOR TO A TRIAL.**
(SEE LOCAL RULE 4)

Plaintiff must serve a copy of the Alternative Dispute Resolution Information Package on each defendant along with the complaint. All counsel must discuss ADR with clients and opposing counsel and provide clients with a copy of the Alternative Dispute Resolution Information Package prior to filing the Case Management Statement.

**[DEFENDANTS: Attending the Case Management Conference does not take the place of filing a written response to the complaint. You must file a written response with the court within the time limit required by law. See Summons.]**

Superior Court Alternative Dispute Resolution Coordinator
400  McAllister Street, Room 103
San Francisco, CA  94102
(415) 551-3876

See Local Rules 3.3, 6.0 C and 10 B re stipulation to judge pro tem.

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| PATRICK MISSUD, 91 SAN JUAN AVE, SAN FRAN, CA, 94112, 219614 | **F I L E D**<br>**Superior Court of California**<br>**County of San Francisco**<br><br>DEC 2 8 2013<br><br>**CLERK OF THE COURT**<br>BY _____ Deputy Clerk |

TELEPHONE NO. 415-845-5540   FAX NO. 415-584-7251
ATTORNEY FOR (name): Pro Per Patrick Missud

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   San Francisco, CA
STREET ADDRESS   400 McAllister St.
MAILING ADDRESS   400 McAllister St.
CITY AND ZIP CODE   San Francisco, CA, 94102
BRANCH NAME   Superior Court of San Francisco

CASE NAME:
Patrick Missud et al. v. Wayne LaPierre; NRA; Does 1-200

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| [✓] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | **CGC-13-536370**<br><br>JUDGE:<br>DEPT: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[✓] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [✓] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [✓] monetary   b. [✓] nonmonetary; declaratory or injunctive relief   c. [✓] punitive
4. Number of causes of action (specify):   12
5. This case [✓] is [ ] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 12-23-13
Patrick Missud; 18USC1513 Federal Informant
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

EXHIBIT A



## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

# Document Scanning Lead Sheet

Dec-23-2013 09:12 am

Case Number: CGC-13-536370

Filing Date: Dec-23-2013 09:04 am

Filed by:  DEBORAH STEPPE

Juke Box: 001     Image: 04318399

COMPLAINT

PATRICK A. MISSUD AND THOSE SIMILARLY SITUATED VS. WAYNE
LAPIERRE et al

001C04318399

**Instructions:**
Please place this sheet on top of the document to be scanned.

EXHIBIT A                                                     Page 17

Patrick Missud, SBN 219614
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 ph/fax
missudpat@yahoo.com
Engineer; BSME, MSCE, CSLB IE, GC 697370;
FBI Informant and Qui-Tam Relator;
*Attorney in Pro-Per and good standing*

*Should be* Exempt from
Filing Fees Pursuant to California
Civil Code Section 1021.5
Private Attorney General Statute
*Fee Waiver Concurrently Filed*

**F I L E D**
Superior Court of California
County of San Francisco

DEC 2 3 2013

CLERK OF THE COURT
By:_____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO
UNLIMITED JURISDICTION
CLASS ACTION      **NO SUMMONS ISSUED**
Publicized Jury Trial Demanded

PATRICK A. MISSUD,
and those similarly situated

Case No.:

vs.

WAYNE LAPIERRE; NATIONAL RIFLE
ASSOCIATION; DOES 1-200.

**COMPLAINT FOR VIOLATIONS OF
CALIFORNIA CONSTITUTIONAL
RIGHTS INCLUDING: ENJOYING AND
DEFENDING LIFE, OBTAINING
SAFETY AND HAPPINESS, EQUALITY,
DUE PROCESS, NEUTRAL TRIBUNAL,
FREE SPEECH, VOTING, FAIRNESS,
PETITIONING GRIEVANCES, ...**

INTRODUCTION

This pleading was already forwarded to the DOJ, FBI, syndicated media, consumer

groups including Public Citizen and Judicial Watch, and the U.S. Supreme Court. Failure to

publicly register it on the Superior Court's docket will be another egregious violation of Federal

Informant Missud's rights, *which the federal court§ already twice-violated*:

http://dockets.justia.com/docket/california/candce/3:2013mc80213/270878 and

http://dockets.justia.com/docket/california/candce/3:2013mc80263/272030.

//

Complaint for Constitutional Violations                                    1

On September 25th, October 28th, and December 5th 2013 the U.S. Supreme Court Denied taking Original Jurisdiction of a similar federal Complaint despite my having painstakingly detailed to FRCP Rule-9 heightened pleading standards how the 9th District and its judge$: took at least a dozen overt and covert actions to conceal pleadings and cases damaging to *CitizenS-United* corporate $pecial intere$t$ like Wayne LaPierre'$ NRA; and were purposefully locking me out of court because I'd already exposed over a dozen of its 18 USC §201 Corrupt judge$ who are taking corporate-payoff$ to ignore evidence and di$mi$$ criminally-proven cases like this one. The 9th District $imply doesn't want me to file any pleadings, or cause to have published to PACER any complaints that might harm corporate $pecial intere$t$ like the NRA'$ which routinely buy$ official$ and judge$ like them to further gun crime$ against the public. This pleading prove$ that the judiciary $pon$or$ murder throughout the nation because it'$ being paid-off by powerful $pecial intere$t$ like Wayne LaPierre'$ NRA.

Have no doubt that any judge, including the state's Kahn, Lee, Giorgi, Cheng, Mahoney, Nichols, Alvarado, Wick, Karnow, Woolard, Busch, ..., or fed's Al$up, Chen, Gould, Clifton, Bea, Wardlaw, Hamilton, Benitez, ......,or any of the other 80+/- non-judicially-immune elite$, who interferes with the filing of this Complaint in this Superior Court will be federally imprisoned for a virtual life sentence. Judge$ are currently being set-up for life terms, in real time, by federal informant and 4-year mole Patrick Missud.

II. JURISDICTION

This Superior Court is a court of general jurisdiction. These causes of action come under its authority by way of subject matter jurisdiction and violation of California laws and it's Constitution. Violations of Constitutional Rights are properly alleged and filed in this court. Further, these Defendants directly or indirectly purposefully availed themselves of California's laws in connection with the transactions, acts, practices and courses of business alleged herein.

Wayne LaPierre and his NRA can remove to federal court based in Diversity. He and hi$ wealthy con$ortium of $pecial intere$t$ al$o violated federal laws including the Voting Rights and Hobbs Acts. Those claims will be added to this Complaint if he $eek$ removal to federal court. In addition federal penalties are far more severe, so Wayne's removal is favored.

III. VENUE

San Francisco's Cow Palace hosts LaPierre and his NRA twice-yearly. The Cow Palace sits on state property and is subject to its laws. Wayne and his NRA routinely sell guns, peripheral devices, and ammunition at the Cow Palace. Those items then make it onto city streets from San Francisco to Oakland and beyond. As such, San Francisco and its Superior Court is the proper Venue for this action. It's where most of the transactions, acts, practices, and courses of conduct constituting violations of the California laws and rights alleged in this complaint regularly occur to the class, and to class action representative Missud.

For instance the National Rifle Association [NRA] regularly sells guns which violate Californians' "Right to Obtain Safety" because they kill Missud's and other class members' neighbors. Members of the class are even often gunned-down as victims of gun related violence that the NRA brings to Missud's neighborhood via the Cow Palace. Other Defendants identified as DOES also made these killings possible by allowing the Gun Lobby to become ultra-powerful with its manipulation$ of state and federal laws, Acts, and precedent like *Citizen$-United* and *Shelby County*.

IV. UNITY OF ACTION

Wherever in this complaint reference is made to one Defendant, it's presumed that the actions were taken for the benefit of all Defendants who are related through their nexus to further their common scheme of selling as many guns and ammunition as possible to generate enormous$ profit$ without considering the death that Such bu$ine$$ bring$ to the communitie$ which ho$t the$e lucrative gun $how$. The common scheme among these Defendants is to maximize the Gun Lobby's $pecial intere$t$, namely generating massive corporate profits through any means including abusing California laws; *Citizen$-United* to do end-runs around the Hobbs Act; and *Shelby County* to exclude reasonable citizens who: want reasonable restrictions on the 2rd Amendment; and to eliminate gun $how$ at the Cow Palace.

V. CLASS ACTION ALLEGATIONS

Each Defendant violated the Constitutional rights of each class action Plaintiff. Californians seeking reasonable restrictions on the sale of guns have no voice because the

EXHIBIT A                                   Page 20

Defendants alternatively or in combination: purchase state and federal officials and judges under *Citizen$-United*; rig elections under *Shelby County* to protect only their $pecial intere$t$; and/or censor speech to silence opposition and to unequally further their own agenda$. This Class Action meets the statutory prerequisites for the maintenance of a Class Action as set forth in California's Code of Civil Procedure:

(a) The persons who comprise the Class are so numerous that the joinder of all such persons is impracticable and the disposition of their claims as a class will benefit the parties and the Court;

(b) Nearly all factual, legal, statutory, declaratory and injunctive relief issues that are raised in this Complaint are common to the Class and will apply uniformly to every member of the Class;

(c) Representative Plaintiffs' claims are typical of the claims of each member of the Class; and,

(d) The representative Plaintiffs will fairly and adequately represent and protect the interest of the Class, and will retain additional counsel which is competent and experienced in Class Action litigation. There are no material conflicts between the claims of the representative Plaintiffs and the members of the Class that would make class certification inappropriate. Counsel for the Class will vigorously assert the claims of all Class Members.

In addition to meeting the statutory prerequisites to a Class Action, this action is properly maintained as a Class Action in that:

(a) Without class certification and determination of declaratory, injunctive, statutory and other legal questions within the class format, prosecution of separate actions by individual members of the Class will create the risk of: ......*etc*. *Note* that further discussion of the Class will be detailed in a First Amended Complaint which will be filed after the Fee Waiver hearing, and before Wayne LaPierre is served.[1]

## VI. NOTICE OF INTERESTED PARTIES

Washington's Department of Justice, Public Corruption Unit, the FBI, and other government agencies are interested parties in this case. Such agencies are tasked with policing

---

[1] Unless LaPierre makes a voluntary appearance and/or removes to federal court where the FRCP controls. Additional FAC details will include that 74% of the NRA's own membership want improved background checks just like three CO legislators supported, -and whom Wayne and hiS NRA recalled: http://www.politifact.com/texas/statements/2013/apr/04/lee-leffingwell/lee-leffingwell-says-polls-show-90-percent-america/

Complaint for Constitutional Violations

officials and judges who've violated: the Hobbs and Voting Rights Acts; 18 USC §201
Corruption, §1962 Racketeering or similar statutes; or run afoul of SCOTUS decisions like
*Citizen$-United* and *Shelby County*.  Recall that the three above agencies already investigated
corrupt judge$ turned convicted felons Olson, Maloney, Ciavarella, Conahan, Limas, Porteu$,
Benjamin, Washington, Trafficant, Delay, ..., and dozen$ of other$ for taking kick-back$ and
Hobbs Act bribe$ in Operation Greylord and ABSCAM.[2]

Next, the State Department and Department of Defense may be interested parties because
Wayne LaPierre's NRA is now meddling in international affairs and U.N. Arms Trade Treaties
which are plenary powers reserved only to the federal government *and none others*.[3]

In addition, Colorado's State Senate is no doubt very interested after having had two
Representatives illegally recalled by the NRA, -with a third having resigned because she was
danger of the $ame. The NRA even gleefully proclaimed it$ conque$t and commandeering of the
"rule of law" on December 11, 2013 after state assemblywoman Hudak resigned.[4] Voters' rights
in Colorado aren't $o fundamental when the NRA get$ involved and abu$e$ *Citizen$-United*,
*Shelby County* and the Hobb$ Act.[5]

Further, Americans across the Country are in danger of losing public forums where
opinions contrary to these Defendants' are expressed. If anyone voices dissent, or an opinion
which iSn't lock-$tep with tho$e of the ultra-powerful NRA'$, then that voice $imply get$
$ilenced, -u$ually by a corporate-bought judge.[6] $o much for democracy, the first amendment,
and rigorous debate.[7]

[2] http://www.fbi.gov/philadelphia/press-releases/2011/former-pennsylvania-county-president-judge-and-juvenile-judge-mark-ciavarella-sentenced-to-28-years-in-prison and
http://www.fbi.gov/philadelphia/press-releases/2011/former-pennsylvania-county-president-judge-michael-conahan-sentenced and http://www.huffingtonpost.com/2010/09/13/judge-g-thomas-porteous-impeachment-trial_n_715336.html and http://www.nytimes.com/2010/12/09/us/politics/09judge.html?_r=0
[3] http://washingtonexaminer.com/nra-blasts-john-kerry-for-signing-un-arms-treaty/article/2536367
[4] http://www.washingtontimes.com/news/2013/oct/8/colorado-voters-go-after-third-pro-gun-control-dem/ and http://www.nraila.org/news-issues/in-the-news/2013/12/colorado-democrats-to-name-new-state-senator-to-replace-resigned-hudak.aspx
[5] http://www.washingtonpost.com/blogs/govbeat/wp/2013/10/07/gun-rights-advocates-plan-another-colorado-recall/ and http://www.foxnews.com/politics/2013/10/08/colorado-gun-rights-advocates-plan-another-recall-effort/
[6] http://www.latimes.com/nation/californow/la-na-nn-guns-ammo-magazine-20131109,0,3766694.story#axzz2kwuBXQ8c
[7] It's for this reason why Missud sacrificed his professional career for 4 years and went after 100 corrupt judge$. Ju$t like Wayne targets reasonable politicians seeking to improve the safety of Americans, Federal Informant Missud targets corporate-bought judge$ like John Robert$, Antonin Scalia, and Clarence Thomas for life-sentences in federal prisons for having $old America to the highe$$t bidder$ like the NRA.

VII. CORPORATE DISCLOSURE STATEMENT

The mighty NRA is designated by the IRS as a 501(c)(4) with four 501(c)(3) charitable subsidiaries and a Section 527 lobbying group segregated fund: The NRA Political Victory Fund. The NRA controls through its board of trustees the following 501(c)(3) organizations: NRA Civil Rights Defense Fund, NRA Foundation Inc., NRA Special Contribution Fund (dba NRA Whittington Center), and NRA Freedom Action Foundation. The NRA is also the parent organization of affiliated groups such as the Institute for Legislative Action (ILA).[8]

The NRA lobbies really hard for its multi-billion industry and contributes to 30,000 domestic gun deaths every year.[9] The U.S. has the highest rate of gun related homicides after African and Latin American Countries engaged in civil and drug wars respectively.[10] The NRA supplies weapons to those Countries for their citizens to also slaughter one another.[11]

The NRA exports death internationally for the $ake of corporate money. It's for this reason that Missud has to link SCOTUS' *Citizen$-United* decision to Special intere$t$ like the NRA which not only destroy economies, but entire civilizations.

One of the NRA's close affiliates is Intermedia Outdoor Holdings [IOH]. IOH is a broadcasting corporation with an audience of 80 Million people, and subject to FCC regulations. It controls: publication of 15 hunting, fishing, and shooting magazines; has the market's leading online/digital network; broadcasts 200+ episodes of television programming, and a syndicated radio show; hosts popular consumer events; and operates the nationally-televised "Sportsman Channel."[12]

Recently, IOH Corporation silenced Dick Metcalf and Jim Bequette for having suggested that gun enthusiasts be made to take shooting lessons prior to purchasing firearms.[13] Being a highly regulated broadcaster, this is tantamount to illegal 1st Amendment censorship. So much for democracy, the first amendment, and rigorous debate. Now revisit footnote 7, supra.

[8] http://home.nra.org/
[9] http://www.ask.com/wiki/Gun_violence_in_the_United_States?o=2800&qsrc=599&ad=doubleDown&an=apn&ap=ask.com
[10] http://www.ask.com/wiki/List_of_countries_by_firearm-related_death_rate?o=2800&qsrc=999&ad=doubleDown&an=apn&ap=ask.com
[11] http://www.cbsnews.com/2100-202_162-4835694.html and
http://www.ask.com/wiki/Smuggling_of_firearms_into_Mexico?o=2800&qsrc=999&ad=doubleDown&an=apn&ap=ask.com
[12] http://www.imoutdoorsmedia.com/IM3/
[13] http://www.cnn.com/2013/11/07/us/guns--ammo-editor-resigns-after-gun-control-column/

Complaint for Constitutional Violations

VIII. AUTHORITIES CITED

**California Constitution; Article I; Declaration of Rights; Section 1**

"All people are by nature free and independent and have inalienable rights.  Among these are enjoying and defending life and liberty, ...., and pursuing and obtaining safety, happiness, and privacy."[14]

**U.S. Declaration of Independence's** pursuit of life, liberty, happiness, ....

**U.S. Constitution and Bill of Rights:**

1st Amendment's right of the people to peaceably assemble; 2nd Amendment's right to bear arms; 4th Amendment's right of the people to be secure in their persons; 5th Amendment's right of the people not to be deprived of life or liberty without due process of law; 14th Amendment's right of the people to not be deprived of life or liberty without due process of law, or equal protection under the laws; 24th Amendment's right of the people to not be deprived of the right to vote for elected officials by either state or federal poll or other taxes; 26th Amendment's right of the citizens of these United States to not have their voting rights denied or abridged by the United States or any State.

**Hobbs Act; 18 USC §1951:**

At common law, extortion was an offense committed by a public official who took 'by color of his office' money that was not due to him for the performance of his official duties. . . . Extortion by the public official was the rough equivalent of what we would now describe as 'taking a bribe.'" *Evans v. United States*, 504 U.S. 255 (1992).[15]

*Citizens United v. FEC*; 558 U.S. 310 (2010)

The five $COTU$ con$ervative$ decided that money is speech and that corporate 'people' with the most money Should have the loudest voice$.

*Shelby County v. Eric Holder*; 570 U.S. ___ (2013)

The five $COTU$ con$ervative$ decided that *Citizen$-United* corporations and wealthy $pecial Intere$t$ *like Wayne'$ NRA* should be allowed to rig elections *like In Colorado* in way$ they $ee fit to disenfranchise real flesh-and-blood people throughout the nation.[16]

---

[14] http://www.leginfo.ca.gov/const-toc.html
[15] http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/131mcrm.htm and
http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm02404.htm
[16] F-I Missud, with a Masters in Engineering, will do his best to make sure that over 100 dumb-phuk judge$ with Cereal-Box prize JD'$, die in pri$on for trea$on. (There is no compromise).

Complaint for Constitutional Violations

*Shaun McCutcheon v. FEC*; 5xx U.S. ___ (2013)

The five SCOTUS con$ervative$ heard oral Argument on October 8, 2013 and will $oon decide that: oligarch$ $hould buy judge$; and that corporate 'people' with the most money $hould own the nation. During Argument, $calia and hi$ Koch-Brother$ corporate-bought con$ervative$ were worried about the 2%; and Ginsburg and three other progressives considered the rights of the 98% which comprise mostly the middle class -the little people.[17]

## IX. STANDING

Missud has standing to sue these co-conspiring Defendants for several reasons:

(A) F1 Missud is in failing health with congenital Medullary Sponge Kidneys, Severe Spinal Stenosis, and Sclerosis from L1-3.[18] The three conditions limit his ambulation to a two-block radius, and make it increasingly difficult for him to flee from the criminals who routinely purchase Wayne LaPierre's artillery when sold at the many gun shows held at the neighboring Cow Palace just a crow-flying mile away.[19] Over the years, Missud's noticed an increase in firearms discharge after such shows, and won't tour the Bayview in the weeks after the $NRA$ comes into town.[20]

(B) Further, know that Missud has vast experience with explosives and other gunpowder-enabled devices such as guns:

(1) On August 3rd, 2007 Missud's truck was bombed because the $9 Billion D.R. Horton Corporation [DHI], -which now has unlimited corporate speech rights under Kennedy'$ *Citizen$-United*, didn't like Missud's exercise of his own sacrosanct 1st Amendment speech exposing DHI'$ 27-state predatory lending, mortgage fraud, racketeering, 18 USC §201, and Hobbs Act purchase of officials and judge$ who dismi$$ criminally-proven caSe$ as featured and permanently filed in PACER (save the 7 docket$ which judge Al$up deleted in C:12-3117 because they proved judicial corruption to criminal standards), and on the world wide web.[21]

[17] http://www.washingtonpost.com/politics/supreme-court-skeptical-of-limits-on-federal-campaign-contributions/2013/10/08/1a1fea06-302c-11e3-9ccc-2252bda14df5_story.html
[18] http://ask.healthline.com/galecontent/medullary-sponge-kidney?q=2800&qsrc=999 and http://www.medtronic.com/your-health/spinal-stenosis/index.htm and http://www.healthcentral.com/chronic-pain/h/l1-l2-spinal-stenosis.html
[19] http://gunshowtrader.com/gun-shows/san-francisco-gun-show-crossroads/
[20] November 4, 2013 Gun Show: http://www.nbcbayarea.com/news/local/Cow-Palace-Hosts-Large-Gun-Show-After-Near-Shutdown-230450861.html
[21] PACER C:07-2625, 08-592, 09-2015, 10-235, 11-3567, 12-3117; Circuit Appeals 12-15658, -16602, -17622, 13-15357, and $COTUS Writ$ 12-8191, -9412, -10006, 13-5888, -6398, -6518; and Police Report 070793172, Officer Curry, Badge #1667; and interlinked sites: http://www.drhortonsucks.info/ and http://drhortonsjudges.info/ etc.

1  (2) Then again on June 6th, 2010, -just four days after FI Missud caught *Citizen$-United*

2  corporate-bought Nevada Discovery Commissioner Bulla lying about not getting five sets of

3  pleadings positively served on her by: fax; court-registration; email; confirmed priority #0308

4  3390 0001 3360 7404 tracked directly to her chambers; and attached to DHI'$ very own papers

5  per official court testimony recorded in official court transcripts, said Pleadings proving beyond

6  criminal standards that DHI caused Nevada to become the nation's foreclosure capitol, Missud

7  returned to San Francisco to find a ratty briefcase in his 2nd truck's bed which required him to

8  call the Bomb-Squad.  The Bomb-Squad first asked FI Missud whether anyone wanted to do him

9  harm, and then asked if he knew anything about the briefcase's contents that may have been

   stuffed with wires.[22]

10 (C) Every year, the City of San Francisco uses Missud's tax dollars to buy back guns locally

11 sold at the Cow Palace years prior.

12 (1) Those old gun$ generated immen$e profit$ for Wayne and his NRA'$ $pecial Intere$t$, but

13 then I have to buy them back with my tax dollars, *not* partaking in the NRA'$ blood money.

14 Further, thoSe old gun$ are then replaced by new guns, like at the last November 4[th] Cow Palace

15 Gun Show, where they were virtually handed over the counter, no questions asked, so that they

16 can be used to gun down more of my neighbors before they're bought-back at my expense.[23]

17 (2) Class representative Missud regularly walks past gun murder scenes on a weekly basis.[24]

18 (3) It $eem$ that very, very few people visiting the Cow Palace just twice a year have their rights

   to only the 2nd Amendment, but that I and my many, many more firearms-targeted neighbors

19 who live here haven't the rights to life, liberty, happiness; to peaceably assemble or be secure in

20 our persons in front of our own homes; or to not be deprived of life when working on our cars, or

21 liberty without due process or equal protection under the laws.  We ju$t get $hot at by phuking

22 _____  _____  _____

23 [22] U.S. Supreme Court Writ 12-9412 names Nevada's Supreme Court as 18 USC §201 Corrupt, and Hobb$-Act bought by $9
24 Billion D.R. Horton. It came up in conference on September 30th 2013 and $COTU$ Denied Review because that's what corrupt,
   Koch Brother$ corporate-bought court$ and judge$ like Scalia and ThomaS do for the *Citizen$-United* corporations to which they
   are beholden.
   [23] http://www.sfgate.com/crime/article/S-F-Oakland-gun-buyback-nets-hundreds-4121621.php and
25 http://abcnews.go.com/ABC_Univision/crmwd-funded-gun-buyback-program-launching-san-francisco/story?id=19751392
   [24] Missud often hears gun battles from the Bayview District just over the hill. In fact, Missud was at 730 Naples
26 Street when a neighbor's friend at #723 was murdered as he worked on a car. A couple years ago a father and two
   sons were gunned down on Russia and Mission, -just two blocks from where Missud has a storage facility which he
27 frequents daily: http://www.policemag.com/channel/gangs/news/2009/06/30/alleged-gang-member-will-be-tried-
   for-drive-by-murders.aspx .  More recently another victim was snuffed out just four blocks from Missud's home:
28 http://www.sfgate.com/crime/article/Man-dead-cousin-wounded-in-S-F-shooting-4210740.php .  For that matter, this year alone
   21 murders happened within Missud's ear-shot.  That PHUCK LaPierre might as well have pulled the trigger$$$ of all thoSe
   eaSy-to-get guns he put in the hand$ of thoSe many criminals.

Complaint for Constitutional Violations                                    9.

1  criminals who bought gun$ from that phuking prick Wayne LaPierre. The NRA might have it$

2  money, but I'm sure to get the five con$ervative $upreme Court ju$tice$ impeached if they don't

3  stop the carnage and massacre happening on my doorstep. How's that for standing?

4  (4) On November 1, 2013, a disturbed 23-year young man armed with a gun killed a TSA agent

5  at LAX.[25] On my way back from Japan on November 6th, I and wife had to connect through

6  LAX to get on American Airlines flight #167 at 10:50AM. On our way through customs we were

7  delayed because the agent became suspicious of my name, and that I might have contraband like

8  a firearm -like some disturbed 23-year young man bought over the counter, -nary a que$tion

9  a$ked, becau$e that$ how Wayne LaPierre like$ to make hi$ money.[26]

10  X. IN FORMA PAUPERIS FILING

11  For four years Missud's been railroading scores of dim-wit judge$ like $calia as an 18 USC

12  §1513 Federal Informant and 31 USC §3279 Qui-Tam Relator. It's expensive work that'll

13  eventually pay-off in Qui-Tam proceeds once their enormous salaries are clawed-back when

14  indicted and convicted of official corruption. Until then however, all of Missud's efforts are on

15  his own dime. Missud has to pay for increased litigation fees imposed by corrupt judges seeking

16  to conceal their own crimes, and do bodywork when a *Citizen$-United* corporation detonates an

17  explosive on his car. Therefore, concurrently filed herewith is Missud's IFP which evinces that

18  Mrs. Missud's been very patient with Mr. Missud and bankrolled his efforts at consumer

19  protection, and preserving the Constitution and Bill of Rights.[27] FI Missud's Fee Waiver forms

20  absolutely qualify him for IFP, since the household's monthly net income is negative ($1600),

21  and IFP status is demanded from this Court which has whimsically either granted or denied such

22  filing. As of late, thi$ $uperior Court'$ judge$, -who are up to their neck$ in crystal-clear

23  corruption, have repeatedly increased Missud's costs of litigation to prevent their own exposure

24  for 18 USC §201. Another disingenuous Denial of IFP will cement any former or current

25  $uperior Court judge'$ conviction for official corruption because theirs will be a further

26  concerted effort to 18 USC §1513(e) interfere with my whistle-blowing.[28]

---

[25] http://www.nbcbayarea.com/news/national-international/Roommate-Drops-Off-Alleged-LAX-Gunman-230417581.html

[26] Because Wayne's been murdering my neighbors, I'll see to it that at least a dozen corporate-bought federal judge$ are made example of and spend the rest of their miserable live$ in pri$on. (No questions asked).

[27] Isn't Julie great?

[28] Prior denied IFP's in case CGC-13-533811 are hereby incorporated by reference and detail assorted $uperior Court/judicial 18 USC §1513(e) Retaliation against 4-year mole and Federal Informant Missud

## XI. CONCISE STATEMENT OF THE CASE

It\$ all about "following the money." The NRA has it and only spends it on like-minded murderers who want to put at least two guns in everybody's hands because they'll make lot\$ of money that way. If the NRA could make more money by banning guns, it would instead vigorously support a repeal of the $2^{rd}$ Amendment. And to think that all those gun enthusiasts believe that Wayne has their best interests in mind. He's only thinking about the cash that the NRA's misled, misinformed, and used membership spend\$ for \$mith and Wesson, Winchester, and Remington Arm\$, -a percentage of which find\$ it\$ way into Wayne'\$ pocket\$.

If Wayne actually cared about his membership then he would've supported reasonable limits to prevent this very kind of lawsuit and exposure which ties the nation's highest court\$ and judge\$ to blood-money. Now the $2^{rd}$ Amendment, NRA, and their bought official\$ and judge\$ are front and center in their own cro\$\$hair\$\$\$\$\$\$\$.

Wayne and his NRA are using the \$COTUS con\$ervative\$' *Citizen\$-United* decision to violate the Hobbs Act. The NRA routinely bribes public officials with corporate-ca\$h feigning that the money is used to promote 1st Amendment \$peech. Further, the NRA withdraws \$uch financial \$upport if official\$ receiving the bribe\$ don't \$ell their official deci\$ion\$ to the NRA. Agents behind FCC-regulated broadcasts from Intermedia Ooutdoor Holdings, and IOH publication\$ like Guns and Ammo, censor *and fire* any vocal proponents of reasonable 2nd Amendment regulations. Tho\$e are infringement of sacrosanct speech rights not by private actor\$, but by organizations which are regulated by government, -hence illegal government actions infringing on fundamental rights.

Wayne and his NRA are using the con\$ervative\$' *Shelby County* decision to violate the Voting Rights Act. Recently in Colorado, Wayne and his NRA recalled two progressives embracing reasonable limits on gun clips and magazines, and because they didn't cow-tow to their \$pecial intere\$t\$ which include putting as much ordinance in the hands of Eric Harris, Derek Klebold, Adam Landza, Seung Hui Cho, James Holmes, Jared Loughner, and Aaron Alexis. Their recall was accomplished under the con\$ervative\$' *Shelby County* decision designed to exclude voters, limit polling hours, and eliminate mail-in ballots that most Coloradans use to vote.[29]

Essentially, Wayne and his NRA'\$ violations of the public's Fundamental Rights to safety;

---

[29] http://www.reuters.com/article/2013/09/10/us-usa-colorado-election-idUSBRE98900320130910

1  and twisting of the Koch Brother$' *Citizen$-United* and *Shelby County* decision$ to bribe

2  officials and rig recalls in Colorado, caused Missud to link his $pecially-Intere$ted organization

3  to official corruption as already exposed in no less than NINE docketed U.S. Supreme Court

4  Writs which prove that over 100 state and federal judge$ routinely $ell their deci$ion$ to the

5  deepe$t corporate pocket$- ju$t like the NRA, while throwing 314 Million real flesh-and-blood

6  people *and* their sacrosanct rights, under fake corporate "peopie$" wheel$ of greed.

7  Now Review Writ$: 12-7817, 8191, 9412, 9413, 9918, 10006; 13-5888, 6398, 6518; and

8  Rule-11 of 13-16510, 73927 wherein each pleads to FRCP Rule-9 that judge$ are the Country's

9  worst white collar criminals and in fact 18 USC §2381 Traitors because they're intentionally

10  destroying the 'rule of law,' democracy, and America for per$onal gain by selling their order$ to

11  corporation$ and organization$ like Wayne'$ NRA.

## XII. FUTURE MOTIONS TO EXPEDITE AND FOR IMMEDIATE RELIEF

13  There are multiple reasons for this Court to immediately grant relief and issue a Directed

14  Verdict.  Fl Missud already proved that at least a dozen of this Superior Court'$ judge$, and over

15  3 dozen federal judge$ are *Citizen$ United* corporate-bought, and therefore too corrupt to rule on

16  any more of his cases like this one.[30] The DOJ needs more proof that even more of thi$ Court's

17  judge$ are corporate-bought and abusing 'judicial immunity' to $ell their decision$ to the

18  highe$t bidder$. Once this Court again gets on record either acknowledging that it$ judge$ are

19  routinely bought by corporate $pecial intere$t$ like the NRA, or again either denies IFP or the

20  registration of this criminally-proven case and/or FAC, then Missud's 4-year-long stint as an

21  undercover informant can come to an end.[31]

22  In addition, on January 16, 2014 a hearing will be held in CGC-13-533811 where the judge

23  will decide whether California's State Bar rigged Missud's "Involuntary Disbarment" because he

24  exposed rampant judicial corruption from County to U.S. Supreme Court$.[32]

25  Also note that Federal District Court Chief Justice Claudia Wilkin, and three District Judge$

26  Ryu, Chen, and Alsup already labeled Missud "vexatious,"[33] which requires him to pre-file with

27  judge Al$up, who's already known to be corrupt, already deleted 1000 documents from a first

---

[30] See again footnote 21 which is once again incorporated by reference.
[31] The 'stint' has become old, and Missud now wants to retire since the Five $COTU$ con$ervative$' incarceration is guaranteed.
[32] See the official register of actions for CGC-13-533811
[33] See C:11-3567 #88:6/18 [Chen and Ryu]; C:12-5468 #70:3/21 [Chen]; C:12-3117 #74:5/16 [Alsup];

1   case, and tried to conceal a 2nd complete case on his secretive internal database.[34]  All documents

2   and both cases proved judicial racketeering to beyond any doubt by using nothing but official

3   court orders, rulings, and transcripts.[35]

4       Obviously, Missud will never be able to get this suit alleging (state) Constitutional violations

5   fairly adjudicated in this *Citizen$ United* corporate-bought $uperior Court, -the only other court

6   other than District and U.S. Supreme Court$ where such (state and federal) Constitutional

7   violations can be petitioned.  That in turn pre-empts any subsequent California or Federal Circuit

8   Appeals, or Writs to California's or U.S. Supreme Courts which i$ exactly what Wayne

9   LaPierre, and hi$ NRA-bought judge$ like Alito, Kennedy, Robert$ $calia, and Thoma$, want.[36]

10      Know that the failure by this $uperior Court to file and consider this case will be yet another

11  prima-facie violation of F! Missud's Fundamental Rights to petition grievances, fairness, due

12  process, and have an impartial tribunal decide it on the merits.[37]

13      Even worse is that the NRA is poised to violate *Citizen$ United* and *Shelby County,* and the

14  Hobbs and Voting Rights Acts, yet again in additional state recalls after a 3rd Colorado state

15  representative had to resign because she tried to give reasonable Americans a voice in our

16  supposed democracy which is being $old-off by the judge$ to the corporate $pecial intere$t$ like

17  Wayne'$ NRA.[38]

18      The issues presented herein are primarily Constitutional, and even include two recent and

19  pivotal SCOTUS decisions.  Wayne and his death-peddling organization pitted the 2nd

20  Amendment against California citizens' Rights to Life, Liberty and Pursuit of Happiness, not to

21  mention a half dozen other Fundamental Rights.  He and hi$ murderou$ organization are

22  bribing officials and judges throughout California and the nation to promote: their own $elf

23  intere$t$; and murder the world over.  $adly, his multi-billion-dollar $pecially-intere$ed group

24  makes the purchase of gun$ a$ ea$y as a blind Iowan walking into a gun $hop and promising

---

[34] Don't see C:12-3117 #81-85, 87, 88 because AlSup deleted them; but do See RICO C:12-5468 #6-11 which
started off as RICO C:12-5306 before being internally buried as "in$urance claim" 12-mc-80246.

[35] SCOTUS assigned Writ 13-6398 to Appeal of District C:12-5468; and Writ 13-6518 of 12-3117 was first made
more expensive to make it go away, and will be picked up by SCOTUS *today* for re-docketing.

[36] $calia and Thoma$ are frequent gue$t$ at the Koch Brother$' Heritage Foundation fundraiser$ where all the
$pecial intere$t$ like Wayne LaPierre'$ NRA attend: http://thinkprogress.org/politics/2010/10/20/125384/scalia-
thomas-koch/

[37] This i$ getting very embarrassing.

[38] http://www.denverpost.com/news/ci_24253864/new-recall-effort-targets-state-sen-evie-hudak

that he won't miss *whatever he's not aiming at* when he pulls the trigger.[39]   In the meantime

Gabby Giffords gets shot in the head, Trayvon Martin gets it in the guts, 20 kids are obliterated

in Newtown, a Los Angeles TSA agent gets blown-away, and tens of thousands lay dead in

Syria. All this carnage for the $ake of Wayne LaPierre'$ phucking NRA $pecial Intere$t money.

Recall that seven of Missud's nine Writs already came up in Conference before the U.S.

Supreme Court but only after they were made much more expensive.[40]  Those seven Petitions

were ultimately denied because they proved to DNA-fingerprint standards that several dozen

judge$ violated their judicial oaths just like: Porteu$, Ciavarella, Conohan, Limas; seventeen

more judge$ in Operation Greylord; and countle$$ other$ acro$$ this nation who've been

indicted, impeached, and incarcerated for the rest of their miserable lives for official corruption

and racketeering.[41]  The last two Writs were likewise made more expensive to make them go

away, and will soon be ignored because otherwise this nation's highest court would have to

acknowledge that America's third branch of government only works for the *Citizen$-United*

corporate and other $pecial intere$t$$$$$$$$$$$$$$$$$. It$ all about the $$$$$$$$$$$$$$$$$.

## XIII. CAUSES OF ACTION *against all Defendants*

The above paragraphs are incorporated herein as if fully reproduced below.

(1) The Defendants and Wayne LaPierre's multi-billion-dollar consortium of NRA $pecial

intere$t$ violated the Fundamental Rights of 38 Million Californians by depriving them of life

liberty, safety, pursuit of happiness, voting, due process, fairness, privileges and immunities,

equal protections, right to court access and the other rights detailed above;

(2) The Defendants regularly abuse *Citizen$-United* to violate the Hobbs Act and now routinely

u$e corporate money to buy California's elected official$' votes and judge$' decisions to support

the NRA'$ $pecial intere$t$ and murderou$ $cheme$;

---

[39] Everybody Duck!- Stevie Wonder's got a gun:
http://www.washingtonpost.com/blogs/govbeat/wp/2013/09/16/dont-expect-iowa-to-revoke-gun-permits-for-the-blind-its-not-even-the-only-state-that-offers-them/
[40] SCOTUS already Denied Review of 12-7817, -8191, -9412, -9413, -9981, 10006; 13-5888 because they each proved judicial 18 USC §201 and §1962 to criminal standards. The con$ervative$ already furthered $even RICO con$piracie$.
[41] http://abcnews.go.com/Politics/senate-convicts-crooked-federal-judge-thomas-porteous/story?id=12347138 and http://www.fbi.gov/philadelphia/press-releases/2011/former-pennsylvania-county-president-judge-michael-conahan-sentenced and http://www.fbi.gov/sanantonio/press-releases/2013/former-judge-abel-limas-gets-72-months-in-prison-for-taking-bribes and http://www.fbi.gov/news/stories/2004/march/greylord_031504

1   (3) The Defendants are now regularly abusing *Shelby County* to defeat the Voting Rights Act,

2   and will do so again throughout California just as waS done three times in Colorado to recall

3   duly-elected officials, since this is how they now rig elections to favor only their own NRA

4   *CitizenS-United* corporate \$pecial intereSt\$.[42]

5

6   XIV. PRAYER FOR RELIEF

7   (1) That *CitizenS-United v. FEC* be considered in light of the above, and that the Court declare it

     haS an enormouS\$ and directly corro\$ive effect on democracy;

8   (2) That *Shelby County v. Eric Holder* be considered in light of the above, and that the Court

9   declare it haS an enormouS\$ and directly corro\$ive effect on democracy;

10  (3) That the forthcoming *Shaun McCutcheon v. FEC* be considered in light of the above, and that

11  the Court declare it will have an enormouS\$ly corro\$ive effect on democracy;

12  (4) That Wayne LaPierre and hiS NRA be enjoined from doing end-run\$ around the HobbS Act

13  to peddle his weapons of the masses' destruction throughout California;

14  (5) That reasonable restrictions on, and regulation of, the 2nd Amendment be interpreted and/or

15  drafted into new California law based in its state Constitution;

16  (6) That reasonable background checks which do a far better job at weeding out the all too many

17  Chos, Loughners, Holmses, Landzas, and Alexis' be interpreted/incorporated into California's

     Constitution to prevent future massacres;

18  (7) That military assault weapons, specifically designed to dismember human bodies, not be sold

19  to California's citizenry, since under all criminal codes throughout the nation; and inception of

20  this Country, such murder, assault, and maiming are absolutely prohibited and illegal;

21  (8) That extra-capacity clips and magazines which are designed to mow down humans as if in a

22  rice patty in Vietnam not be sold to CA's 18 year olds who've played way-too much Halo-3 or

23  Grand Theft Auto from the comfort and safety of their mommy and daddy's living rooms;

24  (9) That anyone who's an NRA member also volunteer as an auxiliary police in crime ridden

25  neighborhoods like in the Bayview or Oakland, or becomes a mercenary in Latin America to rid

26  those nations of drug lords who shoot back, -unlike the paper targets that they feel so tough

27  ripping to shreds at 'family-fun' gun ranges;

28

---

[42] http://www.washingtontimes.com/news/2013/nov/10/hudak-fights-recall-drive-in-colo-with-de-
cash/?rtm_source=RSS_Feed&utm_medium=RSS

Complaint for Constitutional Violations      15

(10) That NRA members who feel so tough when stroking their firearms take a walk in a crime-ridden neighborhood at midnight to experience what urban combat might be like instead of just talking $#!t with their friends over beers at backyard bar-b-ques.  Phukin'-A!;

(11) That Wayne LaPierre risk hi$ own phucking[43] life like I did exposing hi$ Hobb$ Act violations and Judicial Corruption throughout the United States, and acknowledges that Fl Missud was bombed for exposing *Citizen$-United* corporate corruption of his ultra-corrupt NRA/corporate-bought judiciary.

(12) That the Five Muther-Phucking roache$ otherwise known as $COTU$' Conservatives, who've sold out the nation, *resign* before I get them impeached.[44]

XV. VERIFICATION BY AN ATTORNEY IN VERY GOOD STANDING (despite the Five Conservative$' best efforts at having me 'Involuntarily Disbarred' and license unconstitutionally taken.)[45]

I, Patrick Missud [BSME, MSCE, CSLB IE, GC, 18 USC §1513, 31 USC §3279, CCP §1021.5], and super-lowly JD which anybody can get with a finger-painting degree, declare as follows:

I prepared and researched the foregoing Complaint and know the contents thereof.  I prepared the thousands of already-registered, attached and/or referenced exhibits.  Everything represented in all pleadings is truthful and accurate, except to those matters which are stated upon my information or belief, and to those matters I believe the representations to be true.

As a 4-year Federal Informant I already gathered over-whelming evidence proving that judges like in this $uperior Court or $COTU$' Thoma$ and Scalia are criminals and traitors. I did this with the intent of getting them incarcerated for life term$. Since that job's already been done, I now only seek to nationally expose the named Defendants in this Complaint.

I declare under the penalty of perjury that the foregoing is true and correct, that this verification was executed in San Francisco California, and that all information was already

---

[43] NYC's Missud apologizes for the colorful language which is but vernacular in NYC... and yes I've taken the subway after midnight to all parts of Manhattan, the Bronx, and Brooklyn that would make most NRA members $#!t in their pants, which is why taking on the U.S. Supreme Court is mere child's play.

[44] Too late.  Pack light.

[45] http://members.calbar.ca.gov/fal/Member/Detail/219614  -Know that not even with knife or gun in hand, could a NYC subway cretin have gotten away with this.

Complaint for Constitutional Violations                                    16

1  forwarded to federal law enforcement to get maximum judicial indictments and impeachments to

2  restore this nation back to "We the People" (the non-corporate kind).

3

4  //

5  Signed as a: U.S. citizen with the fundamental right to petition this grievance before a neutral

6  court, federally-protected Title 18 §1513 federal informant, and under the penalty of perjury

7  under the laws of the US Constitution,

8

9  _Patrick Missud_

10  Patrick Missud          December 23, 2013

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**Superior Court of California, County of San Francisco**

## Alternative Dispute Resolution
## Program Information Package



---

The plaintiff must serve a copy of the ADR information package
on each defendant along with the complaint.  (CRC 3.221(c))

---

## WHAT IS ADR?

Alternative Dispute Resolution (ADR) is the term used to describe the various options available
for settling a dispute without a trial.  There are many different ADR processes, the most common
forms of which are mediation, arbitration and settlement conferences.  In ADR, trained, impartial
people decide disputes or help parties decide disputes themselves.  They can help parties
resolve disputes without having to go to court.

## WHY CHOOSE ADR?

"It is the policy of the Superior Court that every noncriminal, nonjuvenile case participate either
in an early settlement conference, mediation, arbitration, early neutral evaluation or some other
alternative dispute resolution process prior to trial." (Local Rule 4)

ADR can have a number of advantages over traditional litigation:

- **ADR can save time.**  A dispute often can be resolved in a matter of months, even
  weeks, through ADR, while a lawsuit can take years.
- **ADR can save money,** including court costs, attorney fees, and expert fees.
- **ADR encourages participation.**  The parties may have more opportunities to tell their
  story than in court and may have more control over the outcome of the case.
- **ADR is more satisfying.**  For all the above reasons, many people participating in
  ADR have reported a high degree of satisfaction.

## HOW DO I PARTICIPATE IN ADR?

Litigants may elect to participate in ADR at any point in a case.  General civil cases may
voluntarily enter into the court's ADR programs by any of the following means:

- Filing a Stipulation to ADR: Complete and file the Stipulation form (attached to this
  packet) at the clerk's office located at 400 McAllister Street, Room 103;
- Indicating your ADR preference on the Case Management Statement (also attached to
  this packet); or
- Contacting the court's ADR office (see below) or the Bar Association of San
  Francisco's ADR Services at 415-782-8905 or www.sfbar.org/adr for more information.

**For more information about ADR programs or dispute resolution alternatives, contact:**

Superior Court Alternative Dispute Resolution
400 McAllister Street, Room 103, San Francisco, CA   94102
415-551-3876

*Or, visit the court ADR website at www.sfsuperiorcourt.org*

The San Francisco Superior Court offers different types of ADR processes for general civil matters; each ADR program is described in the subsections below:

## 1) SETTLEMENT CONFERENCES

The goal of settlement conferences is to provide participants an opportunity to reach a mutually acceptable settlement that resolves all or part of a dispute early in the litigation process.

**(A) THE BAR ASSOCIATION OF SAN FRANCISCO (BASF) EARLY SETTLEMENT PROGRAM (ESP):** ESP remains as one of the Court's ADR programs (see Local Rule 4.3) but parties must select the program – the Court no longer will order parties into ESP.

**Operation:** Panels of pre-screened attorneys (one plaintiff, one defense counsel) each with at least 10 years' trial experience provide a minimum of two hours of settlement conference time, including evaluation of strengths and weakness of a case and potential case value. On occasion, a panelist with extensive experience in both plaintiff and defense roles serves as a sole panelist. BASF handles notification to all parties, conflict checks with the panelists, and full case management. The success rate for the program is 78% and the satisfaction rate is 97%. Full procedures are at: www.sfbar.org/esp.

**Cost:** BASF charges an administrative fee of $295 per party with a cap of $590 for parties represented by the same counsel. Waivers are available to those who qualify. For more information, call Marilyn King at 415-782-8905, email adr@sfbar.org or see the enclosed brochure.

**(B) MANDATORY SETTLEMENT CONFERENCES:** Parties may elect to apply to the Presiding Judge's department for a specially-set mandatory settlement conference. See Local Rule 5.0 for further instructions. Upon approval of the Presiding Judge, the court will schedule the conference and assign the case for a settlement conference.

## 2) MEDIATION

Mediation is a voluntary, flexible, and confidential process in which a neutral third party facilitates negotiations. The goal of mediation is to reach a mutually satisfactory agreement, before incurring the expense of going to court, that resolves all or part of a dispute after exploring the interests, needs, and priorities of the parties in light of relevant evidence and the law. A mediator strives to bring the parties to a mutually beneficial settlement of the dispute.

**(A) MEDIATION SERVICES OF THE BAR ASSOCIATION OF SAN FRANCISCO,** in cooperation with the Superior Court, is designed to help civil litigants resolve disputes before they incur substantial costs in litigation. While it is best to utilize the program at the outset of litigation, parties may use the program at any time while a case is pending.

**Operation:** Experienced professional mediators, screened and approved, provide one hour of preparation time and the first two hours of mediation time. Mediation time beyond that is charged at the mediator's hourly rate. BASF pre-screens all mediators based upon strict educational and experience requirements. Parties can select their mediator from the panels at www.sfbar.org/mediation or BASF can assist with mediator selection. The BASF website contains photographs, biographies, and videos of the mediators as well as testimonials to assist with the selection process. BASF staff handles conflict checks and full case management.

Mediators work with parties to arrive at a mutually agreeable solution. The success rate for the program is 64% and the satisfaction rate is 99%.

**Cost:** BASF charges an administrative fee of $295 per party. The hourly mediator fee beyond the first three hours will vary depending on the mediator selected. Waivers of the administrative fee are available to those who qualify. For more information, call Marilyn King at 415-782-8905, email adr@sfbar.org or see the enclosed brochure.

**(B) PRIVATE MEDIATION:** Although not currently a part of the court's ADR program, civil disputes may also be resolved through private mediation. Parties may elect any private mediator or mediation organization of their choice; the selection and coordination of private mediation is the responsibility of the parties. Parties may find mediators and organizations on the Internet. The cost of private mediation will vary depending on the mediator selected.

## 3) ARBITRATION

An arbitrator is neutral attorney who presides at a hearing where the parties present evidence through exhibits and testimony. The arbitrator applies the law to the facts of the case and makes an award based upon the merits of the case.

**(A) JUDICIAL ARBITRATION:** When the court orders a case to arbitration it is called "judicial arbitration". The goal of arbitration is to provide parties with an adjudication that is earlier, faster, less formal, and usually less expensive than a trial.

**Operation:** Pursuant to CCP 1141.11 and Local Rule 4, all civil actions in which the amount in controversy is $50,000 or less, and no party seeks equitable relief, shall be ordered to arbitration. (Upon stipulation of all parties, other civil matters may be submitted to judicial arbitration.) A case is ordered to arbitration after the Case Management Conference. An arbitrator is chosen from the court's arbitration panel. Arbitrations are generally held between 7 and 9 months after a complaint has been filed. Judicial arbitration is not binding unless all parties agree to be bound by the arbitrator's decision. Any party may request a trial within 60 days after the arbitrator's award has been filed.

Local Rule 4.2 allows for mediation in lieu of judicial arbitration, so long as the parties file a stipulation to mediate after the filing of a complaint. If settlement is not reached through mediation, a case proceeds to trial as scheduled.

**Cost:** There is no cost to the parties for judicial arbitration.

**(B) PRIVATE ARBITRATION:** Although not currently a part of the court's ADR program, civil disputes may also be resolved through private arbitration. Here, the parties voluntarily consent to arbitration. If all parties agree, private arbitration may be binding and the parties give up the right to judicial review of the arbitrator's decision. In private arbitration, the parties select a private arbitrator and are responsible for paying the arbitrator's fees.

TO PARTICIPATE IN ANY OF THE COURT'S ADR PROGRAMS, PLEASE COMPLETE THE ATTACHED STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION AND SUBMIT IT TO THE COURT. YOU MUST ALSO CONTACT BASF TO ENROLL IN THE LISTED BASF PROGRAMS. THE COURT DOES NOT FORWARD COPIES OF COMPLETED STIPULATIONS TO BASF.

EXHIBIT A                    Page 37

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address)* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO · | |
| ATTORNEY FOR *(Name):* | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>400 McAllister Street<br>San Francisco, CA 94102-4514 | |
| PLAINTIFF/PETITIONER: | |
| DEFENDANT/RESPONDENT: | |

| | CASE NUMBER: |
|---|---|
| STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION (ADR) | DEPARTMENT 610 |

1)   The parties hereby stipulate that this action shall be submitted to the following ADR process:

☐   **Early Settlement Program of the Bar Association of San Francisco (BASF)** - Pre-screened experienced attorneys provide a minimum of 2 hours of settlement conference time for a BASF administrative fee of $250 per party. Waivers are available to those who qualify. BASF handles notification to all parties, conflict checks with the panelists, and full case management. www.sfbar.org/esp

☐   **Mediation Services of BASF** - Experienced professional mediators, screened and approved, provide one hour of preparation and the first two hours of mediation time for a BASF administrative fee of $250 per party. Mediation time beyond that is charged at the mediator's hourly rate. Waivers of the administrative fee are available to those who qualify. BASF assists parties with mediator selection, conflicts checks and full case management. www.sfbar.org/mediation

☐   **Private Mediation** - Mediators and ADR provider organizations charge by the hour or by the day, current market rates. ADR organizations may also charge an administrative fee. Parties may find experienced mediators and organizations on the Internet.

☐   **Judicial Arbitration** - Non-binding arbitration is available to cases in which the amount in controversy is $50,000 or less and no equitable relief is sought. The court appoints a pre-screened arbitrator who will issue an award. There is no fee for this program. www.sfsuperiorcourt.org

☐   **Other ADR process (describe)** _____

2)   The parties agree that the ADR Process shall be completed by (date): _____

3)   Plaintiff(s) and Defendant(s) further agree as follows:

_____     _____

_____     _____

_____          _____
Name of Party Stipulating                    Name of Party Stipulating

_____          _____
Name of Party or Attorney Executing Stipulation   Name of Party or Attorney Executing Stipulation

_____          _____
Signature of Party or Attorney               Signature of Party or Attorney

☐ Plaintiff ☐ Defendant ☐ Cross-defendant    ☐ Plaintiff ☐ Defendant ☐ Cross-defendant

Dated: _____          Dated: _____

☐   *Additional signature(s) attached*

ADR-2  07/12          **STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION**

EXHIBIT A                                            Page 38

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:                FAX NO. *(Optional):* | |
| E-MAIL ADDRESS *(Optional):* | |
| ATTORNEY FOR *(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| CASE MANAGEMENT STATEMENT | | CASE NUMBER: |
|---|---|---|
| *(Check one):* ☐ **UNLIMITED CASE** (Amount demanded exceeds $25,000) | ☐ **LIMITED CASE** (Amount demanded is $25,000 or less) | |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date:                Time:                Dept.:                Div.:                Room:

Address of court *(if different from the address above):*

☐ Notice of Intent to Appear by Telephone, by *(name):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☐ This statement is submitted by party *(name):*
   b. ☐ This statement is submitted jointly by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date).*
   b. ☐ The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not):*
      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names):*
      (3) ☐ have had a default entered against them *(specify names):*
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**
   a. Type of case in ☐ complaint  ☐ cross-complaint  *(Describe, including causes of action):*

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

☐   *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
    The party or parties request ☐ a jury trial ☐ a nonjury trial.    *(If more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
    a.  ☐  The trial has been set for *(date):*
    b.  ☐  No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

    c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial**
    The party or parties estimate that the trial will take *(check one):*
    a.  ☐  days *(specify number):*
    b.  ☐  hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
    The party or parties will be represented at trial ☐ by the attorney or party listed in the caption ☐ by the following:
    a.  Attorney:
    b.  Firm:
    c.  Address:
    d.  Telephone number:                                             f.  Fax number:
    e.  E-mail address:                                               g.  Party represented:
    ☐  Additional representation is described in Attachment 8.

9.  **Preference**
    ☐  This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**

    a.  **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.

    (1)  For parties represented by counsel: Counsel ☐ has ☐ has not  provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

    (2)  For self-represented parties: Party ☐ has ☐ has not  reviewed the ADR information package identified in rule 3.221.

    b.  **Referral to judicial arbitration or civil action mediation (if available).**
    (1) ☐  This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

    (2) ☐  Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

    (3) ☐  This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form are willing to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case have agreed to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

**CASE MANAGEMENT STATEMENT**

EXHIBIT A

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

11. Insurance
   a. ☐ Insurance carrier, if any, for party filing this statement (name):
   b. Reservation of rights: ☐ Yes ☐ No
   c. ☐ Coverage issues will significantly affect resolution of this case (explain):

12. Jurisdiction
   Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
      ☐ Bankruptcy ☐ Other (specify):
   Status:

13. Related cases, consolidation, and coordination
   a. ☐ There are companion, underlying, or related cases.
      (1) Name of case:
      (2) Name of court:
      (3) Case number:
      (4) Status:
      ☐ Additional cases are described in Attachment 13a.
   b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by (name party):

14. Bifurcation
   ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action (specify moving party, type of motion, and reasons):

15. Other motions
   ☐ The party or parties expect to file the following motions before trial (specify moving party, type of motion, and issues):

16. Discovery
   a. ☐ The party or parties have completed all discovery.
   b. ☐ The following discovery will be completed by the date specified (describe all anticipated discovery):

| Party | Description | Date |
|---|---|---|
| | | |

   c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated (specify):

**CASE MANAGEMENT STATEMENT**
EXHIBIT A

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

17. **Economic litigation**
    a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.
    b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

18. **Other issues**
    ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

19. **Meet and confer**
    a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

    b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:

▶
_____          _____
(TYPE OR PRINT NAME)                            (SIGNATURE OF PARTY OR ATTORNEY)

▶
_____          _____
(TYPE OR PRINT NAME)                            (SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.



Page 44

Patrick Missud
91 San Juan Ave.
San Francisco, CA, 94112

EXHIBIT A

PATRICK MISSUD
91 SAN JUAN ST.
SAN FRANCISCO, CA 94112



U.S. POSTAGE PAID
SAN FRANCISCO CA
94112
FEB 15 14
AMOUNT
$8.45
95833

FIRST CLASS MAIL

FIRST CLASS MAIL

CSC LAWYERS INCORPORATING SVC
2710 GATEWAY OAKS DR. SUITE 150N
SACRAMENTO, CA 95833

CERTIFIED MAIL

7012 0470 0000 3063 6729

PATRICK MISSUD
91 SAN JUAN ST.
SAN FRANCISCO, CA 94112

EXHIBIT A

United States District Court
For the Northern District of California

1
2
3
4
5
6       IN THE UNITED STATES DISTRICT COURT
7       FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10      PATRICK A. MISSUD,
11                    Plaintiff,                          No. C 13-80263 WHA
12             v.
13      NATIONAL RIFLE ASSOCIATION, *et*                  **ORDER DISMISSING ACTION,**
        *al.*,                                            **EXPANDING PRE-FILING**
14                                                        **REVIEW, AND IMPOSING**
                      Defendants.                         **MONETARY SANCTIONS**
15                                              /
16
17          Plaintiff Patrick Missud was declared a vexatious litigant in 2012 and is currently subject

18      to pre-filing review of any complaints filed against judicial entities. *Missud v. San Francisco*

19      *Superior Court*, No. 12-3117-WHA, 2012 U.S. Dist. LEXIS 137351, at *9-10 (N.D. Cal. Sept.

20      24, 2012). In July 2013, he was placed on involuntary inactive status with the State Bar of

21      California. The State Bar decision states that Missud "has total disdain for the legal profession

22      and the judicial process." *In the Matter of Patrick Alexandre Missud*, No. 12-O-10026-LMA

23      (Cal. St. B. July 1, 2013). Attorney Missud was charged with seven counts of professional

24      misconduct, including failing to obey court orders. The State Bar found, by clear and convincing

25      evidence (after a five day hearing), that Missud was culpable of the alleged misconduct.

26      Attorney Missud was then recommended to be "disbarred from the practice of law – the only

27      solution for public protection." In October 2013, Missud's membership in the bar of this Court

28      was suspended pursuant to this district's reciprocal discipline procedures. *In The Matter of*

        *Patrick Alexandre Missud - # 219614*, No. 13-80182-WHA, Dkt. No. 3 (N.D. Cal. Oct. 2, 2013).

1   Attorney Missud has filed no less than twelve actions in this district.  He has a history of

2   placing bizarre comments on the docket.  For example:

3   Letter from Patrick Missud, dated 05/18/13 (Attachments: # 1 Exhibit
POS of Documents which SCOTUS will ignore to Dismiss
4   Citizens-United Fortune-500 D.R. Horton Inc. from Writ 12-9412 which
Proves to Criminal Standards that Nevada's Supreme Court is
5   Corporate-Bought. # 2 Exhibit The 9th Circuit Just Today Ignored all
Evidence of Lower Court Citizens-United, Fortune-500 D.R. Horton's
6   purchase of 18 USC 201 Corrupt Judges from Nevada to California; and
County to Circuit Court's, # 3 Exhibit I have Dozens of Transcripts
7   catching Dopey-Corrupt Judges in Lies. This Is the First- and they each
get Progressively Worse!! By this Thursday, the United States Supreme
8   Court will out itself as a Corporate Tool to Destroy the Constitution, Bill
of Rights, Democracy, and 314 Million Real Non-Corporate
9   People)(Missud, Patrick) (Filed on 5/21/2013) Modified on 5/22/2013
(jlm, COURT STAFF). (Entered: 05/21/2013)

10

11   *Missud, et al. v. D.R. Horton Inc., et al.*, No. 4:07-cv-02625-SBA, Dkt. No. 78 (N.D. Cal. May

21, 2013).  This too was filed:

12
13   First MOTION for Reconsideration re 70 Clerk's Judgment, 69 Order on
Motion to Dismiss, Order on Motion to Strike MAKING SURE THAT
JUDGE $PERO $PEND$ AT LEAST A DECADE IN THE PEN filed by
14   Patrick Alexandre Missud. (Attachments: # 1 Exhibit The court registered
a ".pl" file in$tead of "pdf" to conceal it$ own order. Thi$ i$n't the first
15   time the court ha$ So brazenly tried to conceal evidence and order$ from
the public. I've had to time and again go to the court to get copie$ of what
16   they want $upre$$ed., # 2 Exhibit Here'$ the corrupted ".pl" file which
has all $ort$ of weird formatting problems. That'$ the likely reason it
17   can't be downloaded as a "pdf." The judicial fraud throughout the 9th
Di$trict and Circuit Court$ i$ epic. Ju$t See civil ca$e$ C:11-1856,
18   11-3567, 12-161, 12-3117, 12-5468,...... related appeal$,....and related
U.S. Supreme COurt Writ$ 12-7817, 8191, 9412, 9413, 9981, 10006,
19   .........)(Missud, Patrick) (Filed on 6/28/2013) (Entered: 06/28/2013)

20   *Missud v. Oakland Coliseum Joint Venture, et al.*, No. 3:12-cv-02967-JCS, Dkt. No. 72 (N.D.

21   Cal. June 28, 2013).

22   In *Missud v. San Francisco Superior Court*, No. 3:12-cv-03117-WHA, Dkt. No. 123

23   (N.D. Cal. April 1, 2013), this docket entry, along with nearly one-hundred similar entries, was

24   filed after the action was officially closed in September 2012:

25   Request for Judicial Notice THAT I WILL RAILROAD THE BAR
RATHER THAN IT RAILROAD ME filed byPatrick A. Missud.
26   (Attachments: # 1 Exhibit The Trial that the $$Bar$$ will rig to Disbar
Missud, # 2 Exhibit The Bar'$ Trumped-Up Charge$ to Railroad the Trial,
27   # 3 Exhibit Federal Judge Chen'$ Complaint to the Bar and Instruction$ to
Railroad the Hearing. # 4 Exhibit All $ort$ of Court$, Judge$, and
28   Corporation$ Wanting Missud to be Disbarred, # 5 Exhibit Bar Court

2

EXHIBIT B

United States District Court
For the Northern District of California

1

Judge Armendariz iS Trying Really Hard to Railroad the Trial)(Missud, Patrick) (Filed on 4/1/2013) (Entered: 04/01/2013)

2

3 The July 22 order found that Missud had abused his ECF access privileges and those privileges

were revoked (Dkt. No. 175).

4

5         More recently, Missud subpoenaed San Francisco Police Chief Greg Suhr, Judge Joann

6 Remke, and the undersigned judge to appear before the Supreme Court (Dkt. No. 179). Those

subpoenas were quashed due to the bizzare and incoherent nature of the requests.

7

8         The instant miscellaneous action arises from a putative class action complaint filed by

Attorney Missud. The complaint can only be described as incoherent. It, moreover, is

9 essentially the same complaint previously dismissed as frivolous in another action. *Missud v.*

10 *National Rifle Association Inc., et al.*, No. 3:13-mc-80213-WHA, Dkt. No. 3 (N.D. Cal, Oct. 15,

11 2013). The only difference worth noting is that former defendant U.S. Supreme Court has been

12 replaced with defendant Intermedia Outdoor Holdings Inc. This complaint is a deliberate

13 attempt to circumvent the 2012 pre-filing review order. The 2012 order was entered after

14 Attorney Missud filed multiple lawsuits against judicial defendants alleging, among other things,

15 that state and federal judges who previously ruled against him were conspiring against him and

16 the American public. The complaints all failed to state plausible claims against the judicial

17 defendants and were both frivolous and harassing.

18         Attorney Missud was given notice and an opportunity to oppose being declared a

19 vexatious litigant (Dkt. No. 59). His many responses were nothing more than a repetition of

20 vague and conclusory allegations of judicial corruption implausible to support a claim. Missud

21 was thereafter declared a vexatious litigant as to all judicial entities, including judges and courts.

22 His complaints against judicial entities were ordered subject to pre-filing review.

23         Missud has once against filed a complaint that lacks any plausible merit. The complaint

24 is DISMISSED. Judgment will be entered accordingly.

25         This order also finds that Attorney Missud is using this district's docket as part of a

26 personal campaign to harass anyone with whom he has a difference of opinion. The 2012

27 vexatious litigant order is therefore expanded as follows: all of Missud's filings in this district

28 will be subject to PRE-FILING REVIEW. The Clerk of this Court may not file or accept any

3

1  further complaints filed by or on behalf of Attorney Missud (as a named plaintiff). If Attorney
2  Missud wishes to file a complaint, he shall provide a copy of any such complaint, a letter
3  requesting that the complaint be filed, and a copy of this order to the Clerk of this Court. The
4  Clerk shall then forward the complaint, letter, and copy of this order to the undersigned for
5  pre-filing review. If the Court ascertains that the complaint or notice of appeal is duplicative or
6  frivolous, it will not be filed and will be returned to Missud. Otherwise, it will be given to the
7  Clerk with instructions to file it, subject to payment of fees.

8        The 2012 order warned Attorney Missud that any future suits he files with the Court
9  which do not comply with the good faith requirements of FRCP 11 will be subject to sanctions,
10  including monetary sanctions. Nevertheless, Missud has once against filed a frivolous
11  complaint, in violation of FRCP 11 and the 2012 order. This order concludes that monetary
12  sanctions are now warranted. Missud is hereby FINED **$100** for violation of FRCP 11 and the
13  2012 order. Attorney Missud is forewarned that further violations of this order, the 2012 order,
14  or FRCP 11 will result in increased monetary sanctions.

15        Attorney Missud's motion for IFP status is DENIED AS MOOT. The undersigned judge
16  notes that Missud has indicated on his IFP application that he has received "$1,000+/- per
17  month" for "[t]ransactional work for consulting services," accepted stock dividends of "$200+/-
18  per month," and has "$70,000 in retirement accounts" (Dkt. No. 2).

19

20        **IT IS SO ORDERED.**

21

22  Dated:   December 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28

United States District Court
For the Northern District of California

4

EXHIBIT B

United States District Court
For the Northern District of California

1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   PATRICK A. MISSUD,
11              Plaintiff,                    No. C 13-80263 WHA
12        v.
13   NATIONAL RIFLE ASSOCIATION, et           **JUDGMENT**
     al.,
14
15              Defendants.
16
17        For the reasons stated in the accompanying order dismissing this action, FINAL
18   JUDGMENT IS HEREBY ENTERED in favor of defendants. The Clerk SHALL CLOSE THE FILE.
19
20        IT IS SO ORDERED.
21
22   Dated:   December 2, 2013.
                                        WILLIAM ALSUP
23                                      UNITED STATES DISTRICT JUDGE
24
25
26
27
28

EXHIBIT B                                     Page 50

FILED JULY 1, 2013

STATE BAR COURT OF CALIFORNIA

HEARING DEPARTMENT - SAN FRANCISCO

In the Matter of )   Case No.:  **12-O-10026-LMA**
)
**PATRICK ALEXANDRE MISSUD,** )
)   **DECISION AND ORDER OF**
**Member No. 219614,** )   **INVOLUNTARY INACTIVE**
)   **ENROLLMENT**
A Member of the State Bar. )

## Introduction[1]

Respondent Patrick Alexandre Missud was declared a vexatious litigant in 2012.  He has no intentions of curbing his behavior and repeatedly said so and demonstrated so.  He has total disdain for the legal profession and the judicial process.  In this contested disciplinary proceeding, he stated: "I'm determined to catch even more judges ... I want to make it in the Guinness Book of World Records for the number of corporate judges netted in a single sting."

Respondent Missud is charged with seven counts of professional misconduct:  (1) maintaining unjust actions; (2) committing acts of moral turpitude; (3) communicating with a represented party; (4) failing to obey court orders; and (5) failing to report judicial sanctions.

This court finds, by clear and convincing evidence, that respondent is culpable of the alleged misconduct.  Based upon the serious nature and extent of culpability and the evidence in

---

[1] Unless otherwise indicated, all references to rules refer to the State Bar Rules of Professional Conduct.  Furthermore, all statutory references are to the Business and Professions Code, unless otherwise indicated.

EXHIBIT C                    Page 51

aggravation, the court recommends that respondent be disbarred from the practice of law – the only solution for public protection.

## Significant Procedural History

The State Bar of California, Office of the Chief Trial Counsel (State Bar), initiated this proceeding by filing a notice of disciplinary charges (NDC)[2] on December 17, 2012. Respondent filed a response on February 14, 2013.

A five-day hearing was held on April 15-19, 2013. Senior Trial Counsel Erica L. M. Dennings represented the State Bar. Respondent represented himself.

On April 19, 2013, following closing arguments, the court took this matter under submission.

## Findings of Fact and Conclusions of Law

Respondent was admitted to the practice of law in California on June 4, 2002, and has been a member of the State Bar of California at all times since that date.

The following findings of fact are based on respondent's response to the NDC and the testimony and evidence presented at trial.

### Background Facts

In 2004, respondent and his wife, Julie Missud ("Julie"), purchased a single family home in Henderson, Nevada ("the Nevada property"), built by D. R. Horton, Inc. ("Horton"). Shortly after respondent signed a written sales contract with Horton, an issue arose as to whether respondent had obtained a mortgage loan for the home purchase. This issue then gave rise to

---

[2] The NDC contains many typographical errors. For example, the name "Michael Mason" was repeated twice. (P. 2, line 20; p. 3, line 2.) Multiple defendants' first names were wrong. (P. 3, line 12: "Donald Mason" should be Michael Mason; "Michael Callihan" should be Daniel Callihan; and "Daniel Schankin" should be Annie Schankin). And the quoted material from the November 22, 2011 Order of Affirmance contains errors. (P. 4, lines 3-5: "issue" should be "challenge"; "Horton's" should be in brackets.)

respondent's litigious battle in at least eight lawsuits, multiple motions and appeals in California
and Nevada during the next seven years. He failed to prevail in any of the litigations.

From August 2005 to July 2011, respondent sued the builder, its subsidiary (DHI
Mortgage), its employees, state and federal officials, judges, courts, and even USA. His claims
included infliction of emotional distress, property damage, fraud, breach of contract, racketeering
violations, judicial corruption, conspiracy, and civil rights violations.

Finally, on March 22, 2012, the district court declared respondent a vexatious litigant,
prohibiting him from filing any further complaints against any of these entities without
permission from the court, and referred him to the State Bar for any appropriate disciplinary
action. At the same time, several opposing counsel also referred respondent to the State Bar.

The matter is now before this court.

## Facts

### 1. Lawsuits Re the Nevada Property

Respondent pursued eight lawsuits and other litigations arising out of his purchase of the
Nevada property. When the trial court dismissed a case, he would continue his litigation battle
and filed more frivolous lawsuits and endless appeals and motions over and over again. He was
relentless in his baseless litigations in California and Nevada, even though he failed in all of
them, as shown in the following:

(1) Filed **August 22, 2005**, *Patrice Missud[3] v. D. R. Horton, DHI Mortgage, Michael
Mason, Agent of DHI Mortgage, Daniel Callihan, Agent of DHI Mortgage. Anne Schankin,
Agent of D. R. Horton*, San Francisco County Superior Court, case No. CGC 05-444247.

The complaint alleged two causes of action for infliction of emotional distress.
Respondent filed the complaint in California even though the transaction occurred in Nevada, the

---

[3] Respondent Patrick Missud is also known as Patrice Missud.

property is located in Nevada, and Horton does no business in California. The court sustained a motion to quash service of summons and complaint and dismissed the case without prejudice on November 9, 2005.

(2) Filed **December 9, 2005**, *Patrice Missud v. D. R. Horton, DHI Mortgage. Michael Mason. Agent of DHI Mortgage, Daniel Callihan, Agent of DHI Mortgage, Anne Schankin, Agent of D. R. Horton,* San Francisco County Superior Court, case No. CGC 05-447499.

The complaint alleged causes of action for personal injury (emotional distress) and property damage. The court sustained a motion to quash service of summons and complaint on grounds of lack of personal jurisdiction against Horton and failure to effect proper service as to the remaining defendants (including DHI), and dismissed the case against Horton without prejudice on April 25, 2006. The court dismissed the action without prejudice as against all remaining defendants based on lack of personal jurisdiction on January 11, 2007.

(3) Filed **October 23, 2006**, *Patrice Missud and Julie Missud v. D. R. Horton, DHI Mortgage Company, Donald Horton, Donald Tomnitz, Michael Mason, Daniel Callihan, Annie Schankin, James Frasure,* San Francisco County Superior Court, case No. CGC 06-457207.

The complaint alleged a cause of action for fraud. The case was dismissed due to lack of personal jurisdiction as to all defendants on February 15, 2007.

(4) Filed **May 17, 2007**, *Patrice Missud and Julie Missud v. D. R. Horton, DHI Mortgage Company, Donald Horton, Donald Tomnitz, Michael Mason, Daniel Callihan. Annie Schankin, James Frasure,* United States District Court for the Northern District of California, case No. 07-cv-02625-SBA.

The complaint alleged breach of contract. On October 30, 2007, the case was dismissed for lack of personal jurisdiction, forum non conveniens, and statute of limitations.

(5) Filed **November 13, 2007**, *Patrick Missud and Julie Missud v. D. R. Horton, DHI Mortgage Company, Michael Mason, Daniel Callihan, Annie Schankin, James Frasure*, Nevada District Court, Clark County, case No. 07A551662 ("the Nevada case").

The complaint alleged breach of contract, deceptive trade practices, defamation, and personal injury. Respondent was held in contempt for knowingly and intentionally violating the terms of a stipulated protective order and for sending threatening communications to witnesses and counsel involved in the litigation. Respondent was sanctioned $48,691.97 for attorney fees and costs in conjunction with enforcing the protective order and the contempt proceedings.[4]

The Nevada case was dismissed. In its November 22, 2011 order affirming the district court's imposition of sanctions and dismissing the case, the Nevada Supreme Court found that respondent failed to "raise any challenge on appeal as to the district court's findings that [Missud] engaged in abusive litigation tactics by contacting and threatening [Horton's] employees."

On November 16, 2010, D. R. Horton and DHI Mortgage Company sought to enter judgment based upon the sister-state judgment previously entered against respondent in the Nevada case (sanctions for $48,691.97) in *Patrick Missud and Julie Missud v. D. R. Horton, DHI Mortgage Company, et al.*, San Francisco County Superior Court, case No. CPF 10-510876.

By order dated November 19, 2010, the judgment was entered. Respondent filed a motion to vacate the Nevada judgment, which was denied. He then appealed.

On November 22, 2011, the Court of Appeal affirmed the superior court's denial of respondent's motion to vacate, noting "Missud's briefs contain no comprehensible legal

---

[4] Findings of fact regarding the protective order violations are discussed below under the subheading, "The Protective Order in the Nevada Case."

argument as to why the order he challenges should be reversed." Respondent filed a writ to the California Supreme Court which was denied.

(6) Filed **January 19, 2010**, *Patrick Missud v. D. R. Horton, DHI Mortgage Company, Donald Horton, Donald Tomnitz, Curtis Coltrane, Susan Eckhardt, Duane Waddill, Richard Perry, Greg Abbott, Saundra B. Armstrong, Roger Benitez, Berry Edenfield, Martin Reidinger, Yahoo, Inc., Wendel Rosen Black & Dean, LLC, Wood, Smith, Henning & Berman, LLC, Luce, Forward, Hamilton & Scripps, LLP, Ryan & Dawson, Strand Systems Engineering.* United States District Court for the Northern District of California, case No. 10-cv-00235-SI.

The complaint alleged Racketeer Influenced and Corrupt Organization ("RICO") violations. On April 2, 2010, the court dismissed the claims against District Judges Armstrong, Benitez, Edenfield, and Reidinger on the grounds of absolute judicial immunity. The court dismissed the remaining claims against other defendants without prejudice based on respondent's voluntary dismissal.

(7) Filed **April 18, 2011**, *Patrick Missud v. San Francisco Superior Court, Judge Charlotte Woolard, Court Approved Mediator Michael Carbone, ADR Services, Inc., Judge Loretta Giorgi, State Bar of California, California State Commission on Judicial Performance,* United States District Court for the Northern District of California, case No. 11-cv-01856-PJH.

The complaint alleged judicial corruption and RICO violations. On February 13, 2012, the court dismissed the complaint with prejudice, concluding that respondent's claims were implausible and/or woefully deficient. Thereafter, respondent filed multiple appeals.

(8) Filed **October 28, 2011**, *Patrick Missud v. State of Nevada, D. R. Horton, Inc., Securities and Exchange Commission, SEC Chairwoman Mary Shapiro, Eighth Judicial District Court County of Clark, Clark County Court CEO Steven Grierson, Judge Elizabeth Gonzalez of the Clark County Courts of Nevada, Commissioner Bonnie Bulla, Division of Mortgage Lending*

*Deputy Commissioner Susan Eckhardt, Clark County Sheriff Douglas Gillespie, Commission on Judicial Discipline, CJD Director David Sarnowski, Nevada State Bar, Nevada State Bar President Constance Akridge, Nevada Supreme Court, Nevada Supreme Court Justices Kristina Pickering, Mark Gibbons, James W. Hardesty, Ron Parraguirre, Michael L. Douglas, Michael Cherry, Nancy M. Saitta, South Carolina Special Magistrate Curtis Coltrane, San Francisco Superior Court Judges Charlotte Woolard and Loretta Giorgi, Judge Saundra Armstrong of the U.S. District Court for the Northern District of California, Judge Roger Hunt of the U.S. District Court for the District of Nevada, Judge Roger Benitez of the U.S. District Court for the Southern District of California, USA, et al.,* United States District Court for the Northern District of California, case No. 11-cv-03567- EMC.

The amended complaint alleged public corruption under 42 U.S.C. § 1983 and civil rights violations. Respondent made general claims of fraud and conspiracy by the defendants, but did not allege any facts to support his allegations.

Finally, on March 22, 2012, U.S. District Judge Edward M. Chen issued an order dismissing the action and declaring respondent a vexatious litigant. Respondent's claims were dismissed as to: (a) Horton for lack of personal jurisdiction; (b) the judicial defendants on the ground of judicial immunity and failure to state a claim; and (c) the unserved defendants for failure to effect proper service. The order forbade respondent from filing any complaints against Horton or any of its affiliates (including DHI Mortgage), subsidiaries, and/or employees without first obtaining a determination from a Duty Judge as to whether the complaint should be accepted for filing. The court also referred respondent to the State Bar for any appropriate disciplinary action.

Respondent filed a motion for reconsideration which was denied. Respondent filed a motion to recuse the judge which was also denied.

### 2. *Websites Regarding Defendants*

While these cases were pending, respondent repeatedly made statements to the media via e-mail and websites about the defendants that were false and had no basis in fact. Respondent made these statements for the purpose of harassing, intimidating, and annoying Horton and other defendants. Respondent filed the lawsuits to retaliate against Horton, to make the litigation expensive for Horton and other defendants, and as a platform to disparage the defendants.

From at least September 2007 and continuing to the present, respondent created, maintained, controlled, and posted information on several websites devoted to disseminating information about Horton, DHI, and its employees and associates, and numerous judges and government officials. The names of the websites were disparaging and misleading and designed to intimidate, harass and annoy as follows:  drhortonfraud.com, drhortonhomelemon.info, drhortonhomeofhorrors.com, drhortonhomesstink.com, donaldtomnitzisacrook.com (Donald Tomnitz is the CEO of Horton), drhortonsucks.info, drhortonsjudges.com, drhortoncouldhavekilledme.com, and sfcourtfraud.com.

The websites contained information which was false, disparaging, and defamatory.

To date, the drhortonsucks.info website states:  "I can't be more emphatic....if you buy a home from DR Horton, you will likely be defrauded.  D R Horton is a RICO operating company."

On the drhortonhomelemon.com site, respondent caused to be posted the statement: "Patrick has found hundreds of victims like me across the country and has discovered that DR Horton runs its RICO business like the mafia."

On October 30, 2007, respondent wrote a letter to defense counsel promising that "he will now contact defendants' employees directly in violation of Nevada Rule of Professional Conduct 4.2."

In 2009, respondent maintained the website www.mmmlawyers.com for his law firm, Missud and Missud. Under the Construction Defects section of the website, respondent wrote: "As an example of M&M's persistence in pursuing a nationwide contractor and the United States' largest residential builder please visit www.drhortonsucks.info."

On January 6, 2010, respondent sent an e-mail to defense counsel and state and federal officials including the U. S. Department of Justice, regarding his RICO action again Horton and others. Respondent wrote in the subject line: "$$$Fortune 500, D R Horton RICO updates$$$."

In the January 6, 2010 e-mail, respondent indicated that his response to an interrogatory propounded by Horton regarding settlement was "that the criminals on DHI's Board can either surrender to federal authorities, or your agency can indict within 12 days. Otherwise, I will file a completed RICO action and protect America from 'America's builder.'" Respondent had no factual basis for referring to DHI board members as criminals. Respondent had no factual basis to request that the U. S. Attorney General indict Horton board members. Respondent's statements were intended to harass, intimidate, and annoy the Horton board members.

On January 28, 2010, respondent posted the following statement on his website, drhortonjudges.info: "My intent is to ruin the reputations of the named individuals and corporations and to expose the various governmental entities responsible."

On August 2, 2011, respondent sent an e-mail to Horton defense counsel, several Nevada state court officials, Clark County (Nevada) officials, the Nevada Attorney General's office, California state court officials, Nevada State Bar officials, California State Bar officials, and to reporters and staff at the San Francisco Chronicle. In the e-mail, respondent claimed that San Francisco Superior Court Judge Woolard was responsible for theft of over $825,000 from two cases she presided over, that San Francisco Court Judge Loretta Giorgi was responsible for theft of over $875,000 from cases she presided over, that Judges Woolard and Giorgi liked to rubber

stamp each other's fraudulent rulings, and that the judges were thieves and financially dangerous to all Californians and Americans. Respondent also stated that he hoped the judges would get substantial prison time for their crimes and corruption. There was no factual basis for any of respondent's claims.

### 3. Respondent Declared a Vexatious Litigant

On December 1, 2011, in *Missud v. State of Nevada, Horton et al.*, Horton filed a motion to dismiss based on lack of personal jurisdiction, or in the alternative for forum non conveniens.

On January 5, 2012, the judge issued a Report and Recommendation ("R & R") recommending: (1) that Horton's motion to dismiss for lack of personal jurisdiction be granted; (2) that respondent's complaint be dismissed with prejudice as to judicial defendants on the basis of judicial immunity; and (3) that respondent's complaint be dismissed without prejudice as to unserved defendants on the basis of respondent's failure to serve them within 120 days. Respondent received the R & R shortly after it was filed and was aware of its contents.

Respondent objected to the R & R and filed voluminous documents with the court, including several requests for judicial notice.

On January 25, 2012, Horton filed a reply in support of the R & R along with a motion to declare respondent a vexatious litigant.

On March 22, 2012, Judge Chen of the United States District Court found that respondent's litigation against Horton and its affiliates, subsidiaries, and employees had been abusive and frivolous. The court found that respondent's claims against Horton lacked any credible factual basis and that respondent refused to comply with court rules and procedures. The court also found that respondent seemed to be more motivated by obtaining press for himself and causing expense for Horton than by advancing any legitimate claim for relief, citing as an

example respondent's statements that he intended to make things "horrendously expensive" for Horton and that he would initiate as many class action lawsuits and investigations as possible.

Respondent continued to sue Horton in California despite multiple court rulings that Horton is not subject to personal jurisdiction in California. The court found respondent's conduct in bringing multiple lawsuits harassing.

The court concluded that respondent had demonstrated intent to continue frivolously litigating against Horton and others despite judicial rulings against him.

Based on the foregoing findings and conclusions, the court granted Horton's motion to declare respondent a vexatious litigant.

In the March 2012 order declaring respondent a vexatious litigant, the district court cited a few examples of what other courts had written regarding respondent's unmeritorious contentions that were full of sweeping, frivolous and harassing accusations without factual support:

- Respondent's complaint "does not set forth clear causes of action, but lambastes prior judicial decisions against [respondent], corporate influence in American politics, and pervasive corruption in the judiciaries and regulatory agencies of the United States, California, and Nevada."

- "[T]he details of [respondent's] allegations are elusive; the complaint is loaded with vague, conclusory, and hyperbolic statements, as well as what appear to be nonsensical and far-flung facts. The court also notes that some of the allegations are quite reckless given [respondent's] status as an officer of the very court he is suing."

- Respondent "continuously and unrelentingly refused to comply with this Court's various Orders" and he had engaged in "continuous improper conduct," which drove up the cost of litigation.

- "Mr. Missud's filings in this matter have been voluminous and meritless thus far. We caution him that further abuse will result in the imposition of sanctions."

- Respondent "has continued to file voluminous and procedurally improper documents with this Court."

- Respondent's "litigation against Defendant Horton and its affiliates, subsidiaries, and employees has been abusive and frivolous."

- "Defendant sums up the problems with Mr. Missud's tautological claims against Horton succinctly: '[H]e alleges that he lost his prior six cases against D.R. Horton because the courts were "corrupt." As proof, he points to the fact that he lost these six prior cases.'"

- Respondent "continues to attempt to sue Horton in California despite multiple court rulings that Horton is not subject to personal jurisdiction in California. Such conduct is harassing."

A few examples of respondent's incredulous accusations against the defendants and general references to racketeering in his pleadings include:

- Horton has "caused thousands of consumers' financial evisceration through illegal means and by corrupting public figures."

- "This has already become a landmark case. It already showcases absolute corruption of 23 judges made possible by the Citizen$-United ruling which has paved a long, tortuous path for ordinary, real, flesh-and-blood, non-corporate, fleece-able, citizen-litigants."

- Comparing the defendants, "[n]ot even Hosni Mubarak financially raped Egypt quite so much."

- "Billion dollar DHI was not content with just the purchase of Nevada's di$trict and $upreme court$. DHI also had to prove that it could buy California's."

### 4. Communications with Represented Defendants

At all relevant times the defendants in all of the lawsuits were represented by counsel and respondent was aware that the defendants were represented by counsel.

In each of the lawsuits, respondent made unsubstantiated allegations of wrongdoing against each defendant. These allegations were not investigated by respondent or substantiated in any way.

On October 14, 2005, Horton defense counsel sent a letter to respondent requesting that he refrain from contacting Horton defendants directly. Respondent reviewed the letter shortly after October 14, 2005. Thereafter, respondent ignored the letter and repeatedly contacted Horton employees directly throughout the litigation regarding the subject of the litigation even though he knew they were represented by counsel.

### 5. The Protective Order in the Nevada Case

On April 19, 2010, the court in the Nevada case approved a stipulated protective order executed by the parties.

The stipulated protective order:

- prohibited the parties from posting documents and claims about the parties, witnesses, attorneys, or judges to any website;

- required that respondent immediately remove information from his website that contained claims about the case, the witnesses, the defendants, their counsel, and judicial and governmental officials;

- required the immediate removal from any websites of any information that disparaged counsel, the court, or the judges; and

- required the parties to immediately remove statements that disparaged the State Bars of Nevada, Texas or California, any judges, any parties to this case or any other cases or other judicial proceedings from any websites controlled by any party to the case.

Respondent received and was aware of the protective order shortly after it was filed on April 21, 2010.

Thereafter, respondent did not remove disparaging information about witnesses from his websites, and respondent posted additional content about witnesses, linking them to disparaging remarks about Horton, such as "drhortonhomestink.com."

After April 21, 2010, respondent did not take down his website, drhortonsjudges.info, in which he disparaged various judges. He did not remove the websites – drhortonfraud.com, drhortoncouldhavekilledme.com, and drhortonhomesstink.com – in which he made false claims about Horton.

On April 29, 2010, Horton defense counsel filed a motion requesting that the court issue an order to show cause as to why the plaintiffs should not be held in contempt in the Nevada case.

Prior to July 20, 2010, Horton filed a motion for sanctions against respondent for violating the protective order. Respondent received the motion and was aware of its contents.

On July 20, 2010, a hearing was held on the motion for sanctions. At the hearing, respondent admitted that he had not removed disparaging information from his websites, that one of the main purposes of the lawsuit was to ruin the reputation of the judges, and that he

repeatedly sent threatening communications to witnesses and counsel in connection with the litigation.

By order dated July 20, 2010, the court found respondent in contempt for violating the protective order and dismissed his case.

By order dated October 4, 2010, the court awarded Horton a total of $48,691.97 in attorney fees and costs as a sanction for respondent's violation of the protective order.

Thereafter, respondent appealed the sanction order and the award was affirmed on appeal. To date, respondent has not paid any portion of the $48,691.97.

At no time did respondent report the $48,691.97 sanction award to the State Bar of California.

### Conclusions

### *Count One - (§ 6068, subd. (c) [Attorney's Duty to Counsel/Maintain Only Legal or Just Actions or Defenses])*

Section 6068, subdivision (c), provides that an attorney has a duty to counsel or maintain those proceedings, actions, or defenses only as appear to the attorney legal or just.

"[A]as officers of the court, attorneys ... have a duty to judicial system to assert only legal claims or defenses that are warranted by the law or are supported by a good faith belief in their correctness." *(In the Matter of Davis* (Review Dept. 2003) 4 Cal. State Bar Ct. Rptr. 576, 591.)

The purpose of the vexatious litigant statutes "is to address the problem created by the persistent and obsessive litigant who constantly has pending a number of groundless actions and whose conduct causes serious financial results to the unfortunate objects of his or her attacks and places an unreasonable burden on the courts." *(Morton v. Wagner* (2007) 156 Cal.App.4th 963, 970–971.)

"The constant suer ... becomes a serious problem to others than the defendant he dogs. By clogging court calendars, he causes real detriment to those who have legitimate controversies to be determined and to the taxpayers who must provide the courts.  Arguably, one who has repeatedly relitigated groundless claims against one defendant could be required to give security before pressing to trial an apparently unfounded claim against a new victim." (*Taliaferro v. Hoogs* (1965) 237 Cal.App.2d 73, 74.)

Here, respondent had no legal claims against any of the defendants regarding the Nevada property.  After having at least eight lawsuits dismissed and losing multiple appeals, in which the courts had repeatedly chastised him for filing unmeritorious papers, respondent continued to assert that he was fighting on behalf of consumers and that the defendants and the courts were all corrupt and would go to prison.  He unreasonably believed that he had the right to continuing litigating until he got the result he wanted regardless of the law or the facts.

Therefore, by repeatedly filing lawsuits without merit, filing lawsuits to subject Horton to jurisdiction in California without basis, refusing to comply with court rules and procedures, and engaging in abusive litigation tactics resulting in an order declaring him a vexatious litigant, and by repeatedly making false statements about witnesses, parties, judges, and officials, which respondent knew were false, for the purpose of harassment and intimidation, repeatedly posting false and defamatory information on his websites, and engaging in conduct for the purpose of ruining the reputation of witnesses, parties, judges, and government officials, respondent failed to counsel or maintain such action, proceedings, or defenses only as appear to him legal or just, in willful violation of section 6068, subdivision (c).

### Count Two - (§ 6106 [Moral Turpitude])

Section 6106 provides, in part, that the commission of any act involving dishonesty, moral turpitude, or corruption constitutes cause for suspension or disbarment.

- 16 -
EXHIBIT C

It is well settled that "serious, habitual abuse of the judicial system constitutes moral turpitude in violation of section 6106." (*In the Matter of Varakin* (Review Dept. 1994) 3 Cal. State Bar Ct. Rptr. 179, 186.)

Respondent's actions of filing frivolous lawsuits and making false statements about Horton and other defendants for the purpose of harassment and intimidation constituted acts of moral turpitude and dishonesty, in willful violation of section 6106.

### Count Three - (Rule 2-100(A) [Communication with a Represented Party])

Rule 2-100(A) provides that an attorney, while representing a client, must not directly or indirectly communicate about the subject of the representation with a party the attorney knows is represented by another attorney, unless the attorney has the consent of the other attorney.

Respondent ignored Horton's October 2005 letter requesting him to refrain from contacting his employees. He directly and repeatedly contacted Horton employees throughout the litigation even though he knew they were represented by counsel.

Therefore, by repeatedly contacting Horton defendants directly regarding the subject of the litigation although he knew they were represented by counsel, respondent communicated with a party he knew was represented by another lawyer without the consent of that lawyer, in willful violation of rule 2-100(A).

### Count Four - (§ 6103 [Failure to Obey a Court Order])

Section 6103 provides, in pertinent part, that a willful disobedience or violation of a court order requiring an attorney to do or forbear an act connected with or in the course of the attorney's profession, which an attorney ought in good faith to do or forbear, constitutes cause for suspension or disbarment.

By repeatedly posting false information about witnesses, parties, and judges in the case on his websites, not removing his websites that contained claims about the case, not taking down

websites containing false information, respondent violated the April 19, 2010 protective order and therefore willfully disobeyed or violated an order of the court requiring him to do or forbear an act connected with or in the course of his profession which he ought in good faith to do or forbear, in willful violation of section 6103.

### Count Five - (§ 6106 [Moral Turpitude])

By repeatedly engaging in conduct that violated the protective order by deliberately posting false information about Horton, witnesses, judges and other government entities, respondent committed acts involving moral turpitude, corruption, and dishonesty, in willful violation of section 6106.

### Count Six - (§ 6103 [Failure to Obey a Court Order])

By not paying any portion of the $48,691.97 sanctions order, respondent willfully disobeyed or violated an order of the court requiring him to do or forbear an act connected with or in the course of respondent's profession which he ought in good faith to do or forbear, in willful violation of section 6103.

### Count Seven - (§ 6068, subd. (o)(3) [Failure to Report Sanctions])

Section 6068, subdivision (o)(3), provides that within 30 days of knowledge, an attorney has a duty to report, in writing, to the State Bar the imposition of judicial sanctions against the attorney of $1,000 or more which are not imposed for failure to make discovery.

By not reporting the $48,691.97 sanction award to the State Bar, respondent failed to report to the State Bar, in writing, within 30 days of the time respondent had knowledge of the imposition of any judicial sanctions against him, in willful violation of section 6068, subdivision (o)(3).

**Aggravation**[5]

### Multiple Acts/Pattern of Misconduct (Std. 1.2(b)(ii).)

Respondent's misconduct constitutes multiple acts of wrongdoing, including multiple acts of moral turpitude, filing unjust actions, communications with represented parties, and failure to obey court orders. Such multiple acts of misconduct constitute an aggravating factor.

In addition, respondent's multiple violations, disdain for rules and disobeying court orders demonstrate a pattern of misconduct. "Only the most serious instances of repeated misconduct over a prolonged period of time could be characterized as demonstrating a pattern of wrongdoing." (*Levin v. State Bar* (1989) 47 Cal.3d 1140, 1149, fn. 14, citing *Lawhorn v. State Bar* (1987) 43 Cal.3d 1357, 1367.) His misconduct is egregious and has been ongoing since 2004.

### Harm to Client/Public/Administration of Justice (Std. 1.2(b)(iv).)

Respondent significantly harmed the public and the administration of justice. His vexatious litigation required the courts to repeatedly rule on meritless lawsuits and motions, wasting valuable judicial time and resources. The cumulative effect of his conduct over the course of at least six years of meritless litigation in California and Nevada is prejudicial to the administration of justice, taking judicial resources away from other meritorious cases. Moreover, respondent's misconduct caused harm to the legal profession. He used the courts as a means of intimidating and oppressing people by his endless litigations against the builder and its employees.

Based on his repeated, baseless claims and arguments, respondent has failed to demonstrate any respect for the process and rule of law. Moreover, his actions caused extreme

---

[5] All references to standards (Std.) are to the Rules of Procedure of the State Bar, title IV, Standards for Attorney Sanctions for Professional Misconduct.

harm to Horton and others, forcing them to spend tens of thousands of dollars in legal fees defending themselves in his obsessive and baseless campaign to fight corruption.

### Indifference Toward Rectification/Atonement (Std. 1.2(b)(v).)

Respondent demonstrated indifference toward rectification of or atonement for the consequences of his misconduct. "The law does not require false penitence. [Citation.] But it does require that the respondent accept responsibility for his acts and come to grips with his culpability. [Citation.]" *(In the Matter of Katz* (Review Dept. 1991) 1 Cal. State Bar Ct. Rptr. 502, 511.)

Respondent expressed no remorse or recognition of the serious consequences of his misbehavior. He was relentless in pursuit of his claims, refusing to acknowledge that his arguments were not supported by the law or fact. Instead, he contended that his goal was to protect the consumers and send the judges and corporate officers to prison. He would continue contacting represented parties and would not pay any sanctions. In fact, respondent admitted that he would not stop and does not plan to stop this course of misconduct. Respondent was unapologetic. Indeed, there is no indication that he realized the gravity of his violations.

Respondent's failure to accept responsibility for actions which are wrong or to understand that wrongfulness is considered an aggravating factor. *(Carter v. State Bar* (1988) 44 Cal.3d 1091, 1100-1101.)

### Lack of Candor/Cooperation to Victims/State Bar (Std. 1.2(b)(vi).)

Respondent's unrestrained personal abuse and disruptive behavior characterized his conduct during these disciplinary proceedings. (See *In the Matter of Dixon* (Review Dept. 1999) 4 Cal. State Bar Ct. Rptr. 23, 45.) His disrespect to the State Bar Court, constantly using offensive language throughout the proceedings, is significant aggravation.

## Mitigation

There is no mitigation.

## Discussion

The purpose of State Bar disciplinary proceedings is not to punish the attorney, but to protect the public, to preserve public confidence in the profession, and to maintain the highest possible professional standards for attorneys. (*Chadwick v. State Bar* (1989) 49 Cal.3d 103, 111; *Cooper v. State Bar* (1987) 43 Cal.3d 1016, 1025; std. 1.3.)

In determining the appropriate level of discipline, the court looks first to the standards for guidance. (*Drociak v. State Bar* (1991) 52 Cal.3d 1095, 1090; *In the Matter of Koehler* (Review Dept. 1991) 1 Cal. State Bar Ct. Rptr. 615, 628.) The standards provide a broad range of sanctions ranging from reproval to disbarment, depending upon the gravity of the offenses and the harm to the victim. Standards 1.6(a), 2.3, 2.6 and 2.10 apply.

The Supreme Court gives the standards "great weight" and will reject a recommendation consistent with the standards only where the court entertains "grave doubts" as to its propriety. (*In re Silverton* (2005) 36 Cal.4th 81, 91-92; *In re Naney* (1990) 51 Cal.3d 186, 190.) Although the standards are not mandatory, they may be deviated from when there is a compelling, well-defined reason to do so. (*Bates v. State Bar* (1990) 51 Cal.3d 1056, 1061, fn. 2; *Aronin v. State Bar* (1990) 52 Cal.3d 276, 291.)

Standard 1.6(a) provides, in pertinent part, that when two or more acts of misconduct are found in a single disciplinary proceeding, and different sanctions are prescribed for those acts, the recommended sanction is to be the most severe of the different sanctions.

Standard 2.3 provides that culpability of moral turpitude and intentional dishonesty toward a court or a client must result in actual suspension or disbarment.

- 21 -
EXHIBIT C

Standard 2.6 provides that culpability of certain provisions of the Business and Professions Code must result in disbarment or suspension depending on the gravity of the offense or the harm to the victim.

Standard 2.10 provides that violations of any provisions of the Business and Professions Code or Rules of Professional Conduct not specified in these standards must result in reproval or suspension depending upon the gravity of the misconduct or harm to the victim, with due regard to the purposes of imposing discipline.

Respondent contends that all charges against him should be dismissed. He maintains that he is completely free of any wrongdoing. He asserts that he is a champion of consumers and a federal informant, and that the judges are corrupt.

The State Bar urges disbarment, citing *In the Matter of Varakin* (Review Dept. 1994) 3 Cal. State Bar Ct. Rptr. 179 in support of its recommendation.

In *Varakin*, the attorney was disbarred for filing frivolous motions and appeals in four different cases over 12 years solely for the purpose of delay and harassment of his ex-wife and others who became embroiled in his vendetta against her and was proud of his conduct. He persisted in this pattern of misconduct despite many sanctions. In fact, within four years, he received at least 14 sanctions, totaling $80,000. He also intentionally refused to report sanctions and to cooperate with the State Bar investigation. Stressing respondent's abuse of the judicial system, lack of repentance, and obdurate persistence in misconduct, the Review Department concluded that no discipline less than disbarment was consistent with the goals of maintaining high ethical standards for attorneys and preserving public confidence in the legal profession.

Like *Varakin*, respondent filed all those eight lawsuits and multiple appeals regarding the Nevada property for the sole purpose of delay or harassment of the builder and others. He was clearly vengeful and spiteful. He has so far refused to pay sanctions of more than $48,000

awarded in the Nevada case. Respondent engaged in unmeritorious litigations over six years in eight cases. He failed to report his sanctions to the State Bar and refused to cooperate with the State Bar investigation. Thus, his misconduct is as egregious as the misconduct in *Varakin*.

In another case, *Rosenthal v. State Bar* (1987) 43 Cal.3d 612, the Supreme Court disbarred an attorney because of the egregious nature of his misconduct and the need to protect the public from further injury. Like respondent, the attorney maintained unjust actions and committed acts of moral turpitude. Rosenthal also engaged in transactions rife with undisclosed conflicts of interest, taken positions adverse to former clients, overstated expenses and double-billed for legal fees, failed to return client files or provide access to records, failed to give adequate legal advice or provide his clients with the opportunity to obtain independent counsel, filed fraudulent claims and given false testimony, and engaged in conduct intended to harass his former clients, delay court proceedings, obstruct justice and abuse the legal process.

In this matter, respondent's frivolous lawsuits and appeals burdened the court, opposing parties and counsel, causing substantial harm to the administration of justice and the public. The enormous harm to the administration of justice and to the public weighs heavily in assessing the appropriate level of discipline. Respondent is unrepentant, relentless and spiteful; he continued to demonstrate such unprofessional conduct during these disciplinary proceedings with his unwarranted attacks against this court, the State Bar and the entire judicial process.

In recommending discipline, the "paramount concern is protection of the public, the courts and the integrity of the legal profession." (*Snyder v. State Bar* (1990) 49 Cal.3d 1302.) The court also had the opportunity to assess respondent's character and conduct over five days of trial. While the court is sympathetic with his determination to rid of fraud and be a champion for consumers, respondent's volatility is indeed troubling, especially since his misconduct began only two years after he became a member of the bar. Based on the court's observation and the

record, disbarment is absolutely necessary to protect the public, preserve confidence in the profession, and maintain high professional standards. The total absence of any recognition by respondent of his misconduct shows that there is little hope that he would conform his method of practicing law to the professional standards of this state.

Therefore, having considered the egregious nature and extent of the misconduct, the aggravating circumstances, as well as the case law and the standards, the court must recommend that respondent be disbarred to protect the courts, the public and the profession.

## Recommendations

It is recommended that respondent Patrick Alexandre Missud, State Bar Number 219614, be disbarred from the practice of law in California and respondent's name be stricken from the roll of attorneys.

### California Rules of Court, Rule 9.20

It is further recommended that respondent be ordered to comply with the requirements of rule 9.20 of the California Rules of Court, and to perform the acts specified in subdivisions (a) and (c) of that rule within 30 and 40 days, respectively, after the effective date of the Supreme Court order in this proceeding.

### Costs

It is recommended that costs be awarded to the State Bar in accordance with Business and Professions Code section 6086.10, and are enforceable both as provided in Business and Professions Code section 6140.7 and as a money judgment.

## Order of Involuntary Inactive Enrollment

Respondent is ordered transferred to involuntary inactive status pursuant to Business and Professions Code section 6007, subdivision (c)(4). Respondent's inactive enrollment will be effective three calendar days after this order is served by mail and will terminate upon the

effective date of the Supreme Court's order imposing discipline herein, or as provided for by rule

5.111(D)(2) of the State Bar Rules of Procedure, or as otherwise ordered by the Supreme Court

pursuant to its plenary jurisdiction.


Dated: July _____, 2013                    _____
                                           LUCY ARMENDARIZ
                                           Judge of the State Bar Court



PATRICK MISSUD  #219614
91 San Juan Ave.
San Francisco, CA, 94112
missudpat@yahoo.com
18 USC§1513 Federal Informant;
31 USC §3279 Qui-Tam Relator;
CCP §1021.5 Private Attorney General;
Attorney in Good Standing; and
Plaintiff in Pro-Se.

UNITED STATES DISTRICT COURT FOR THE NINTH CIRCUIT   **WHA**
SAN FRANCISCO DIVISION
UNLIMITED CIVIL JURISDICTION
CLASS ACTION
**DEMAND FOR JURY TRIAL**

PATRICK A. MISSUD,                    CV 19 Case No. 80  213MISC
and those similarly situated
                                      **COMPLAINT FOR CONSTITUTIONAL
vs.                                   VIOLATIONS INCLUDING RIGHTS TO:
                                      LIFE, LIBERTY, HAPINESS, EQUALITY,
NATIONAL RIFLE ASSOCIATION;           DUE PROCESS, PRIVILEGES AND
WAYNE LAPIERRE; STATE OF              IMMUNITIES, FREE SPEECH, VOTING,
COLORADO; U.S. SUPREME COURT;         FAIRNESS, NEUTRAL TRIBUNAL,
DOES 1-200.                           PETITIONING GRIEVANCES, ....**

1. NOTICE OF IMMINENT FUNDAMENTAL RIGHTS VIOLATION BY THIS COURT'S
SIMPLE FAILURE TO IMMEDIATELY FILE-ENDORSE-REGISTER THIS PLEADING
AND PUBLICLY UPLOAD IT TO PACER

This pleading was already forwarded to the DOJ, FBI, syndicated media, consumer
groups including Public Citizen and Judicial Watch, and the U.S. Supreme Court. Failure to
publicly register it on PACER will be an instant, *prima-facie, real-time* violation of my
fundamental right to petition this grievance, to and through this 9th District Court.

On September 25, 2013 the U.S. Supreme Court Denied taking Original Jurisdiction of
this Complaint despite my pleadings which painstakingly detailed how the 9th District and its
judge$: took at least a dozen overt and covert actions to conceal pleadings and cases; and were

Complaint for Constitutional Violations                                            1

1  purposefully locking me out of court because I'd already exposed over a dozen of its 18 USC
2  §201 Corrupt judge$. My "SCOTUS RULE-17 COMPLAINT FOR CONSTITUTIONAL
3  VIOLATIONS" is hereby incorporated by reference and details the dozen crystal-clear violations
4  by at least District judge$ Al$up, Chen, Ryu, and Chief Justice Wilkin.

5
6  Very predictably, just a week later on October 2, 2013, just after SCOTUS Denied my
7  case, 18 USC §201 Corrupt judge Al$up locked me out of hi$ 9th District Court. Now $ee C:13-
8  mc-80182 #3, and SCOTUS' Denial attached to this pleading. *There are no other court$ where I
9  can file this Constitutional Rights Complaint. If I can't file in the 9th District Court today, then
10  my right to petition government with my grievance has been absolutely violated.*

11  II. JURISDICTION

12  Northern California's Federal District Court is a court of general jurisdiction. These
13  causes of action come under its authority by way of subject matter jurisdiction and violation of
14  federal laws [28 USC §1331]. Violations of Constitutional Rights are properly alleged and filed
15  in this court. Further, these Defendants directly or indirectly made use of the means or
16  instrumentalities of interstate commerce, mail, or wire in connection with the transactions, acts,
17  practices and courses of business alleged herein.

18  III. INTRADISTRICT ASSIGNMENT
19  Northern California's San Francisco Division is the proper venue for this action pursuant
20  to 28 U.S.C. §1391. It's where most of the transactions, acts, practices, and courses of conduct
21  constituting violations of the federal laws alleged in this complaint regularly occur to and around
22  class action representative Missud.

23  For instance the National Rifle Association [NRA] regularly comes to Daly City's Cow
24  Palace to sell guns which kill Missud's and other class members' neighbors. Members of the
25  class are even sometimes gunned-down as victims of gun related violence that the NRA brings to
26  Missud's neighborhood. The remaining Defendants made these killings possible by allowing the
27  Gun Lobby to become ultra-powerful with its manipulation$ of federal laws, Acts, and precedent
28  like *Citizen$-United* and *Shelby County*.

## IV. UNITY OF ACTION

Wherever in this complaint reference is made to one Defendant, it's presumed that the actions were taken for the benefit of all Defendants who are related through their nexus to further their common scheme.  The common scheme among these Defendants is to maximize the Gun Lobby's $pecial intere$t$, namely generating massive corporate profits through any means including abusing *Citizen$-United* to do an end-run around the Hobbs Act, and *Shelby County* to exclude citizens who want reasonable restrictions on the 2nd Amendment.

## V. CLASS ACTION ALLEGATIONS

Each Defendant violated the federal rights of each class action Plaintiff.  Americans seeking reasonable restrictions on the 2nd Amendment have no voice because the Defendants either purchase officials and judges under *Citizen$-United*. or rig elections under *Shelby County* to protect only their $pecial intere$t$.  This Class Action meets the statutory prerequisites for the maintenance of a Class Action as set forth in F.R.C.P. 23 in that:

(a) The persons who comprise the Class are so numerous that the joinder of all such persons is impracticable and the disposition of their claims as a class will benefit the parties and the Court;

(b) Nearly all factual, legal, statutory, declaratory and injunctive relief issues that are raised in this Complaint are common to the Class and will apply uniformly to every member of the Class;

(c) Representative Plaintiffs' claims are typical of the claims of each member of the Class; and,

(d) The representative Plaintiffs will fairly and adequately represent and protect the interest of the Class, and will retain additional counsel which is competent and experienced in Class Action litigation. There are no material conflicts between the claims of the representative Plaintiffs and the members of the Class that would make class certification inappropriate. Counsel for the Class will vigorously assert the claims of all Class Members.

In addition to meeting the statutory prerequisites to a Class Action, this action is properly maintained as a Class Action pursuant to F.R.C.P. 23. in that:

(a) Without class certification and determination of declaratory, injunctive, statutory and other legal questions within the class format, prosecution of separate actions by individual members of

1    the Class will create the risk of: ......etc. Please note that further discussion of the Class will be

2    detailed in the First Amended Complaint if and when necessary.[1]

3

4    VI. NOTICE OF INTERESTED PARTIES

5        Washington's Department of Justice, Public Corruption Unit, the FBI, and other

6    government agencies are all interested parties in this case. Such agencies are tasked with

7    policing officials and judges who've violated the Hobbs Act, Voting Rights Act; 18 USC §201

8    Corruption, §1962 Racketeering or similar statutes; or run afoul of SCOTUS decisions like

9    Citizen$-United and Shelby County. Recall that the three above agencies already investigated

10   corrupt judge$ turned convicted felons Olson, Maloney, Ciavarella, Conahan, Limas, Porteu$,

11   and dozen$ of other$ for taking kick-back$ and Hobbs Act bribe$.[2]

12       Further, the State Department and Department of Defense may be interested parties

13   because Wayne LaPierre's NRA is now meddling in international affairs and U.N. Arms Trade

14   Treaties which are plenary powers reserved only to the federal government and none others.[3]

15       In addition, Colorado's State Senate is no doubt very interested after having had two

16   Representatives illegally recalled by the NRA, with a third in imminent danger of the Same.[4]

17   Voters' rights in Colorado aren't So fundamental when the NRA get$ involved and abu$e$

18   Citizen$-United, Shelby County and the Hobb$ Act.[5]

19

20   VII. CORPORATE DISCLOSURE STATEMENT

21       The mighty NRA is designated by the IRS as a 501(c)(4) with four 501(c)(3) charitable

22   subsidiaries and a Section 527 lobbying group segregated fund: The NRA Political Victory Fund.

23

24   [1] References will include that over 90% of the NRA's own membership want to restrict extra-capacity magazines
     and gun clips just like the two recalled CO legislators supported.

25   [2] http://www.fbi.gov/philadelphia/press-releases/2011/former-pennsylvania-county-president-judge-and-juvenile-
     judge-mark-ciavarella-sentenced-to-28-years-in-prison and

26   http://www.fbi.gov/philadelphia/press-releases/2011/former-pennsylvania-county-president-judge-michael-conahan-
     sentenced  and  http://www.huffingtonpost.com/2010/09/13/judge-g-thomas-porteous-impeachment-

27   trial_n_715336.html  and  http://www.nytimes.com/2010/12/09/us/politics/09judge.html?_r=0  .
     [3] http://washingtonexaminer.com/nra-blasts-john-kerry-for-signing-un-arms-treaty/article/2536367

28   [4] http://www.washingtontimes.com/news/2013/oct/8/colorado-voters-go-after-third-pro-gun-control-dem/
     [5] http://www.washingtonpost.com/blogs/govbeat/wp/2013/10/07/gun-rights-advocates-plan-another-colorado-recall/
     and http://www.foxnews.com/politics/2013/10/08/colorado-gun-rights-advocates-plan-another-recall-effort/

Complaint for Constitutional Violations                                   4

1   The NRA controls through its board of trustees the following 501(c)(3) organizations: NRA
2   Civil Rights Defense Fund, NRA Foundation Inc., NRA Special Contribution Fund (dba NRA
3   Whittington Center), and NRA Freedom Action Foundation. The NRA is also the parent
4   organization of affiliated groups such as the Institute for Legislative Action (ILA).[6]

5       The NRA lobbies really hard for its multi-billion industry and contributes to 30,000
6   domestic gun deaths every year.[7]  The United States has the highest rate of gun related
7   homicides after African and Latin American Countries engaged in civil and drug wars
8   respectively.[8]  The NRA supplies weapons to those African and Latin American nations for their
9   citizens to slaughter each other as well.[9]  The NRA exports death internationally.  It's for this
10  reason that Missud has to cause a judicial crisis and link SCOTUS' five Citizen$-United,
11  corporate-bought con$ervative$ to Special Intere$t$ like the NRA which not only destroy
    economies, but entire civilizations.

12

13  VIII. AUTHORITIES CITED
14  Declaration of Independence's pursuit of life, liberty, and happiness;
15  U.S. Constitution and Bill of Rights:

16      1st Amendment's right of the people to peaceably assemble; 2nd Amendment's right to bear
17  arms; 4th Amendment's right of the people to be secure in their persons; 5th Amendment's right
18  of the people not to be deprived of life or liberty without due process of law; 14th Amendment's
19  right of the people to not be deprived of life or liberty without due process of law, or equal
20  protection under the laws; 24th Amendment's right of the people to not be deprived of the right to
21  vote for elected officials by either state or federal poll or other taxes; 26th Amendment's right of
22  the citizens of these United States to not have their voting rights denied or abridged by the
    United States or any State.

23

24

25  [6] http://home.nra.org/
26  http://www.ask.com/wiki/Gun_violence_in_the_United_States?o=2800&qsrc=999&ad=doubleDown&an=apn&ap=
    ask.com
27  [8] http://www.ask.com/wiki/List_of_countries_by_firearm-
    related_death_rate?o=2800&qsrc=999&ad=doubleDown&an=apn&ap=ask.com
28  [9] http://www.cbsnews.com/2100-202_162-4835694.html and
    http://www.ask.com/wiki/Smuggling_of_firearms_into_Mexico?o=2800&qsrc=999&ad=doubleDown&an=apn&ap
    =ask.com

Complaint for Constitutional Violations                                         9

1   Hobbs Act; 18 USC §1951:

2       At common law, extortion was an offense committed by a public official who took 'by color

3   of his office' money that was not due to him for the performance of his official duties. . . .

4   Extortion by the public official was the rough equivalent of what we would now describe as

5   'taking a bribe.'" *Evans v. United States*, 504 U.S. 255 (1992).[10]

6   *Citizens United v. FEC*; 558 U.S. 310 (2010)

7       The five $COTU$ con$ervative$ decided that money is speech and that corporate 'people'

8   with the most money $hould have the loudest voice$.

9   *Shelby County v. Eric Holder*; 570 U.S. ___ (2013)

10      The five $COTU$ con$ervative$ decided that *Citizen$-United* corporations and $pecial

11  Intere$t$ should be allowed to rig elections in way$ they $ee fit to disenfranchise real flesh-and-

12  blood people throughout the nation.

13  *$haun McCutcheon v. FEC*; 5xx U.S. ___ (2013)

14      The five $COTU$ con$ervative$ heard oral argument yesterday and will $oon decide that

15  money $hould buy judge$ and that corporate 'people' with the most money $hould own the

16  nation. $calia and hi$ Koch-Brother$ corporate-bought con$ervative$ were worried about the

17  2%; and Ginsburg and three other progressives considered the rights of 98% -the little people.[11]


## IX. STANDING

18      Missud has standing to sue these co-conspiring Defendants for several reasons.

19  (A) F1 Missud is in failing health with congenital Medullary Sponge Kidneys, Severe Spinal

20  Stenosis and Sclerosis from L1-3.[12]  The three conditions limit his ambulation to a two-block

21  radius, and make it increasingly difficult for him to flee from the criminals who routinely

22  purchase Wayne LaPierre's artillery when sold at the many gun shows held at the neighboring

23  Cow Palace just a crow-flying mile away.[13]  Over the years, Missud's noticed an increase in

24  _____

25  [10] http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/131mcrm.htm and
26  http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm02404.htm
    [11] http://www.washingtonpost.com/politics/supreme-court-skeptical-of-limits-on-federal-campaign-
27  contributions/2013/10/08/1a1fea06-302e-11e3-9ccc-2252bdab14df5_story.html
    [12] http://ask.healthline.com/galecontent/medullary-sponge-kidney?o=2800&qsrc=999 and
28  http://www.medtronic.com.au/your-health/spinal-stenosis/index.htm and http://www.healthcentral.com/chronic-
    pain/h/l1-l2-spinal-stenosis.html
    [13] http://gunshowtrader.com/gun-shows/san-francisco-gun-show-crossroads/

Complaint for Constitutional Violations

1  firearms discharge after such shows, and won't tour the Bayview in the weeks after the

2  $$$NRA$$$ comes into town.

3  (B) Further, know that Missud has vast experience with explosives and other gunpowder-enabled

4  devices such as guns:

5  (1) On August 3rd, 2007 Missud's truck was bombed because the $9 Billion D.R. Horton

6  Corporation [DHI], -which now has unlimited corporate speech rights under Kennedy'$

7  *Citizen$-United*, didn't like Missud's exercise of his own sacrosanct 1st Amendment speech

8  exposing DHI'S 27-state predatory lending, mortgage fraud, racketeering, 18 USC §201, and

9  Hobbs Act purchase of officials and judge$ who dismi$$ criminally-proven ca$e$ as featured on

the world wide web.[14]

10  (2) Then again on June 6th, 2010, -just four days after FI Missud caught *Citizen$-United*

11  corporate-bought Nevada's Discovery Commissioner Bulla lying about not getting five sets of

12  pleadings positively served on her by: fax; court-registration; email; confirmed priority #0308

13  3390 0001 3360 7404 tracked directly to her chambers; and attached to DHI'$ very own papers

14  per official court testimony recorded in official court transcripts, said Pleadings proving beyond

15  criminal standards that DHI caused Nevada to become the nation's foreclosure capitol, Missud

16  returned to San Francisco to find a ratty briefcase in his 2nd truck's bed which required him to

17  call the Bomb-Squad. The Bomb-Squad first asked FI Missud whether anyone wanted to do him

18  harm, and then asked if he knew anything about the briefcase's contents that may have been

stuffed with wires.[15]

19  (C) Every year, the City of San Francisco uses Missud's tax dollars to buy back guns locally

20  sold at the Cow Palace years prior.

21  (1) Those old gun$ generated immen$e profit$ for NRA'$ $pecial Intere$t$ but then I have to

22  buy them back with my tax dollars, *not* partaking in the NRA'$ blood money. Further, tho$e old

23  gun$ are then replaced by new guns, like at the upcoming November Cow Palace Gun Show,

24  where they'll virtually be handed over the counter no questions asked so that they can be used to

25

26  _____

27  [14] Police Report 070793172, Officer Curry, Badge #1667
[15] U.S. Supreme Court Writ 12-9412 naming Nevada's Supreme Court as 18 USC §201 Corrupted, and Hobb$-Act
28  bought by $9 Billion D.R. Horton came up in conference ten days ago on September 30th 2013.  $COTUS is
expected to Deny Review because that's what corrupt, Koch Brother$ corporate-bought court$ and judge$ like
$calia and Thoma$ do for the *Citizen$-United* corporations to which they are beholden.

Complaint for Constitutional Violations

EXHIBIT D                    Page 82

1  gun down more of my neighbors before they're bought-back at my expense.[16]

2  (2) Class representative Missud regularly walks past gun murder scenes on a weekly basis.[17]

3  (3) It $eem$ that a very, very few people visiting the Cow Palace just twice a year have their

4  rights to only the 2nd Amendment, but that I and my many, many more firearms-targeted

5  neighbors who live here haven't the rights to life, liberty, happiness; to peaceably assemble or be

6  secure in our persons in front of our own homes; or to not be deprived of life when working on

7  our cars, or liberty without due process or equal protection under the laws. We ju$t get $hot at

8  by phuking criminals who bought gun$ from that phuking prick Wayne LaPierre. The NRA

9  might have it$ money, but I'll get the five con$ervative Supreme Court ju$tice$ impeached if

they don't stop the carnage and massacre happening on my doorstep. How's that for standing?

10

11  VII. IN FORMA PAUPERIS FILING

12  Missud's been railroading scores of dim-wit judge$` like Scalia for four years as an 18 USC

13  §1513 Federal Informant and 31 USC §3279 Qui-Tam Relator. It's expensive work that will

14  eventually pay-off in Qui-Tam proceeds once their enormous salaries are clawed-back once

15  indicted and convicted of official corruption. Until then however, all of Missud's efforts are on

16  his own dime. Missud has to pay for increased litigation fees imposed by corrupt judges seeking

to conceal their own crimes, and do bodywork when a *Citizen$-United* corporation detonates an

17  explosive on his car. Therefore, concurrently filed herewith is Missud's IFP which evinces that

18  Mrs. Missud's been very patient with Mr. Missud and bankrolled his efforts at consumer

19  protection, and preserving the Constitution and Bill of Rights.[18] FI Missud's Fee Waiver forms

20  absolutely qualify him for IFP, and such is demanded from this Court which has whimsically

21  either granted or denied such filing. As of late thi$ District'$ judge$, -who are up to their neck$

22

23  _____

[16] http://www.sfgate.com/crime/article/S-F-Oakland-gun-buyback-nets-hundreds-4121621.php  and
24  http://abcnews.go.com/ABC_Univision/crowd-funded-gun-buyback-program-launching-san-
francisco/story?id=19751392
25  [17] Missud often hears gun battles from the Bayview District just over the hill. In fact, Missud was at 730 Naples
Street when a neighbor's friend at #723 was murdered as he worked on a car. A couple years ago a father and two
26  sons were gunned down on Russia and Mission, -just two blocks from where Missud has a storage facility which he
frequents daily: http://www.policemag.com/channel/gangs/news/2009/06/30/alleged-gang-member-will-be-tried-
27  for-drive-by-murders.aspx . More recently another victim was snuffed out just four blocks from Missud's home:
http://www.sfgate.com/crime/article/Man-dead-cousin-wounded-in-S-F-shooting-4210740.php . For that matter,
28  this year alone 21 murders happened within Missud's car-shot. That PR*CK LaPierre might as well have pulled the
trigger$$$ of all tho$e ea$y-to-get guns he put in the hand$ of tho$e many criminals.
[18] Isn't Julie great?

Complaint for Constitutional Violations

1   in crystal-clear corruption, have repeatedly increased Missud's costs of litigation to prevent their
2   own exposure for 18 USC §201. Another disingenuous Denial of IFP will cement any former or
3   current District judge'$ conviction for official corruption because theirs will be a further
4   concerted effort to 18 USC §1513(e) interfere with my whistle-blowing.

5
6   VIII. CONCISE STATEMENT OF THE CASE

7        It$ all about "following the money." The NRA has it and only spends it on like-minded
8   murderers who want to put at least two guns in everybody's hands because they'll make lot$ of
9   money that way. If the NRA could make more money by banning guns, it would instead
10  vigorously support a repeal of the 2nd Amendment. And to think that all those gun enthusiasts
11  believe that Wayne has their best interests in mind. He's only thinking about the cash that the
12  NRA's misled, misinformed, and used membership spend$ for Smith and Wesson, Winchester,
13  and Remington arm$, a percentage of which find$ it$ way into Wayne'$ pocket$.

        If Wayne actually cared about his membership then he would have supported reasonable
14  limits which would have prevented this very lawsuit and exposure which ties the nation's highest
15  court to blood-money. Now the 2nd Amendment, the NRA, and their bought official$ are front
16  and center in their own cro$$hair$$$$$$.

17       Wayne and his NRA are using the con$ervative$' *Citizen$-United* decision to violate the
18  Hobbs Act. The NRA routinely bribes public officials with corporate-ca$h feigning that the
19  money is used to promote 1st Amendment $peech. Further, the NRA withdraws $uch financial
20  $upport if official$ receiving the bribe$ don't $ell their official deci$ion$ to the NRA.

21       Wayne and his NRA are using the con$ervative$' *Shelby County* decision to violate the
22  Voting Rights Act. Recently in Colorado, Wayne and his NRA recalled two progressives
23  embracing reasonable limits on gun clips and magazines, and because they didn't cow-tow to
24  their $pecial intere$t$ which include putting as much ordinance in the hands of Eric Harris,
25  Derek Klebold, Adam Landza, Seung Hui Cho, James Holmes, Jared Loughner, and Aaron
26  Alexis. Their recall was accomplished under the con$ervative$' *Shelby County* decision
27  designed to exclude voters, limit polling hours, and eliminate mail-in ballots that most
28  Coloradans favor.[19]

---

[19] http://www.reuters.com/article/2013/09/10/us-usa-colorado-election-idUSBRE9890D320130910

Complaint for Constitutional Violations

Essentially, Wayne and his NRA'$ violations of the public's Fundamental Rights to safety; and twisting of the Koch Brother$' *Citizen$-United* and *Shelby County* decision$ to bribe officials and rig recalls in Colorado, caused Missud to link his $pecial Intere$t organization to official corruption as already exposed in no less than TEN U.S. Supreme Court Writs which prove that over 70 state and federal judge$ routinely $ell their deci$ion$ to the deepest pocket$- ju$t like the NRA, while throwing 314 Million real flesh-and-blood people under the corporate wheels of greed.

Now Review Writ$ and Related Appeals: 12-7817, 8191, 9412, 9413, 9918, 10006; 13-5888, 6398, 6518; and Rule-11 of 13-16510, wherein each pleads to FRCP-9 that judge$ are the Country's worst white collar criminals and 18 USC §2381 Traitors because they're intentionally destroying the 'rule of law' for per$onal gain.

## IX. FUTURE MOTIONS TO EXPEDITE AND FOR IMMEDIATE RELIEF

There are multiple reasons for this Court to Immediately Grant Relief. FI Missud already proved that at least 3 dozen 9th District and Circuit judge$ are *Citizen$ United* corporate-bought and therefore too corrupt to rule on any more of his cases or appeals. The DOJ quickly needs even more proof that even more District judge$ are corporate-bought and abusing 'judicial immunity' to $ell their decision$ to the highe$t bidder$.

In addition, the 9th District's Chief Judge Claudia Wilkin already asked judge Al$up to Bar Missud from practicing within the District Courts.[20] Wilkin'$ District already thrice labeled Missud "vexatious,"[21] which requires him to pre-file with judge Al$up, who's already known to be corrupt, already deleted 1000 documents from a first case, and tried to conceal a 2[nd] complete case on his secretive internal database.[22] All documents and both cases proved judicial racketeering to beyond any doubt by using nothing but official court orders, rulings, and transcripts.[23]

Obviously, Missud will never be able to get this suit alleging Constitutional violations fairly adjudicated in the *Citizen$ United* corporate-bought District Court, -the only other court other

[20] See 13-mc-80182 #3
[21] See C:11-3567 #88:6/18 [Chen and Ryu]; C:12-5468 #70:1/21 [Chen]; C:12-3117 #74:5/16 [Alsup]:
[22] Don't see C:12-3117 #81-85, 87, 88 because Al$up deleted them; but do See C:12-5468 #6-11 which started off as C:12-5306 before being internally buried as "insurance claim" 12-mc-80246.
[23] SCOTUS recently assigned Writ 13-6398 to Appeal of C:12-5468; and a Writ # has yet to be assigned to Appeal of C:12-3117 although the Opening Brief was delivered to SCOTUS by tracked mail 2 weeks ago.

than U.S. Supreme Court where such Constitutional violations can be petitioned. That in turn pre-empts any subsequent Circuit Appeals, or Writs to the U.S. Supreme Court which i$ exactly what Alito, Kennedy, Robert$ Scalia, and Thoma$, want.[24]

Recall that the failure by this District Court to file and consider this case will be a prima-facie violation of FI Missud's Fundamental Rights to petition grievances, fairness, due process, and have an impartial tribunal decide it on the merits. This i$ getting very embarrassing.

Even worse is that the NRA is poised to again violate *Citizen$ United* and *Shelby County*, and the Hobbs and Voting Rights Acts yet again in a 3rd Colorado recall to depose the public's duly-elected representative.[25]

The issues presented herein are absolutely and primarily Constitutional, and even include two recent and pivotal SCOTUS decisions. Wayne and his death-peddling organization pitted the 2nd Amendment against citizens' Rights to Life, Liberty and Pursuit of Happiness, not to mention a half dozen other Fundamental Rights. He and hi$ murderou$ organization are bribing officials and judges throughout the nation to promote their own $elf intere$t$, and murder the world over. $adly, his multi-billion-dollar $pecially-intere$ed group makes the purchase of gun$ a$ ca$y as a blind Iowan walking into a gun $hop and promising that he won't miss whatever he's not aiming at when he pulls the trigger.[26] In the meantime Gabby Giffords gets shot in the head, Trayvon Martin gets it in the guts, 20 kids are obliterated in Newtown, and tens of thousands lay dead in Syria. All this carnage for the $ake of Wayne'$ phucking NRA $pecial Intere$t money.

Recall that six of Missud's ten Writs were already in Conference before the U.S. Supreme Court.[27] Last week on September 30th, 2013 this Court took four Petitions under submission to decide whether to Grant or Deny Review of 12-9412, 9413, 9981, 10006. They each prove to DNA-fingerprint standards that several dozen judge$ violated their judicial oaths just like Porteu$, Ciavarella, Conohan, Limas, seventeen more in Operation Greylord, and countle$$ other$ acro$$ this nation who've been indicted, impeached, and incarcerated for the rest of their

---

[24] Scalia and Thoma$ are frequent gue$t$ at the Koch Brother$' Heritage Foundation fundraiser$ $$$$:
http://thinkprogress.org/politics/2010/10/20/125384/scalia-thomas-koch/
[25] http://www.denverpost.com/news/ci_24253864/new-recall-effort-targets-state-sen-evie-hudak
[26] Everybody Duck!- Stevie Wonder's got a gun:
http://www.washingtonpost.com/blogs/govbeat/wp/2013/09/16/dont-expect-iowa-to-revoke-gun-permits-for-the-blind-its-not-even-the-only-state-that-offers-them/
[27] SCOTUS already Denied Review of 12-7817 and 12-8191 because they each proved judicial 18 USC §201 and §1962 to criminal standards. The con$ervative$ already furthered two RICO con$piracie$.

Complaint for Constitutional Violations                                    11

1  miserable lives for official corruption and racketeering.[26] This very case already identifies at
2  least four District judge$ very deserving of $imilar life $entences.
3
4  X. CAUSES OF ACTION against all Defendants
5  (1) They favor only Wayne LaPierre's multi-billion-dollar consortium of NRA $pecial intere$t$
6  and thusly violate the Fundamental Rights of 314 Million Americans by depriving them of life
7  liberty, pursuit of happiness, safety, due process, privileges and immunities, equal protections,
   and the other rights mentioned above;
8  (2) They regularly abuse *Citizen$-United* to do end-run$ around the Hobbs Act and now
9  routinely u$e corporate money to buy elected official$' votes and judge$' decisions to support
10 the NRA'$ $pecial intere$t$ and murderous$ $cheme$;
11 (3) They are now regularly abusing *Shelby County* and will do so again a 3rd time in Colorado to
12 recall Hudak to defeat the Voting Rights Act to rig elections to favor only their own NRA
13 *Citizen$-United* corporate $pecial intere$t$.
14
15 XI. PRAYER FOR RELIEF
16 (1) That *Citizen$-United v. FEC* be reconsidered by SCOTU$ because it ha$ an enormous$ and
   very direct corro$ive effect on democracy;
17 (2) That *Shelby County v. Eric Holder* be reconsidered by SCOTU$ because it ha$ an enormous$
18 and very direct corro$ive effect on democracy;
19 (3) That *Shaun McCutcheon v. FEC* be properly decided by SCOTU$ because it will otherwi$e
20 have an enormous$ and very direct corro$ive effect on democracy;
21 (4) That Wayne LaPierre and hi$ NRA be enjoined from doing end-run$ around the Hobb$ Act
22 to peddle his weapons of the masses' destruction;
23 (5) That reasonable restrictions be incorporated into the 2nd Amendment;
24 (6) That reasonable background checks which do a far better job at weeding out the all too many
25 Chos, Loughners, Holmses, Landzas, and Alexis' be incorporated into the 2nd Amendment to
26 prevent future massacres;
27
28 [26] http://abcnews.go.com/Politics/senate-convicts-crooked-federal-judge-thomas-porteous/story?id=12347138 and http://www.fbi.gov/philadelphia/press-releases/2011/former-pennsylvania-county-president-judge-michael-conahan-sentenced and http://www.fbi.gov/sanantonio/press-releases/2013/former-judge-abel-limas-gets-72-months-in-prison-for-taking-bribes and http://www.fbi.gov/news/stories/2004/march/greylord_031504

Complaint for Constitutional Violations                    12

(7) That assault weapons specifically designed by the military to dismember human bodies not

be sold to the general public since under all criminal codes throughout the nation, since inception

of this Country, such murder, assault, and maiming are absolutely prohibited and illegal;

(8) That extra-capacity clips and magazines which are designed to mow down humans as if in a

rice patty in Vietnam not be sold to 18 year olds who've played way-too much Halo-3 or Grand

Theft Auto from the comfort and safety of their mommy and daddy's living rooms;

(9) That anyone who's an NRA member also volunteer as an auxiliary police in crime ridden

neighborhoods or becomes a mercenary in Latin America to rid those nations of drug lords who

shoot back, -unlike the paper targets that they feel so tough ripping to shreds at gun ranges;

(10) That NRA members who feel so tough when stroking their firearms take a walk in a crime-

ridden neighborhood at midnight to experience what urban combat might be like instead of just

talking S#!t with their friends over beers at bar-b-ques.  Phukin'-A!;

(11) That Wayne LaPierre risk hi$ own phucking[29] life like I did exposing hi$ Hobb$ Act

violations, Judicial Corruption throughout the United States, and acknowledges that FI Missud

was bombed for exposing *CitizenS-United* corporate corruption of the ultra-corrupt judiciary.

(12) That the Five Muther-Phucking roache$ otherwise known as $COTUS conservatives

who've sold out the nation *resign* before I get them impeached.


XI. VERIFICATION BY AN ATTORNEY IN VERY GOOD STANDING (despite the five

$COTU$ conservative$' best efforts at having me 'Involuntarily Disbarred')[30]


I, Missud, BSME, MSCE, CSLB lE. GC, 18 USC §1513, 31 USC §3279, JD declare as follows:

*I prepared and researched the foregoing Complaint and know the contents thereof.  I*

*prepared the thousands of already registered, attached and/or referenced exhibits.  Everything*

*represented in all pleadings is truthful and accurate, except to those matters which are therein*

*stated upon my information or belief, and to those matters I believe the representations to be true.*

*I gathered this over-whelming evidence for years with the intent of getting judges like Thoma$*

*and $calia incarcerated for life term$.*

---

[29] NYC's Missud apologizes for the colorful language which is but vernacular in NYC... and yes I've taken the
subway after midnight to all parts of Manhattan, the Bronx, and Brooklyn that would make most NRA members $#!t
in their pants, which is why taking on the U.S. Supreme Court is mere child's play.

[30] http://members.calbar.ca.gov/fal/Member/Detail/219614  -Know that even with a knife or gun in hand, a NYC
subway cretin wouldn't have gotten away with thi$.

1   I declare under the penalty of perjury that the foregoing is true and correct, that this

2 verification was executed in San Francisco California, and that all information was already

3 forwarded to federal law enforcement to get judicial indictments and impeachments.

4 //

5

6 Signed as a Title 18 §1513 federal informant, and under the penalty of perjury under the laws of

7 the US Constitution,

8

9 *Patrick Missud*

10 Patrick Missud   October 9, 2013

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

September 25, 2013

Patrick Missud
91 San Juan Ave.
San Francisco, CA 94112

RE: Missud v. National Rifle Assoc., et al.

Dear Mr. Missud:

Your motion seeking to invoke the original jurisdiction of this Court under Article III of the Constitution was received September 24, 2013 and is hereby returned for the following reason(s):

The original jurisdiction of this Court does not extend to a suit by an individual against the United States. The original jurisdiction of this Court generally extends only to cases or controversies between two or more states or between the United States and one or more states. See 28 U.S.C. 1251 and Rule 17 of the Rules of this Court.

Sincerely,
Scott S. Harris, Clerk
By:

Redmond K. Barnes
(202) 479-3022

Enclosures

EXHIBIT D

ORIGINAL
FILED

OCT   2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80182 WHA

IN THE MATTER OF

Patrick Alexandre Missud – #219614

ORDER OF SUSPENSION

On August 23, Patrick Missud was ordered to show cause why his membership in the bar of this court should not be suspended due to his inactive status in the State Bar of California. Mr. Missud timely responded. Mr. Missud's invective-laden response fails to set out coherent basis for abstaining from applying reciprocal discipline. Accordingly, Mr. Missud's membership in the bar of this Court is hereby SUSPENDED.

IT IS SO ORDERED.

Dated:   October 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

# No.

## IN THE SUPREME COURT
## OF THE UNITED STATES

---

PATRICK A MISSUD, and 314 MILLION AMERICANS

vs.

NATIONAL RIFLE ASSOCIATION; WAYNE LAPIERRE; STATE OF
COLORADO; U.S. SUPREME COURT; DOES 1-200.

---

## COMPLAINT FOR CONSTITUTIONAL VIOLATIONS; SCOTUS RULE 17
## ORIGINAL JURISDICTION UNDER ARTICLE III OF THE U.S.
## CONSTITUTION AND 28 USC §1251

---

Patrick Missud
91 San Juan Ave
San Francisco, CA. 94112
415-845-5540 phone
415-584-7251 fax
missudpat@yahoo.com
Engineer; BSME, MSCE, CSLB IE, GC;
Federal Whistle-Blower;
18 USC §1513 Federal Informant;
31 USC §3279 Qui-Tam Relator;
CCP §1021.5 Private Attorney General; and
mere Attorney with better than just a pitiful:
Political '$cience' Degree like Harvard's Anthony Kennedy;
or Latin Degree like Harvard's John Robert$;
or English Literature Degree like Yale's Clarence ThomaS;
or Public and International Affairs Degree like Yale's Samuel Alito;
or History Degree like Princeton's Antonin $calia.

ANY schmuck can read as a 6th grader.

## i. QUESTIONS PRESENTED

1. Does the NRA commit a Hobbs Act violation when it threaten$ elected officials with revocation of Kennedy'$ *Citizen$-United* NRA ca$h if they don't vote the way that the multi-billion dollar organization which peddle$ death want$$$$$?

2. Did the $$$NRA$$$ violate Robert$' *Shelby County* decision when it threatened Colorado officials with recall and then rigged the recall election by curtailing voting hours and eliminating mail-in ballots which favored the two duly-elected state officials?

3. Was SCOTUS' *Citizen$ United* decision designed by the Koch Brother$, other corporate oligarchs, and fake corporate 'people' to buy the nation out from under 314,000,000 real flesh and blood people?

4. Was SCOTUS' *Shelby County* decision designed by Sheldon Adel$on, corporate oligarchs like Angelo Mozilo, and Heritage Foundation keynote speakers like Clarence Thoma$ and Antonin $calia, to rig elections and steal the nation from "We the 314,000,000 real flesh-and-blood People?"

5. Did the five U.S. Supreme Court conservative$ really think that they would sell Missud's nation out from under him, and that he would allow that to happen?

6. Do $calia, Thoma$, Robert$, Alito, and Kennedy really think that they won't be exposed as 18 USC §2381 traitors to America with their crystal-clear decisions and intent to sell the nation off to the Koch$, Adel$on, Romney, $tumpf, Horton, Dimon, and the other $pecial intere$t$?[1]

---

[1] Isn't this simply pitiful and treasonou$?

ii. LIST OF PARTIES TO THE PROCEEDING WHOSE JUDGMENT IS SOUGHT
TO BE REVIEWED

This is an Original Jurisdiction Complaint.  As such, the Defendants listed in the
caption haven't yet appeared.  They do however know of its existence since they were
electronically copied before an audience including syndicated media and federal law
enforcement which polices such things as Hobbs Act corruption.

iii. CORPORATE DISCLOSURE STATEMENT

The National Rifle Association is designated by the IRS as a 501(c)(4) with four
501(c)(3) charitable subsidiaries and a Section 527 lobbying group segregated fund:
The NRA Political Victory Fund. The NRA controls through its board of trustees the
following 501(c)(3) organizations: NRA Civil Rights Defense Fund, NRA Foundation
Inc., NRA Special Contribution Fund (dba NRA Whittington Center), and NRA
Freedom Action Foundation. The NRA is also the parent organization of affiliated
groups such as the Institute for Legislative Action (ILA).[2]

The NRA lobbies really hard for its multi-billion industry and contributes to 30,000
gun deaths every year.[3]  The United States has the highest rate of gun related
homicides after African Countries engaged in civil war, and Latin America which has
an ongoing drug war.[4]  The NRA supplies weapons to those African and Latin
American nations for their citizens to slaughter each other.[5]  The NRA exports death
internationally.  It's for this reason that Missud has to cause a judicial crisis and link
SCOTUS' five con$ervative$ to Special intere$t$ like the NRA which not only destroy
economies, but entire civilizations.

---

[2] http://home.nra.org/

[3] http://www.ask.com/wiki/Gun_violence_in_the_United_States?o=2800&qsrc=999&ad=doubleDown&an=apn&ap=ask.com
[4] http://www.ask.com/wiki/List_of_countries_by_firearm-related_death_rate?o=2800&qsrc=999&ad=doubleDown&an=apn&ap=ask.com
[5] http://www.cbsnews.com/2100-202_162-4835694.html and
http://www.ask.com/wiki/Smuggling_of_firearms_into_Mexico?o=2800&qsrc=999&ad=doubleDown&an=apn&ap=ask.com

3
EXHIBIT D

TABLE OF CONTENTS

i. QUESTIONS PRESENTED                                                          2

ii. LIST OF PARTIES TO THE PROCEEDING WHOSE JUDGMENT

   IS SOUGHT TO BE REVIEWED                                              3

iii. CORPORATE DISCLOSURE STATEMENT                             3

I. TABLE OF AUTHORITIES                                                    5

II. JURISDICTION                                                               6

III. DISCUSSION OF 9 REASONS FOR ORIGINAL JURISDICTION    7

IV. SCOTUS RULE-20 EXTRAORDINARY WRIT                        11

V. EXIGENT CIRCUMSTANCES                                           12

VI. STANDING                                                                 14

VII. IN FORMA PAUPERIS FILING                                        15

VIII. CONCISE STATEMENT OF THE CASE                             16

IX. NOTICE OF MOTION AND MOTION FOR IMMEDIATE RELIEF    17

X. CAUSES OF ACTION                                                     19

XI. PRAYER FOR RELIEF                                                    19

XII. CONCLUSIONS                                                          20

XIII. VERIFICATION AND PLEADING LENGTH                         20

XIV. PROOF OF SERVICE                                                  22

## I. TABLE OF AUTHORITIES

**Declaration of Independence's** pursuit of life, liberty, and happiness;

**U.S. Constitution and Bill of Rights':** 1st Amendment's right of the people to peaceably assemble; 2nd Amendment's right to bear arms; 4th Amendment's right of the people to be secure in their persons; 5th Amendment's right of the people not to be deprived of life or liberty without due process of law; 14th Amendment's right of the people to not be deprived of life or liberty without due process of law, or equal protection under the laws; 24th Amendment's right of the people to not be deprived of the right to vote for elected officials by either state or federal poll or other taxes; 26th Amendment's right of the citizens of these United States to not have their voting rights denied or abridged by the United States or any State.

### Hobbs Act; 18 USC §1951:

At common law, extortion was an offense committed by a public official who took 'by color of his office' money that was not due to him for the performance of his official duties. . . . Extortion by the public official was the rough equivalent of what we would now describe as 'taking a bribe.'" *Evans v. United States*, 504 U.S. 255 (1992). http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/131mcrm.htm and http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm02404.htm

### *Citizens United v. FEC*; 558 U.S. 310 (2010)

The five $COTU$ con$ervative$ decided that money is speech and that corporate 'people' with the most money $hould have the loudest voice$.

### *Shelby County v. Eric Holder*; 570 U.S. ___ (2013)

The five $COTU$ con$ervative$ decided that Citizen$-United corporations and $pecial Intere$t$ should be allowed to rig elections in way$ they $ee fit to disenfranchise real flesh-and-blood people throughout the nation.

## II. JURISDICTION

This U.S. Supreme Court has Original Jurisdiction over this Complaint for (9) reasons identified in *italics* and as discussed below:

### A. Under the U.S. Constitution, Article III:

Section 1: The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. (1) *The judges, both of the supreme and inferior courts, shall hold their offices during good behaviour,* ....

Section 2: The judicial power shall extend to (2) *all cases, in law and equity, arising under this Constitution,* (3) *the laws of the United States,* ... (4) *to controversies to which the United States shall be a party;* (5) *to controversies between two or more states;* (6) *between a state and citizens of another state;* (7) *between citizens of different states,* ...

In all cases ... in which a state shall be party, the Supreme Court shall have original jurisdiction. (8) *The trial of all crimes, except in cases of impeachment, shall be by jury;* and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed.

Section 3: (9) *Treason against the United States,* shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court....

### B. 28 USC §1251:

"(a) The Supreme Court shall have original and exclusive jurisdiction of all controversies between two or more States.
(b) The Supreme Court shall have original but not exclusive jurisdiction of:
(1) All actions or proceedings to which ambassadors, other public ministers, consuls, or vice consuls of foreign states are parties;
(2) All controversies between the United States and a State;
(3) All actions or proceedings by a State against the citizens of another State or aliens."

## III. DISCUSSION OF THE 9 REASONS FOR ORIGINAL JURISDICTION

(1) *The judges, both of the supreme and inferior courts, shall hold their offices during good behaviour.*

As detailed to FRCP Rule-9 in SCOTUS Writs 12-7817, 8191, 9412, 9413, 10006, 13-5888, 6398; and Rule-11 Petitions of 12-17622, 13-16510, ..... District and Circuit judge$ have not been holding their offices during good behaviour. As a matter of fact, official court transcripts and self-authenticating court orders and rulings prove beyond criminal standards that federal judge$ with mere History, English, Public Affairs, Political Science, or Latin degrees are abu$ing 'judicial immunity' to take *Citizen$-United* corporate pay-off$ to dismiss criminally-proven cases evincing that fake corporate 'citizen$' are preying on 314 million real, non-corporate, flesh-and-blood people. Such judge$ with limited mental acumen can't otherwise earn enormous wages to which they are not entitled simply because they can read at just a 6th grade level. Please at least take judicial notice of the two Writs which you five con$ervative$ already denied because they proved judicial corruption *just like yours* to criminal standards: 12-7817, 12-8191 [Review Denied 4-15-13].[6]

(2) *All cases, in law and equity, arising under this Constitution.*

This case pits the 2nd Amendment's "right to bear arms" with the Declaration of Independence's pursuit of life, liberty, and happiness; 1st Amendment's right of the people to peaceably assemble; 4th Amendment's right of the people to be secure in their persons; 5th Amendment's right of the people not to be deprived of life or liberty without due process of law; 14th Amendment's right of the people to not be deprived of life or liberty without due process of law, or equal protection under the laws; 24th Amendment's right of the people to not be deprived of the right to vote for elected officials by either state or federal poll or other taxes; 26th Amendment's right of the citizens of these United States to not have their voting rights denied or abridged by the United States or any State; ...

---

[6] Note that FI Missud's rigged Bar Court Trial 12-O-10026 started on this date as well. The Bar rigged the five day Trial on SCOTUS' instruction$ so that SCOTUS could invoke Rule-8 and dismiss FI Missud's seven remaining Writs which prove to criminal standards that judges are criminals.

Trayvon Martin was murdered at 17, cutting-short his right to pursue life, liberty, and happiness. Gabby Giffords was nearly blown-away while peaceably assembling at 'Safeway.' Hadiya Pendleton was gunned down in Chicago after returning from Washington as the President's special guest. Her sacrosanct right to be secure in her person was terminated.[7] Aurora's 24 murder victims were deprived of life and liberty without due process of the law. 32 more were massacred at Virginia Tech and deprived of their rights to life, liberty, equal protection, and safety under the laws. Colorado citizens in two state districts were denied their rights to vote in two recall$ orchestrated by the NRA, the criminal organization peddling death, and which caused Newtown's children to be slaughtered. Finally, Wayne LaPierre insists that America'$ gun manufacturers be allowed to sell their ware$ without background checks at border-town gun shows so that expensive armaments like AR-15'$ or $uper-cheap 38 $pecial$ can pour into Mexico where men women and children are targeted for extinction by drug cartels using firepower specifically designed for their drug trade.[8]

(3) *Laws of the United States.*

SCOTUS recently decided *Citizens United v. FEC* and *Shelby County v. Holder.* In *Citizens United,* the five conServative$ decided that money is speech and that 'he with the most money has the mo$t $peech.' That way corporate 'citizen$' and organizations like LaPierre'$ can misinform the public much like Hitler in the mid 1930's. Hitler feigned that Poles were invading the mother land and had to be repelled. That's how he convinced his naïve people to support Polland's invasion.[9] In *Shelby County* Robert$ emphatically said that there'$ little chance that voter rights will be infringed in this day and age dominated by the NRA'$ *CitizenS-United* corporate ca$$$$$h. Oh really?[10]

---

[7] http://www.cnn.com/2013/01/30/justice/illinois-teen-shot/index.html

[8] http://www.huffingtonpost.com/news/mexico-drug-wars/

[9] Federal Informant Missud's grandfather was Polish and had to flee from Hitler. Missud's mother remembers Hitler's Panzers rumbling down the road as bullets flew overhead as she scurried around trying to get moldy bread for her family. Missud's father remembers how Nazi's hunkered down at their Tunisian farm seeking shelter and food.

[10] The NRA accompli$hed it$ objective$ of excluding voters under new power$ granted by $COTUS' *Shelby County:* http://www.cnn.com/2013/09/[1/politics/guns-debate/index.htm]

(4) *Controversies to which the United States shall be a party.*

The United States' Supreme Court is a party to this action. For years, Antonin $calia and Clarence Thoma$ con$pired to $ell their decisions to the Koch Brothers when at Heritage Foundation fundraiser$.[11] Federal Informant Missud Petitioned the$e high-court ju$tice$ a dozen times to simply intervene or consider pleadings which proved to DNA-fingerprint standards that corporation$ like the Koch$' were financially raping the nation. But since the two criminals dre$$ed in black robe$ are the Koch$' favorite keynote speaker$ they did nothing, hence their U.S. Supreme Court is now a defendant in this action and mu$t answer for their non-fea$ance.[12]

(5) *Controversies between two or more states.*

This case pits the state of Colorado vs. the other 49 states. The NRA hasn't kept secret that Colorado was a proving ground. The murderou$ organization even threaten$ other states' duly-elected officials with similar recall elections if they don't agree to peddle death on behalf of Wayne LaPierre'$[13] NRA. Now 49 other states' citizens are in danger of having their duly-elected officials recalled with rigged elections for committing such offenses as wanting to limit gun sales to the blind who can't shoot the side of a barn unless: (a) standing from ten feet away, and (b) with the assistance of another who is visually-endowed pointing them in the right direction.[14]

(6) *Between a state and citizens of another state.*

Colorado is now poised to repeal any and all sensible gun related ordinances that might protect its own citizens living in Columbine or Aurora. That flood of extra gun sales with extra-capacity gun clips and magazines will spill out of the state and flow as a torrent into California where John Robert$' worst nightmare lives- Patrick Missud.[15]

---

[11] http://www.nytimes.com/2011/01/20/us/politics/20koch.html?_r=0

[12] http://thinkprogress.org/politics/2010/10/20/125384/scalia-thomas-koch/

[13] NRA members think that Wayne has their best interests in mind when in fact he only care$ about filling hi$ own pocket$ with Corporate ca$h from Smith and Wesson, Remington and other gun manufacturer$ who $tand to make billion$ by getting NRA members to think that Wayne ha$ their be$t intere$t$ in mind.

[14] Iowa decided that blind people can get guns as long as they promise to carefully aim at what they're shooting: http://abclocal.go.com/wls/story?section=news/national_world&id=9247321

[15] Missud often hears gun battles from the Bayview District just over the hill. In fact, Missud was at 730 Naples Street when a neighbor's friend at #723 was murdered as he worked on a car. A couple years ago a father and two sons were gunned down on Russia and Mission, -just two blocks from where Missud has a

9

EXHIBIT D

(7) *Between citizens of different states.*

There's a second civil war ongoing in these United States. 30,000+ people a year
are transformed into human hamburger:
http://www.ask.com/wiki/Gun_violence_in_the_United_States?o=2800&qsrc=999&a
d=doubleDown&an=apn&ap=ask.com. Blood spills by the barrel every day. Corrupt
officials who take the NRA'$ money have gallons of deep-red blood on their hands.[16]
Wayne LaPierre and his bought blue-blood official$ haven't a clue as to what gun
violence is. Most have neither seen combat in the military nor lived in lower income
neighborhood$. They could give a $#!t about residents of those neighborhoods who
serve in the nation's military and are expected to fight for the blue-blood$ when at
war. Wayne and hi$ bought-official$ and traitor$ who are using minorities as pawn$
are too phucking busy hob-knobbing with their rich friends in the finer
neighborhoods.[17]

(8) *The trial of all crimes, except in cases of impeachment.*

> Article 1, Section 3(7): "Judgment in Cases of Impeachment shall not extend
> further than to removal from Office, and disqualification to hold and enjoy
> any Office of honor, Trust or Profit under the United States: but the Party
> convicted shall nevertheless be liable and subject to Indictment, Trial,
> Judgment and Punishment, according to Law."

I've been setting-up Dumb-Fuk judges with Bachelors of Art$ degrees for years.
My efforts guarantee they stare at a concrete wall in their cold 6x10 prison cells until
they expire. Hey Clarence- your underling$ Armstrong, Benitez, Hunt, Hamilton,

---

storage facility which he frequents daily:
http://www.policemag.com/channel/gangs/news/2009/06/30/alleged-gang-member-will-be-tried-for-drive-
by-murders.aspx . More recently another victim was snuffed out just four blocks from Missud's home:
http://www.sfgate.com/crime/article/Man-dead-cousin-wounded-in-S-F-shooting-4210740.php . For that
matter, this year alone 21 murders happened within Missud's ear-shot. That PHUCK LaPierre might as
well have pulled the trigger$$$ of all thoSe ea$y-to-get guns he put in the hand$ of thoSe many criminals.
[16] John RobertS- Know that blood is very warm, sticky, and viscous. That's what I learned, and will
forever remember, as Stacy Krause died in my hands from a massive head wound:
http://sanfrancisco.cbslocal.com/2012/04/20/stoplight-installed-at-deadly-san-francisco-intersection/ .
*That's* why this deceiving City installed that stop light- I threatened them with a multi-million dollar lawsuit.
[17] Hey Wayne- why don't you take me up on a midnight tour of the Bayview District. Leave your gun at
home if you're tough enough. I'm from NYC, can take care of myself, and will have your back. On the
other hand, you'll have to wear some running shoes you piece of $#it, and phucking, fuking coward.

Chen, Ryu, Alsup, Smith, Jones, Kozinski, Bea, Reinhardt, Wardlaw, Gould, Clifton, Bybee, Pregerson, Graber, Trott, Paez, Leavy, Thomas, Murguia, Spero, Wilkin, ..... deserve to die in prison for trying to destroy America and its democracy. The same goes for Wayne'$ bought official$. They're all but hit-men and women for hire who deserve life sentences for first degree murder.

> Article II, Section 4: "The President, Vice President and all civil officers of the United States, shall be removed from office on impeachment for, and conviction of, treason, bribery, or other high crimes and misdemeanors."

Hey Tony Kennedy- your *Citizen$-United* decision allowing the NRA to buy Governor Rick Perry and Senator Ted Cruz cau$e$ ma$$ murder throughout the nation. Head$-up, NRA money buy$ their vote$ and legi$lation. Under Article II and the Hobbs Act that'$ called trea$on and bribery. Speaking of trea$on....

(9) *Treason against the United States*

Antonin- I've effortlessly caught over 70 corrupt Dum-Fuk judge$ with History Degree$ just like your$ in official corruption. I simply file pleadings like this one which incorporate overwhelming facts and then watch idiot$ like you, who can only read a$ a 6th grader, ignore everything to cover-up for elite colleague$$$$$ taking corporate payoff$. The official$ who've taken blood-money from Wayne and the NRA have subverted America and are complicit in American genocide. The entire world was up in arms when Assad gassed 1400 of his own citizens. The United States is awash in arms which butcher 30,000 people every year. $uch American official-traitor$ should live and die by their own chosen sword$ and face capitol punishment like the Rosenberg$.[18]

## IV. SCOTUS RULE-20 EXTRAORDINARY WRIT

> "Issuance by the Court of an extraordinary writ authorized by 28 USC §1651(a) is not a matter of right, but of discretion sparingly exercised. To justify the granting of any such writ, the petition must show that the writ will be in aid of

---

[18] Ethyl and Julius were electrocuted rather than shot by firing squad; http://www.ask.com/wiki/Julius_and_Ethel_Rosenberg?o=2800&qsrc=999#Execution

the Court's appellate jurisdiction, that exceptional circumstances warrant the exercise of the Court's discretionary powers, and that adequate relief cannot be obtained in any other form or from any other court."
and

28 USC 1651(a): "The Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."

   This Writ will (1) aid this Court's appellate jurisdiction, (2) exceptional circumstances warrant the exercise of the Court's discretionary powers, and (3) adequate relief cannot be obtained in any other form or from any other court.

   In regards to element (1), SCOTUS has penultimate oversight over every inferior court in the nation. SCOTUS will eventually get Petitioned in these matters even if FI Missud first files in the District Court$ because (2) the lower court$ are corporate-bought and routinely sell their decisions to the corporate and other $pecial inter$t$ like Wayne LaPierre'S NRA. This is already criminally-proven to this very U.S. Supreme Court as detailed in Writs 12-7817, 8191, 9412, 9413, 9981, 10006; 13-5888, 6398; of 12-17622 and ultimately 13-16510. Clearly, when District and Circuit judge$ Saundra Armstrong, Roger Benitez, Roger Hunt, Phyllis Hamilton, Edward Chen, Donna Ryu, William Alsup, Jerry Smith, Edith Jones, Alex Kozinski, Carlos Bea, Stephen Reinhardt, Kim Wardlaw, Ronald Gould, Richard Clifton, Jay Bybee, Harry Pregerson, Susan Graber, Stephen Trott, Richard Paez, Edward Leavy, Sidney Thomas, Mary Murguia, Joseph Spero.... are selling decisions to Fortune-500 Allstate Insurance, D.R. Horton Inc., Wells-Fargo, ...; AutoReturn, SMG Corporation, ADR $ervice$ Inc., JAM$, ...; the $EC, City of San Francisco; ... and other self-interested agencies which seek to conceal their own corruption, (3) adequate relief cannot be obtained in any other form or from any of those corporate-bought court$.

## V. EXIGENT CIRCUMSTANCES

A.      There are 7 reasons requiring this Court's immediate intervention and review.
(1) Every year, over 30,000 people are murdered, commit suicide, or otherwise fatally

shot by guns. The September 11, 2001 terrorist attacks caused nearly 3000 civilian deaths. The same number of people are slaughtered by guns every 36 days. On Friday, 13 bystanders to a drug-fueled gun battle got it in their backs.[19] Infants sleeping in car seats get it in their temples.[20] Seniors get their heads blown off.[21]

(2) Columbines, Auroras, Virginia Techs, and Newtowns are getting commonplace. In fact the very week before Washington's Naval Shipyard was peppered with AR-15 canon fire, Federal Informant Missud warned SCOTUS and the NRA that the next Columbine, Aurora, Virginia Tech. or Newtown would cause John Robert$ and hi$ merry men to get indicted for 18 USC §§201 & 1962. That day came just 4 days later on September 16, 2013, after Missud's admonishment to SCOTUS. Friday'S near massacre in Chicago escalated the need for John Robert$ and hiS merry men to get indicted for partaking in the NRA'$ furtherance of first degree murder.

(3) Last month on August 21st Assad murdered 1400 of his own citizens. The world was aghast at such a crime against humanity not seen since Hussein gassed Kurds, or Hitler freighted Jews off to Auschwitz. In America, the same number of people are executed by bullet$ every 17 days.

(4) Just last week, the NRA laid more groundwork to lay more waste to America's citizens. It orchestrated the recall of two Colorado legislators who supported common sense restrictions on the same exact kind of gun and ammo that causes thousands of deaths throughout America every year.

(5) The NRA subverted this Court'S already corrupt *Shelby* decision to eradicate the fundamental right to vote by restricting polling hours and eliminating mail-in ballots.

(6) The NRA and Wayne LaPierre regularly commit treason when they abuse the already corrupt *Citizen$-United* decision as a financial bludgeon to destroy real flesh-and-blood citizen$ fundamental rights.

(7) District and Circuit Courts already conspired to prevent this very filing by

---

[19] http://articles.chicagotribune.com/2013-09-20/news/chi-multiple-people-including-3yearold-shot-in-south-side-attack-20130919_1_gang-attacks-illegal-guns-police-cameras
[20] http://abcnews.go.com/US/suspect-charged-shooting-death-chicago-baby-jonylah-watkins/story?id=19263860
[21] http://chicago.cbslocal.com/2011/11/01/argument-at-senior-facility-leaves-80-year-old-fatally-shot/

declaring me "vexatious," ordering pre-filing review, denying my ECF filing privileges,[22] and barring me from practicing in the federal courts where I So easily expose low-IQ judges with mere humanities degrees which can be found buried deep within Fruit-Loops boxes along with plastic toys.[23]

## VI. STANDING

Missud has standing to sue theSe co-conspiring Defendants for several reasons. (A) FI Missud is in failing health with congenital Medullary Sponge Kidneys, Severe Spinal Stenosis and Sclerosis from L1-3.[24] The three conditions limit his ambulation to a two-block radius, and make it increasingly difficult for him to flee from the criminals who routinely purchase Wayne LaPierre's artillery when sold at the many gun shows held at the neighboring Cow Palace just a crow-flying mile away.[25] Over the years, Missud's noticed an uptick in firearms discharge after such shows, and won't tour the Bayview the weeks after the $$$NRA$$$ comes into town. (B) Further, know that Missud has vast experience with explosives and other gunpowder-enabled devices such as guns:

(1) On August 3rd, 2007 Missud's truck was bombed because the $9 Billion D.R. Horton Corporation [DHI], -which now has unlimited corporate speech rights under Kennedy'$ *Citizen$-United*, didn't like Missud's exercise of his own sacrosanct 1st Amendment speech exposing DHI'$ 27-state predatory lending, mortgage fraud, racketeering, 18 USC §201, and Hobbs Act purchase of officials and judge$ who dismi$$ criminally-proven ca$e$ as featured on the world wide web.[26]

(2) Then again on June 6th, 2010, -just four days after FI Missud caught Nevada's Discovery Commissioner Bulla lying about not getting five sets of pleadings positively

---

[22] See C:12-3117 #74:5/16, #175; C:12-5468 #70, #184; 13-mc-80182; .........
[23] If I'm a bit cocky, I feel as if it's deserved. The nit-wits haven't yet been able to Slow me down. Note that Stewart, Colbert, and Maddow could have accomplished the same as Missud even without JD's.
[24] http://ask.healthline.com/galecontent/medullary-sponge-kidney?o=2800&qsre=0990 and http://www.medtronic.com.au/your-health/spinal-stenosis/index.htm and http://www.healthcentral.com/chronic-pain/h/l1-l2-spinal-stenosis.html
[25] http://gunshowtrader.com/gun-shows/san-francisco-gun-show-crossroads/
[26] Police Report 070793172, Officer Curry, Badge #1667

14

served on her by: fax; court-registration; email; confirmed priority #0308 3390 0001
3360 7404 tracked directly to her chambers; and attached to DHI'$ own papers per
official court testimony recorded in official court transcripts, said Pleadings proving
beyond criminal standards that DHI caused Nevada to become the nation's foreclosure
capitol, Missud returned to San Francisco to find a ratty briefcase in his 2nd truck's bed
which required him to call the Bomb-Squad. The Bomb-Squad first asked FI Missud
whether anyone wanted to do him harm, and then asked if he knew anything about the
briefcase's contents that may have been stuffed with wires.[27]

(C) Every year, the City of San Francisco uses my tax dollars to buy back guns sold at
the Cow Palace years prior. Those old gun$ generated immen$e profit$ for NRA'$
$pecial Intere$t$ but I then have to buy them back, *not* partaking in the blood money.
Further, tho$e old gun$ are then replaced by new guns, like at the upcoming
November Cow Palace Gun Show, where they'll virtually be handed over the counter
no questions asked so that they can be used to gun down more of my neighbors before
they're bought-back at my expense.[28]

It $eem$ that a very few people visiting the Cow Palace have their rights to only
the 2nd Amendment, but I and my many more neighbors haven't the rights to life,
liberty, happiness; to peaceably assemble or be secure in our persons; to not be
deprived of life or liberty without due process or equal protection under the laws. The
NRA might have it$ money, but I'll get the five con$ervative$ impeached if they don't
grant review of this Complaint. How's that for standing?


VII. IN FORMA PAUPERIS FILING

Missud's been railroading scores of judge$' indictments and impeachments for
four years. It's expensive work that will eventually pay-off in Qui-Tam proceeds.

---

[27] U.S. Supreme Court Writ 12-9412 naming Nevada's Supreme Court as 18 USC 201 and Hobb$-Act
bought by $9 Billion D.R. Horton is coming up in conference next week on September 30th 2013. SCOTUS
is expected to Deny Review because that's what corrupt, Koch Brother$ corporate-bought court$ and
judge$ like Scalia and Thoma$ do for the *Citizen$-United* corporations to which they are beholden.
[28] http://www.sfgate.com/crime/article/S-F-Oakland-gun-buyback-nets-hundreds-4121621.php and
http://abcnews.go.com/ABC_Univision/crowd-funded-gun-buyback-program-launching-san-
francisco/story?id=19751392

Until then however, all his efforts are on his dime. Concurrently filed herewith is Missud's IFP which evinces that Mrs. Missud's been very patient with Mr. Missud and bankrolling his efforts at consumer protection, and preserving the Constitution and Bill of Rights.[29] FI Missud's IFP absolutely qualifies for Rule 33.2 Submission, and such is demanded from this Court which has in$tead repeatedly increased Missud's costs of litigation to prevent their own exposure for 18 USC §201. Another Denial of IFP will cement the five con$ervative$' impeachment.

## VIII. CONCISE STATEMENT OF THE CASE

It$ all about "following the money." The NRA has it and only spends it on like-minded murderers who want to put at least two guns in everybody's hands because they'll make lot$ of money that way. If the NRA could make more money by banning guns, it would instead vigorously support a repeal of the 2nd Amendment. And to think that all those gun enthusiasts believe that Wayne has their best interests in mind. He's only thinking about the cash that the NRA's misled, misinformed, and used membership spend$ for $mith and Wesson, Winchester, and Remington arm$, a percentage of which find$ it$ way into Wayne'$ pocket$.

If Wayne actually cared about his membership then he would have supported reasonable limits which would have prevented this very lawsuit and exposure which ties the nation's highest court to blood-money. Now the 2nd Amendment, the NRA, and their bought official$ are front and center in their own cro$$hair$$$$$$$.

Wayne and his NRA are using the con$ervative$' *Citizen$-United* decision to violate the Hobbs Act. The NRA routinely bribes public officials with corporate-ca$h feigning that the money is used to promote 1st Amendment $peech. Further, the NRA withdraws Such financial $upport if official$ receiving the bribe$ don't $ell their official deci$ion$ to the NRA.

Wayne and his NRA are using the con$ervative$' *Shelby County* decision to violate the Voting Rights Act. Recently in Colorado, Wayne and his NRA recalled

---

[29] Isn't Julie great?

two progressives embracing reasonable limits on gun clips and magazines, and because they didn't cow-tow to their $pecial intere$t$ which include putting as much ordinance in the hands of Eric Harris, Derek Klebold, Adam Landza, Seung Hui Cho, James Holmes, Jared Loughner, and Aaron Alexis. Their recall was accomplished under the con$ervative$' *Shelby County* decision designed to exclude voters, limit polling hours, and eliminate mail-in ballots that most Coloradans favor.[30]

Essentially, Wayne and his NRA'$ violations of the public's Fundamental Rights to safety; and twisting of the Koch Brother$' *Citizen$-United* and *Shelby County* decision$ to bribe officials and rig recalls in Colorado, caused Missud to link his $pecial Intere$t organization to official corruption as already exposed in no less than TEN U.S. Supreme Court Writs which prove that over 70 state and federal judge$ routinely $ell their deci$ion$ to the deepest pocket$- ju$t like the NRA, while throwing 314 Million real flesh-and-blood people under the corporate wheels of greed. Now Review Writ$ and Related Appeals: 12-7817, 8191, 9412, 9413, 9918, 10006; 13-5888, 6398; and of 12-17622, 13-16510, wherein each pleads to FRCP-9 that judge$ are the Country's worst white collar criminals and 18 USC §2381 Traitors because they're intentionally destroying the 'rule of law' for per$onal gain.

## IX. NOTICE OF MOTION AND MOTION FOR IMMEDIATE RELIEF

There are multiple reasons for this Court to Immediately Grant Relief.

Under Rule-11 exigent circumstances SCOTUS can take Petitions out of order. FI Missud already proved that 3 dozen 9th District and Circuit judge$ are *Citizen$ United* corporate-bought and therefore too corrupt to rule on any more of his cases or appeals.

In addition, the 9th District's Chief Judge Claudia Wilkin is currently trying to Bar Missud from practicing within the District Courts.[31] Her District already thrice labeled Missud "vexatious,"[32] which requires him to pre-file with judge Alsup, who's known to be corrupt, already deleted 1000 documents from a first case, and tried to conceal a

---

[30] http://www.reuters.com/article/2013/09/10/us-usa-colorado-election-IdUSBRE9890D320130910
[31] See 13-mc-80182
[32] See C:11-3567 #88:6/18 [Chen and Ryu]; C:12-5468 #70:1/21 [Chen]; C:12-3117 #74:5/16 [Alsup];

17
EXHIBIT D

2nd complete case on his secretive internal database.[33] All documents and both cases proved judicial racketeering to beyond any doubt by using nothing but official court orders, rulings, and transcripts.[34] Obviously, Missud will never be able to file this suit alleging Constitutional violations in the District Court, -the only other court where such Complaints can be initiated. That in turn pre-empts any subsequent Circuit Appeals, or Writs to this U.S. Supreme Court. Failure by either the District or this Court to file this case will be a prima-facie violation of FI Missud's Fundamental Rights to petition grievances, fairness, due process, and have an impartial tribunal decide it on the merits. Will you guys just take this case already, -it's getting very embarrassing.

The issues presented herein are primarily Constitutional and also include two recent and pivotal SCOTUS decisions. Wayne and his death-peddling organization pitted the 2nd Amendment against citizens' Rights to Life, Liberty and Pursuit of Happiness, not to mention a half dozen other Fundamental Rights. His multi-billion-dollar Specially-intere$ed group makes the purchase of gun$ a$ ea$y as a blind Iowan walking into a gun $hop and promising that he won't miss whatever he's not aiming at when he pulls the trigger?!?[35] In the meantime Gabby Giffords gets shot in the head, Trayvon Martin gets it in the guts, and 20 kids are obliterated in Newtown. All this carnage for the $ake of Wayne'$ phucking NRA $pecial Intere$t money.

As luck would have it, four of Missud's ten Writs are in Conference before this Court next week.[36] On September 30th, 2013, this Court will decide to either Grant or Deny Review of Petitions 12-9412, 9413, 9981, 10006, each of which prove to DNA-fingerprint standards that several dozen judge$ violated their judicial oaths just like Thoma$ Porteu$, Mark Ciavarella, Michael Conohan, Abel Limas, 17 more in

---

[33] Don't see C:12-3117 #81-85, 87, 88 because AlSup deleted them; but do See C:12-5468 #6-11 which started off as C:12-5306 before being internally buried as "insurance claim" 12-mc-80246.
[34] SCOTUS recently assigned Writ 13-6398 to Appeal of C:12-5468; and a Writ # has yet to be assigned to Appeal of C:12-3117 although the Opening Brief was delivered to SCOTUS by tracked mail 2 weeks ago.
[35] Everybody Duck!- Stevie Wonder's got a gun:
http://www.washingtonpost.com/blogs/govbeat/wp/2013/09/16/dont-expect-iowa-to-revoke-gun-permits-for-the-blind-its-not-even-the-only-state-that-offers-them/
[36] SCOTUS already Denied Review of 12-7817 and 12-8191 because they each proved judicial 18 USC §201 and §1962 to criminal standards. The con$ervative$ already furthered two RICO con$piracie$.

18
EXHIBIT D

Operation Greylord, and countle$$ other$ accro$$ this nation who've been indicted, impeached, and incarcerated for official corruption and racketeering.[37]

X. CAUSES OF ACTION against all Defendants

(1) They violated the Fundamental Rights of 314 Million Americans by depriving them of life liberty, pursuit of happiness, safety, and equal protections;

(2) They abused *Citizen$-United* to do an end-run around the Hobbs Act in that corporate money is routinely used to buy elected official$' votes and judge$' decisions;

(3) They abused *Shelby County* to do an end-run around the Voting Rights Act to rig elections to favor only their own corporate and $pecial intere$t$;

XI. PRAYER FOR RELIEF

(1) That reasonable restrictions be incorporated into the 2nd Amendment;

(2) That reasonable background checks which do a far better job at weeding out the all too many Chos, Loughners, Holmses, Landzas, and Alexis' be incorporated into the 2nd Amendment to prevent future massacres;

(3) That assault weapons specifically designed by the military to dismember human bodies not be sold to the general population since under all criminal codes throughout the nation, and since inception of this Country, such murder, assault, and maiming are absolutely prohibited and illegal;

(4) That extra capacity clips and magazines which are designed to mow down humans as if in a rice patty in Vietnam not be sold to 18 year olds who've played way-too much Halo-3 or Grand Theft Auto from the comfort and safety of their living rooms;

(5) That anyone who's an NRA member also volunteer as an auxiliary police in crime ridden neighborhoods or becomes a mercenary in Latin America to rid those nations of

---

[37] http://abcnews.go.com/Politics/senate-convicts-crooked-federal-judge-thomas-porteous/story?id=12347138 and http://www.fbi.gov/philadelphia/press-releases/2011/former-pennsylvania-county-president-judge-michael-conahan-sentenced and http://www.fbi.gov/sanantonio/press-releases/2013/former-judge-abel-limas-gets-72-months-in-prison-for-taking-bribes and http://www.fbi.gov/news/stories/2004/march/greylord_031504

drug lords who shoot back unlike the paper targets that they feel so tough ripping to shreds at gun ranges;

(6) That NRA members who feel tough enough to take Manhattan's subways uptown at midnight experience what urban combat might be like instead of just talking $#!t with their friends over beers at bar-b-ques;

(7) That Wayne LaPierre risk hi$ own phucking[38] life like I did exposing Judicial Corruption throughout the United States and acknowledges FI Missud's police report detailing his truck's bombing.

(8) That the Five Muther-Phucking $COTU$ conservatives who've sold out the nation resign.

## XII. CONCLUSIONS

Nothing but official records support this complaint. They've already been forwarded nationwide and to officials whose duties are to get judge$ indicted, impeached, and incarcerated for life terms. Ignoring any of them will prove that the Koch Brother$ and other mental deficient$ ju$t like them are colluding with five $COTU$ con$ervative$ to buy this nation.

## XIII. VERIFICATION AND PLEADING LENGTH

I, Patrick Missud am the Pro-Per Petitioner in the above-entitled action. I'm also an 18 USC§1513 informant who prepared the foregoing Petition and therefore know the contents thereof. The same is true of my own knowledge, except as to those matters that are therein alleged on information and belief, and as to those matters, I believe them to be true. This Petition conforms to pleading standards, is 5761 words, and written in 13 point type. I'm really phucking tired of being targeted by the ultra-corrupt judiciary which is why I'm destroying it from the con$ervative$' $COTU$ on down for the benefit of 314,000,000 people.

---

[38] NYC's Missud apologizes for the colorful language which is but vernacular in NYC... and yes I've taken the subway after midnight to all parts of Manhattan, the Bronx, and boroughs that would make most NRA members $#!t in their pants, which is why taking on the U.S. Supreme Court is mere child's play for me.

I declare under penalty of perjury under federal laws that the foregoing is true and correct. When called upon to testify as a witness, to get at least 70 judge$ indicted for *Citizen$-United* and Hobbs Act corporate-corruption, I will do so competently. I'm also perfectly happy to get 5 additional SCOTUS conservative$ impeached for 18 USC §2381 trea$on. This declaration was executed in the County of San Francisco.

*Patrick Missud*

Patrick Missud
18 USC §1513 Federal Informant;
31 USC §3279 Qui-Tam Relator;
CCP §1021.5 Private Attorney General;
Whistle-Blower.

## XIV. PROOF OF SERVICE

I'm a citizen of the United States; over 18 years of age; employed in the County of San Francisco where this mailing occurred. My address is: 91 San Juan Avenue, San Francisco, California, 94112. On 9-23-2013, or per USPS POS, I electronically served the following documents:

COMPLAINT FOR CONSTITUTIONAL VIOLATIONS; SCOTUS RULE 17 ORIGINAL JURISDICTION UNDER ARTICLE III OF THE U.S. CONSTITUTION AND 28 USC §1251

By placing a true copies attached in mail or to emails:

U.S. Supreme Court        Tracked Express Mail #EI 649482993 US
One First Street, N.E.
Washington DC, 20543
meritsbriefs@supremecourt.gov

U.S. Solicitor General, Room 5614
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC, 20530-0001

Syndicated Media for distribution to 314,000,000 real people who've been targeted by fake corporate 'people' who've been enormously empowered by the con$ervative$' *Citizen$-United* decision.

I declare under the penalty of perjury under the laws of California that the forgoing is true and correct, and that this Complaint was filed to cause the impeachment of the five con$ervative$ who've/ve/subverted democracy.

*Patrick Missud*             9-21-2013
Patrick Missud             Date

PATRICK MISSUD  #219614
91 San Juan Ave.
San Francisco, CA, 94112
missudpat@yahoo.com
18 USC§1513 Federal Informant;
31 USC §3279 Qui-Tam Relator;
CCP §1021.5 Private Attorney General;
Attorney in Good Standing; and
Plaintiff in Pro-Se.

UNITED STATES DISTRICT COURT FOR THE NINTH CIRCUIT
SAN FRANCISCO DIVISION
UNLIMITED CIVIL JURISDICTION
CLASS ACTION
**DEMAND FOR PUBLIC JURY TRIAL**



PATRICK A. MISSUD,
and those similarly situated

Case No.    2 03MISC

vs.

NATIONAL RIFLE ASSOCIATION;
WAYNE LAPIERRE; STATE OF
COLORADO; INTERMEDIA OUTDOOR
HOLDINGS INC.; DOES 1-200.

**COMPLAINT FOR VIOLATIONS OF
CONSTITUTIONAL RIGHTS INCLUD-
ING: LIFE, LIBERTY, HAPINESS, DUE
PROCESS, EQUALITY, PRIVILEGES
AND IMMUNITIES, FREE SPEECH,
VOTING, FAIRNESS, NEUTRAL TRI-
BUNAL, PETITIONING GRIEVANCES,
...**

**I. NOTICE OF IMMINENT FUNDAMENTAL RIGHTS VIOLATION BY THIS COURT'S
SIMPLE FAILURE TO IMMEDIATELY FILE-ENDORSE-REGISTER THIS PLEADING
AND PUBLICLY UPLOAD IT TO PACER**

This pleading was already forwarded to the DOJ, FBI, syndicated media, consumer
groups including Public Citizen and Judicial Watch, and the U.S. Supreme Court. Failure to
publicly register it on PACER, -as the last which was illegally denied in violation of my rights:
http://dockets.justia.com/docket/california/candce/3:2013mc80213/270878 will be another
instant, prima-facie, real-time violation of my fundamental right to petition this grievance, to and
through this *CitizenS-United* corporate-bought 9th District Court.

Complaint for Constitutional Violations

On September 25, 2013, and October 28, 2013 the U.S. Supreme Court Denied taking Original Jurisdiction of this Complaint despite my pleadings which painstakingly detailed how the 9th District and its judge$: took at least a dozen overt and covert actions to conceal pleadings and cases damaging to *Citizen$-United* corporate $pecial intere$t$; and were purposefully locking me out of court because I'd already exposed over a dozen of its 18 USC §201 Corrupt judge$ who are taking corporate-payoff$ to ignore evidence and di$mi$$ criminally-proven cases. The 9th District $imply doesn't want me to file any pleadings, or publish any complaints that might harm corporate $pecial intere$t$ like the NRA'$ which routinely buy$ official$ and judge$$$$$$$$$$ to further gun crime$ against the public. This pleading prove$ that the judiciary $pon$or$ murder throughout the nation because it'$ being paid-off by the powerful $pecial intere$t$ like Wayne LaPierre'$ NRA. Have no doubt that any judge, including Al$up, who *interferes* with this *Complaint's* filing will be federally imprisoned for a virtual life sentence. Judge$ are being set-up for life terms, in real time.

Judge Al$up- recall that you locked me out of court on October 2, 2013, just after SCOTUS Denied my case. Now See C:13-mc-80182 #3: http://dockets.justia.com/docket/california/candce/3:2013mc80213/270878; and SCOTUS' Denial to take Rule-11 jurisdiction, which is attached to this pleading. *There are no other court$ where I can file this Constitutional Rights Complaint. If I can't file in the 9th District Court today, then my right to petition government with my grievance has been absolutely violated.*

II. JURISDICTION

Northern California's Federal District Court is a court of general jurisdiction. These causes of action come under its *authority* by way of subject matter jurisdiction and violation of federal laws [28 USC §1331]. Violations of Constitutional Rights are properly alleged and filed in this court. Further, these Defendants directly or indirectly made use of the means or instrumentalities of interstate commerce, mail, or wire in connection with the transactions, acts, practices and courses of business alleged herein.

//
//

III. INTRADISTRICT ASSIGNMENT

Northern California's San Francisco Division is the proper venue for this action pursuant to 28 U.S.C. §1391. It's where most of the transactions, acts, practices, and courses of conduct constituting violations of the federal laws alleged in this complaint regularly occur to and around class action representative Missud.

For instance the National Rifle Association [NRA] regularly comes to Daly City's Cow Palace to sell guns which kill Missud's and other class members' neighbors. Members of the class are even sometimes gunned-down as victims of gun related violence that the NRA brings to Missud's neighborhood. The remaining Defendants made these killings possible by allowing the Gun Lobby to become ultra-powerful with its manipulation$ of federal laws, Acts, and precedent like *Citizen$-United* and *Shelby County.*

IV. UNITY OF ACTION

Wherever in this complaint reference is made to one Defendant, it's presumed that the actions were taken for the benefit of all Defendants who are related through their nexus to further their common scheme. The common scheme among these Defendants is to maximize the Gun Lobby's Special intere$t$, namely generating massive corporate profits through any means including abusing *Citizen$-United* to do an end-run around the Hobbs Act, and *Shelby County* to exclude citizens who want reasonable restrictions on the 2nd Amendment.

V. CLASS ACTION ALLEGATIONS

Each Defendant violated the federal rights of each class action Plaintiff. Americans seeking reasonable restrictions on the 2nd Amendment have no voice because the Defendants alternatively or in combination: purchase officials and judges under *Citizen$-United*; rig elections under *Shelby County* to protect only their Special intere$t$; and/or censor First Amendment speech to silence opposition and to unequally further their own agenda$. This Class Action meets the statutory prerequisites for the maintenance of a Class Action as set forth in F.R.C.P. 23 in that:

(a) The persons who comprise the Class are so numerous that the joinder of all such persons is impracticable and the disposition of their claims as a class will benefit the parties and the Court;

EXHIBIT E

(b) Nearly all factual, legal, statutory, declaratory and injunctive relief issues that are raised in this Complaint are common to the Class and will apply uniformly to every member of the Class;

(c) Representative Plaintiffs' claims are typical of the claims of each member of the Class; and,

(d) The representative Plaintiffs will fairly and adequately represent and protect the interest of the Class, and will retain additional counsel which is competent and experienced in Class Action litigation. There are no material conflicts between the claims of the representative *Plaintiffs* and the members of the Class that would make class certification inappropriate. Counsel for the Class will vigorously assert the claims of all Class Members.

In addition to meeting the statutory prerequisites to a Class Action, this action is properly maintained as a *Class Action* pursuant to F.R.C.P. 23, in that:

(a) Without class certification and determination of declaratory, injunctive, statutory and other legal questions within the class format, prosecution of separate actions by individual members of the Class will create the risk of: ......etc. Please note that further discussion of the Class will be detailed in the First Amended Complaint if and when necessary.[1]

VI. NOTICE OF INTERESTED PARTIES

Washington's Department of Justice, Public Corruption Unit, the FBI, and other government agencies are interested parties in this case. Such agencies are tasked with policing officials and judges who've violated: the Hobbs and Voting Rights Acts; 18 USC §201 Corruption, §1962 Racketeering or similar statutes; or run afoul of SCOTUS decisions like *Citizen$-United* and *Shelby County*. Recall that the three above agencies already investigated corrupt judge$ turned convicted felons Olson, Maloney, Ciavarella, Conahan, Limas, Porteu$, Benjamin, Washington, Trafficant, Delay, ..., and dozen$ of other$ for taking kick-back$ and Hobbs Act bribe$.[2]  Next, the State Department and Department of Defense may be interested

---

[1] References will include that 74% of the NRA's own membership want improved background checks just like the two recalled CO legislators supported: http://www.politifact.com/texas/statements/2013/apr/04/lee-leffingwell/lee-leffingwell-says-polls-show-90-percent-america/
[2] http://www.fbi.gov/philadelphia/press-releases/2011/former-pennsylvania-county-president-judge-and-juvenile-judge-mark-ciavarella-sentenced-to-28-years-in-prison and

Complaint for Constitutional Violations

parties because Wayne LaPierre's NRA is now meddling in international affairs and U.N. Arms Trade Treaties which are plenary powers reserved only to the federal government *and none others*.[3] In addition, Colorado's State Senate is no doubt very interested after having had two Representatives illegally recalled by the NRA, -with a third in imminent danger of the $ame.[4] Voters' rights in Colorado aren't $o fundamental when the NRA get$ involved and abu$e$ *Citizen$-United*, *$helby County* and the Hobb$ Act.[5] Further, Americans across the Country are in danger of losing public forums where opinions contrary to these Defendants' are expressed. If anyone voices dissent, or an opinion i$n't lock-$tep with tho$e of the NRA '$ then that voice $imply get$ Silenced.[6] $o much for democracy and rigorous debate.

## VII. CORPORATE DISCLOSURE STATEMENT

The mighty NRA is designated by the IRS as a 501(c)(4) with four 501(c)(3) charitable subsidiaries and a Section 527 lobbying group segregated fund: The NRA Political Victory Fund. The NRA controls through its board of trustees the following 501(c)(3) organizations: NRA Civil Rights Defense Fund. NRA Foundation Inc., NRA Special Contribution Fund (dba NRA Whittington Center), and NRA Freedom Action Foundation. The NRA is also the parent organization of affiliated groups such as the Institute for Legislative Action (ILA).[7]

The NRA lobbies really hard for its multi-billion industry and contributes to 30,000 domestic gun deaths every year.[8] The U.S. has the highest rate of gun related homicides after African and Latin American Countries engaged in civil and drug wars respectively.[9] The NRA supplies weapons to those Countries for their citizens to also slaughter one another.[10]

---

http://www.fbi.gov/philadelphia/press-releases/2013/former-pennsylvania-county-president-judge-michael-conahan-sentenced and http://www.huffingtonpost.com/2010/09/10/judge-geshamas-porteous-impeachment-trial_n_715336.html and http://www.nytimes.com/2010/12/09/us/politics/09judge.html?_r=0

[3] http://washingtonexaminer.com/wls-blasts-john-kerry-for-signing-un-arms-treaty/article/2536367

[4] http://www.washingtontimes.com/news/2013/oct/8/colorado-voters-go-after-third-pro-gun-control-dem/

[5] http://www.washingtonpost.com/blogs/govbeat/wp/2013/10/07/gun-rights-advocates-plan-another-colorado-recall/ and http://www.foxnews.com/politics/2013/10/08/colorado-gun-rights-advocates-plan-another-recall-effort/

[6] http://www.latimes.com/nationapinationnow/la-na-nn-guns-obama-image-one-2013110900,0,3766694.story#axzz2kwaEXQ8c

[7] http://home.nra.org/

[8] http://www.ask.com/wiki/Gun_violence_in_the_United_States?o=2803&qsrc=999&ad=doubleDown&an=apn&ap=ask.com

[9] http://www.ask.com/wiki/List_of_countries_by_firearm-related_death_rate?o=2800&qsrc=999&ad=doubleDown&an=apn&ap=ask.com

[10] http://www.cbsnews.com/2100-202_162-4835694.html and http://www.ask.com/wiki/Smuggling_of_firearms_into_Mexico?o=2800&qsrc=999&ad=doubleDown&an=apn&ap=ask.com

The NRA exports death internationally for the $ake of corporate money.  It's for this reason that Missud has to link SCOTUS' *Citizen$-United* decision to $pecial intere$t$ like the NRA which not only destroy economies, but entire civilizations.

Defendant Intermedia Outdoor Holdings [IOH] is a broadcasting corporation with an audience of 80 Million people, *and subject to FCC regulations*. It controls: publication of 15 hunting, fishing, and shooting magazines; has the market's leading online/digital network; broadcasts 200+ episodes of television programming, and a syndicated radio show; hosts popular consumer events; and operates the nationally-televised "Sportsman Channel."[11]  Recently, IOH Corporation silenced Dick Metcalf and Jim Bequette for having suggested that gun enthusiasts be made to take shooting lessons prior to purchasing firearms.[12]

VIII. AUTHORITIES CITED

**Declaration of Independence**'s *pursuit of life, liberty, and happiness*;

**U.S. Constitution and Bill of Rights**:

1st Amendment's right of the people to peaceably assemble; 2nd Amendment's right to bear arms; 4th Amendment's right of the people to be secure in their persons; 5th Amendment's right of the people not to be deprived of life or liberty without due process of law; 14th Amendment's right of the people to not be deprived of life or liberty without due process of law, or equal protection under the laws; 24th Amendment's right of the people to not be deprived of the right to vote for elected officials by either state or federal poll or other taxes; 26th Amendment's right of the citizens of these United States to not have their voting rights denied or abridged by the United States or any State.

**Hobbs Act**; 18 USC §1951:

At common law, extortion was an *offense* committed by a public official who took 'by color of his office' money that was not due to him for the performance of his official duties. . . . Extortion by the public official was the rough equivalent of what we would now describe as

---

[11] http://www.inmoutcoremedia.com/IMT/
[12] http://www.cnn.com/2013/11/07/us/guns-amma-editor-resigns-after-gun-control-column/

'taking a bribe.'" *Evans v. United States*, 504 U.S. 255 (1992).[13]

*Citizens United v. FEC*, 558 U.S. 310 (2010)

The five $COTU$ con$ervative$ decided that money is speech and that corporate 'people' with the most money $hould have the loude$t voice$.

*Shelby County v. Eric Holder*, 570 U.S. ____ (2013)

The five $COTU$ con$ervative$ decided that *Citizen$-United* corporations and $pecial Intere$t$ should be allowed to rig elections in way$ they $ee fit to disenfranchise real flesh-and-blood people throughout the nation.

*Shaun McCutcheon v. FEC*, 5xx U.S. ___ (2013)

The five $COTU$ con$ervative$ heard oral argument yesterday and will $oon decide that money $hould buy judge$ and that corporate 'people' with the most money $hould own the nation. Scalia and hi$ Koch-Brother$ corporate-bought con$ervative$ were worried about the 2%; and Ginsburg and three other progressives considered the rights of 98% -the little people.[14]

## IX. STANDING

Missud has standing to sue these co-conspiring Defendants for several reasons:

(A) El Missud is in failing health with congenital Medullary Sponge Kidneys, Severe Spinal Stenosis, and Sclerosis from L1-3.[15] The three conditions limit his ambulation to a two-block radius, and make it increasingly difficult for him to flee from the criminals who routinely purchase Wayne LaPierre's artillery when sold at the many gun shows held at the neighboring Cow Palace just a crow-flying mile away.[16] Over the years, Missud's noticed an increase in firearms discharge after such shows, and won't tour the Bayview in the weeks after the $$$NRA$$$ comes into town.[17]

(B) Further, know that Missud has vast experience with explosives and other gunpowder-enabled devices such as guns:

(1) On August 3rd, 2007 Missud's truck was bombed because the $9 Billion D.R. Horton

[13] http://www.justice.gov_usao-coosa/fuia_reading_room/usam/title/33/minru.htm and
http://www.justice.gov/usao-consd/foia_reading_room/usam/title9/crm02-404.htm
[14] http://www.washingtonpost.com/politics/supreme-court-skeptic-of-limits-on-federal-campaign-contributions/2013/10/08/1a1fca06-302c-11e3-9ccc-2252ab54df5_story.html
[15] http://ask.healthline.com/galecontent/medullary-sponge-kidney?c=2800&qsrc=999 and http://www.medtronic.com/us/your-health/spinal-stenosis/index.htm and http://www.healthcentral.com/chronic-pain/l41-72-spinal-stenosis.html
[16] http://gunshowtrader.com/gun-shows/san-francisco-gun-show-cowpalace/
[17] November 4, 2013 Gun Show. http://www.nbcbayarea.com/news/local/Cow-Palace-Hosts-Large-Gun-Show-After-Recent-Shutdown-230450861.html

Complaint for Constitutional Violations

Corporation [DHI]. -which now has unlimited corporate speech rights under Kennedy'$ *CitizenS-United*, didn't like Missud's exercise of his own sacrosanct 1st Amendment speech exposing DHI'$ 27-state predatory lending, mortgage fraud, racketeering, 18 USC §201, and Hobbs Act purchase of officials and judge$ who dismi$$ criminally-proven ca$e$ as featured on the world wide web.[18]

(2) Then again on June 6th, 2010. -just four days after Fl Missud caught *CitizenS-United* corporate-bought Nevada's Discovery Commissioner Bulla lying about not getting five sets of pleadings positively served on her by: fax; court-registration; email; confirmed priority #0308 3390 000! 3360 7404 tracked directly to her chambers; and attached to DHI'$ very own papers per official court testimony recorded in official court transcripts, said Pleadings proving beyond criminal standards that DHI caused Nevada to become the nation's foreclosure capitol. Missud returned to San Francisco to find a ratty briefcase in his 2nd truck's bed which required him to call the Bomb-Squad. The Bomb-Squad first asked FI Missud whether anyone wanted to do him harm, and then asked if he knew anything about the briefcase's contents that may have been stuffed with wires.[19]

(C) Every year, the City of San Francisco uses Missud's *tax dollars to buy back guns* locally sold at the Cow Palace years prior.

(1) Those old gun$ generated immen$e profit$ for NRA'$ $pecial Intere$t$ but then I have to buy them back with *my tax dollars, not* partaking in the NRA'$ blood money. Further, tho$e old gun$ are then replaced by new guns, like at the last November 4th Cow Palace Gun Show, where they were virtually handed over the counter, no questions asked, so that they can be used to gun down more of my neighbors before they're bought-back at my expense.[20]

(2) Class representative Missud regularly *walks past gun murder scenes on a weekly basis.*[21]

_____

[18] Police Report 070793172, Officer Carey, Badge #1667, and interlinked sites: http://www.drhortonsbcks.info/ and http://dhortonjudges.info/ etc
[19] U.S. Supreme Court Writ 12-9412 names Nevada's Supreme Court as 18 USC §201 Corrupt, and Hobb$-Act bought by $9 Billion D.R. Horton. It came up in conference on September 30th 2013 and SCOTUS Denied Review because that's what corrupt Koch Brother$ corporate-bought court$ and judge$ like Scalia and Thomas do for the *CitizenS-United* corporations to which they are beholden.
[20] http://www.sfgate.com/crime/article/S-F-Oakland-gun-buyback-nets-hundreds-4121621.php and http://abcnews.go.com/ABC_Univision/crowd-funded-gun-buyback-program-launching-san-francisco/story?id=19751392
[21] Missud often hears gun battles from the Bayview District just over the hill. In fact, Missud was at 730 Naples Street when a neighbor's friend at #723 was murdered as he worked on a car. A couple years ago a father and two sons were gunned down on Russia and Mission, -just two blocks from where Missud has a storage facility which he frequents daily: http://www.policemag.com/channel/gangs/news/2009/06/30/alleged-gang-member-will-be-tried-for-drive-by-murders.aspx . More recently another victim was snuffed out just four blocks from Missud's home:

Complaint for Constitutional Violations                                                                 8

(3) It $eem$ that very, very few people visiting the Cow Palace just twice a year have their rights to only the 2nd Amendment, but that I and my many, many more firearms-targeted neighbors who live here haven't the rights to life, liberty, happiness: to peaceably assemble or be secure in our persons in front of our own homes; or to not be deprived of life when working on our cars, or *liberty without due process* or equal protection under the laws. We ju$t get $hot at by phuking criminals who bought gun$ from that phuking prick Wayne LaPierre. The NRA might have it$ money, but I'm sure to get the five con$ervative $upreme Court ju$tice$ impeached if they don't stop the *carnage and massacre happening on my doorstep.* How's that for standing?

(4) On November 1, 2013, a 23-year young man armed with a gun killed a TSA agent at LAX.[22] On my way back from Japan on November 6th, I and wife had to connect through LAX to get on American Airlines flight #167 at 10:50AM. On our way through customs we were delayed because the agent became suspicious of my name, and that I might have contraband like a firearm.

## X. IN FORMA PAUPERIS FILING

For 4 years Missud's been railroading scores of dim-wit judge$ like Scalia as an 18 USC §1513 Federal Informant and 31 USC §3279 Qui-Tam Relator. It's expensive work that'll eventually pay-off in Qui-Tam proceeds once their enormous salaries are clawed-back when indicted and convicted of official corruption.[23] Until then however, all of Missud's efforts are on his own dime. Missud *has to pay for* increased litigation fees imposed by corrupt judges seeking to conceal their own crimes, and do bodywork when a *Citizen$-United* corporation detonates an explosive on his car. Therefore, concurrently filed herewith is Missud's IFP which evinces that Mrs. Missud's been very *patient* with Mr. Missud and bankrolled his efforts at consumer protection, and preserving the Constitution and Bill of Rights.[24]  FI Missud's Fee Waiver forms absolutely qualify him for IFP, and such is demanded from this Court which has whimsically either granted or *denied such* filing. As of late thi$ Di$trict'$ judge$, who are up to their neck$ in crystal-clear corruption, have repeatedly increased Missud's costs of litigation to prevent their

---

http://www.sfgate.com/crime/article/Man-dead-cousin-wounded-in-S-F-shooting-4210743.php . *For that matter, this year alone* 21 murders happened within Missud's ear-shot. That PRICK LaPierre might as well have pulled the trigger$$$ of all tho$e ea$y-to-get guns he put in the hand$ of tho$e many criminals.
[22] http://www.nbcbayarea.com/news/national-international/Runnmore-Drops-Off-Alleged-LAX-Gunman-230117581.html
[23] Note that no judges are named in this Complaint nor will they be. That's a promise.
[24] Isn't Julie great?

Complaint for Constitutional Violations

own exposure for 18 USC §201.  Another disingenuous Denial of IFP will cement any former or current District judge'S conviction for official corruption because theirs will be a further concerted effort to 18 USC §1513(e) interfere with my whistle-blowing.[25]

## XI. CONCISE STATEMENT OF THE CASE

It$ all about "following the money."  The NRA has it and only spends it on like-minded murderers who want to put at least two guns in everybody's hands because they'll make lotS of money that way. If the NRA could make more money by banning guns, it would instead vigorously support a *repeal of the* 2nd *Amendment*. And to think that all those gun enthusiasts believe that Wayne has their best interests in mind.  He's only thinking about the cash that the NRA's misled, misinformed, and used membership spend$ for Smith and Wesson, Winchester, and Remington Arm$. -a percentage of which find$ it$ way into Wayne'$ pocket$.

If Wayne actually cared *about his membership* then he would've supported reasonable limits to prevent this very kind of lawsuit and exposure which ties the nation's highest court$ to blood-money.  Now the 2nd Amendment, NRA, and their bought official$ are front and center in their own cro$$hair$$$$$$.

Wayne and his NRA are using the $COTU$ con$ervative$' *Citizen$-United* decision to violate the Hobbs Act. The NRA routinely bribes public officials with corporate-caSh feigning that the money is used to promote 1st Amendment $peech. Further, the NRA withdraws $uch financial $upport if official$ receiving the bribe$ don't $ell their official deci$ion$ to the NRA. Agents behind FCC-regulated broadcasts from IOH, and IOH publication$ like Guns and Ammo, censor *and fire* any vocal proponents of reasonable 2nd Amendment regulations. The$e are infringement of sacrosanct speech rights not by private actor$, but by organizations which are regulated by government. -hence illegal government actions infringing on fundamental rights.

Wayne and his NRA are using the con$ervative$' *Shelby County* decision to violate the Voting Rights Act.  Recently in Colorado, Wayne and his NRA recalled two progressives embracing reasonable limits on gun clips and magazines, and because they didn't cow-tow to their $pecial intere$t$ which include putting as much ordinance in the hands of Eric Harris, Derek Klebold, Adam Landza, Seung Hui Cho, James Holmes, Jared Loughner, and Aaron

---

[25] The accompanying November 18, 2013, 9-page Cover Letter addressed to the Court Clerk, is hereby incorporated by reference and details assorted judicial 18 USC §1513(e) Retaliation against 4-year mole and Federal Informant Missud.

Alexis. Their recall was accomplished under the con$ervative$' *Shelby County* decision designed to exclude voters, limit polling hours, and eliminate mail-in ballots that most Coloradans use to vote.[26]

Essentially, Wayne and his NRA'$ *violations of the public's Fundamental Rights* to safety; and twisting of the Koch Brother$' *Citizen$-United* and *Shelby County* decision$ to bribe officials and rig recalls in Colorado, caused Missud to link his Specially Intere$ted organization to official corruption as already exposed in no less than ELEVEN U.S. Supreme Court Writs which prove that over 70 state and federal judge$ routinely Sell their deci$ion$ to the deepest corporate pocket$- ju$t like the NRA, while throwing 314 Million real flesh-and-blood people under corporate wheel$ of greed.

Now Review Writ$: 12-7817, 8191, 9412, 9413, 9918, 10006; 13-5888, 6398, 6518; and Rule-11 of 13-16510, 73927 wherein each pleads to FRCP Rule-9 that judge$ are the Country's worst white collar criminals and 18 USC §2381 Traitors because they're intentionally destroying the 'rule of law' for per$onal gain by selling their order$ to corporation$ and organization$ like the NRA.

## XII. FUTURE MOTIONS TO EXPEDITE AND FOR IMMEDIATE RELIEF

There are multiple reasons for this Court to Immediately Grant Relief. Fl Missud already proved that at least 3 dozen 9th District and Circuit judge$ are *Citizen$ United* corporate-bought and therefore too corrupt to rule on any more of his cases or appeals.[27] The DOJ needs even more proof that even more District judge$ are corporate-bought and abusing 'judicial immunity' to $ell their decision$ to the highe$t bidder$. Once this Court again gets on record either acknowledging that court$ are routinely bought by corporate $pecial intere$T$ like the NRA, or denying the registratuion of this criminally-proven case, then Missud's 4-year-long stint as an undercover informant can come to an end.[28]

In addition, the 9th District's Chief Judge Claudia Wilkin already asked judge Al$up to Bar Missud from practicing within the District Courts.[29] Wilkin'$ District already thrice-labeled

---

[26] http://www.reuters.com/article/2013/0921/0us-usa-colorado-election-di SBRE98901D520130920
[27] See again footnote 25 which is once again incorporated by reference
[28] The 'stint' has become old, and Missud now wants to retire since the Five $(CO113$ con$ervative$' incarceration has been guaranteed.
[29] See 13-mc-801K2 #3 which is the 2nd entry at at: http://dockets.justia.com/search?query=patrick+missud

Missud "vexatious,"[30] which requires him to pre-file with judge Al$up, who's already known to be corrupt, already deleted 1000 documents from a first case, and tried to conceal a 2nd complete case on his secretive internal database.[31]  All documents and both cases proved judicial racketeering to beyond any doubt by using nothing but official court orders, rulings, and transcripts.[32]

Obviously, Missud will never be able to get this suit alleging Constitutional violations fairly adjudicated in the *Citizen$ United* corporate-bought District Court, -the only other court other than U.S. Supreme Court where such Constitutional violations can be petitioned.  That *in turn* pre-empts any subsequent Circuit Appeals, or Writs to the U.S. Supreme Court which i$ exactly what Alito, Kennedy, Robert$ Scalia, and Thoma$, want.[33]

Recall that the failure by this District Court to file and consider this case will be a prima-facie violation of H Missud's Fundamental Rights to petition grievances, fairness, due process, and have an *impartial* tribunal decide it on the merits.  This i$ getting very embarrassing.

Even worse is that the NRA is poised to again violate *Citizen$ United* and *Shelby County*, and the Hobbs and Voting Rights Acts yet again in a 3rd Colorado recall to depose the public's duly-elected representative.[34]

The issues presented herein are primarily Constitutional, and even include two recent and pivotal SCOTUS decisions.  Wayne and his death-peddling organization pitted the 2nd Amendment against citizens' Rights to Life, Liberty and Pursuit of Happiness, not to mention a half dozen other Fundamental Rights.  He and hi$ murderou$ organization are bribing officials and judges throughout the nation to promote: their own $elf intere$t$; and murder the world over.  Sad$y, his multi-billion-dollar $pecially-intere$ed group makes the purchase of gun$ a$ ea$y as a blind Iowan walking into a gun $hop and promising that he won't miss whatever he's not aiming at when he pulls the trigger.[35]  In the meantime Gabby Giffords gets shot in the head,

---

[30] See C:13-3567 #88:6/18 [Chen and Ryu]; C:12-5468 #70:1/21 [Chen]; C:12-3117 #74:5/16 [Alsup];
[31] Don't see C:12-3117 #81-85, **87, 88** because Al$up deleted them; but do See RICO C:12-5468 #6-11 which started off as RICO C:12-5306 before being internally buried as "insurance claim" 12-mc-80246.
[32] SCOTUS recently assigned Writ 13-6398 to Appeal of C:12-5468; and a Writ # has yet to be assigned to Appeal of C:12-3117 although the Opening Brief was delivered to SCOTUS by tracked mail 2 weeks ago.
[33] Scalia and Thomas are frequent gue$t$ at the Koch Brother$' Heritage Foundation fundraiser$$$$$:
http://thinkprogress.org/politics/2010/10/20/125384/scalia-thomas-koch/
[34] http://www.denverpost.com/news/ci_24255864/new-recall-effort-targets-state-sen-evie-hudak
[35] Everybody Duck!- Stevie Wonder's got a gun:
http://www.washingtonpost.com/blogs/govbeat/wp/2013/09/16/dont-expect-iowa-to-revoke-gun-permits-for-the-blind-its-not-even-the-only-state-that-offers-them/

Trayvon Martin gets it in the guts, 20 kids are obliterated in Newtown, a TSA agent gets blown-away, and tens of thousands lay dead in Syria. All this carnage for the $ake of Wayne LaPierre'$ phucking NRA $pecial Intere$t money.

Recall that six of Missud's eleven Writs were already in Conference before the U.S. Supreme Court.[36] So far, four Petitions were denied because they proved to DNA-fingerprint standards that several dozen judge$ violated their judicial oaths just like: Porteu$, Ciavarella, Conohan, Lima$; seventeen more judge$ in Operation Greylord; and countle$$ other$ accro$$ this nation who've been indicted, impeached, and incarcerated for the rest of their miserable lives for official corruption and racketeering.[37] Two more Writs have been made more expensive to make them go away; and the other 5 will first be upgraded to pricey Rule 33.1 standards and then ignored because otherwise this nation's highest court would have to acknowledge that America's third branch of government only works for the *Citizen$-United* corporation$$$$$$$$$$$$$.

## XIII. CAUSES OF ACTION *against all Defendants*

The above paragraphs are incorporated herein as if fully reproduced below.

(1) The Defendants and Wayne LaPierre's multi-billion-dollar consortium of NRA $pecial intere$t$ violated the Fundamental Rights of 314 Million Americans by depriving them of life, liberty, pursuit of happiness, voting, safety, due process, fairness, privileges and immunities, equal protections, right to court access and the other rights detailed above;

(2) The Defendants regularly abuse *Citizen$-United* to violate the Hobbs Act and now routinely u$e corporate money to buy elected official$' votes and judge$' decisions to support the NRA'S $pecial intere$t$ and murderou$ $cheme$;

(3) The Defendants are now regularly abusing *Shelby County* to defeat the Voting Rights Act, and will do so again a 3rd time in Colorado to recall Hudak, since this is how they now rig elections to favor only their own NRA *Citizen$-United* corporate $pecial intere$t$.[38]

//

---

[36] SCOTUS already Denied Review of 12-7817 and 12-8191 because they each proved judicial 28 USC §201 and §1962 to criminal standards. The con$ervative$ already furthered two RICO con$piracie$.
[37] http://abcnews.go.com/Politics/senate-convicts-crooked-federal-judge-thomas-porteous/story?id=12347138 and http://www.fbi.gov/philadelphia/press-releases/2011/former-pennsylvania-county-president-judge-michael-conahan-sentenced and http://www.fbi.gov/sanantonio/press-releases/2013/former-judge-abel-limas-gets-72-months-in-prison-for-taking-bribes and http://www.fbi.gov/news/stories/2004/march/greylord_031504
[38] http://www.washingtontimes.com/news/2013/nov/10/hudak-fights-recall-drive-in-colo-with-de- casa/?utm_source=RSS_Feed&utm_medium=RSS

## XIV. PRAYER FOR RELIEF

(1) That *CitizenS-United v. FEC* be reconsidered by SCOTU$ because it ha$ an enormous$ and directly corro$ive effect on democracy;

(2) That *Shelby County v. Eric Holder* be reconsidered by SCOTU$ because it ha$ an enormous$ and directly corro$ive effect on democracy;

(3) That the forthcoming *Shaun McCutcheon v. FEC* be properly decided by SCOTU$ because it will otherwi$e have an enormou$ly corro$ive effect on democracy;

(4) That Wayne LaPierre and hi$ NRA be *enjoined from doing end-run$* around the Hobb$ Act to peddle his weapons of the masses' destruction;

(5) That reasonable restrictions on, and regulation of, the 2nd Amendment be drafted;

(6) That reasonable background checks which do a far better job at weeding out the all too many Chos, Loughners, Holmses, Landzas, and Alexis' be incorporated into the 2nd Amendment to prevent future massacres;

(7) That assault weapons specifically designed by the military to dismember human bodies not be sold to the general public, since under all criminal codes throughout the nation, since inception of this Country, such murder, assault, and maiming are absolutely prohibited and illegal;

(8) That extra-capacity clips and magazines which are designed to mow down humans as if in a rice patty in Vietnam not be sold to 18 year olds who've played way-too much Halo-3 or Grand Theft Auto from the comfort and safety of their mommy and daddy's living rooms;

(9) That anyone who's an NRA member also *volunteer as an auxiliary police in crime ridden* neighborhoods or becomes a mercenary in Latin America to rid those nations of drug lords who shoot back, -unlike the paper targets that they feel so tough ripping to shreds at gun ranges;

(10) That NRA members who feel so tough when stroking their firearms take a walk in a crime-ridden neighborhood at midnight to experience what urban combat might be like instead of just talking $#!t with their friends over beers at bar-b-ques. Phukin'-A!;

(11) That Wayne LaPierre risk hi$ own phucking[19] life like I did exposing hi$ Hobb$ Act violations, *Judicial Corruption* throughout the United States, and acknowledges that FI Missud was bombed for exposing *CitizenS-United* corporate corruption of the ultra-corrupt judiciary.

------

[19] NYC's Missud apologizes for the colorful language which is but vernacular in NYC... and yes I've taken the subway after midnight to all parts of Manhattan, the Bronx, and Brooklyn that would make most NRA members $#!t in their pants, which is why taking on the U.S. Supreme Court is mere chile's play.

Complaint for Constitutional Violations

(12) That the Five Muther-Phucking roache$ otherwise known as $COTU$ conservatives who've sold out the nation *resign* before I get them impeached.[42]

XV. VERIFICATION BY AN ATTORNEY IN VERY GOOD STANDING (despite the five $COTU$ conservative$' best efforts at having me 'Involuntarily Disbarred' and license unconstitutionally taken.)[41]

I, Missud, BSME, MSCE, CSLB 1E, GC, 18 USC §1513, 31 USC §3279, ю declare as follows:

     I prepared and researched the foregoing Complaint and know the contents thereof. I prepared the thousands of already-registered, attached and/or referenced exhibits. Everything represented in all pleadings is truthful and accurate, except to those matters which are stated upon my information or belief, and to those matters I believe the representations to be true.

     As a 4-year Federal Informant I already gathered over-whelming evidence: proving that judges like Thoma$ and Scalia are criminals and traitors; and with the intent of getting them incarcerated for life term$. Since that job's already been done, I now only seek to expose the named Defendants in this Complaint.

     I declare under the penalty of perjury that the foregoing is true and correct, that this verification was executed in San Francisco California, and that all information was already forwarded to federal law enforcement to get judicial indictments and impeachments for matters outside of this Complaint.

//

Signed as a Title 18 §1513 federal informant, and under the penalty of perjury under the laws of the US Constitution.

*Patrick Missud*
Patrick Missud     November 18, 2013

---

[40] I reiterate that the Five are not and will not become Defendants in this case criminally-proven case.
[41] http://members.calbar.ca.gov/fal/MemberDetail/219644   -Know that not even with a knife or gun in hand, a NYC subway eatin would neither have gotten away with thS.

JS 44 (Rev 12/12) cac (rev. 1/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.*

**I. (a) PLAINTIFFS**
PATRICK A. MISSUD

**(b)** County of Residence of First Listed Plaintiff   San Francisco, CA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRO-SE QUI-TAM AND FEDERAL INFORMANT
PATRICK MISSUD
91 SAN JUAN AVE, SF, CA, 94112; 415-845-3540

**DEFENDANTS**
NATIONAL RIFLE ASSOCIATION; WAYNE LAPIERRE; STATE OF COLORADO, INTERMEDIA OUTDOOR HOLDINGS INC.; DOES 1-200

County of Residence of First Listed Defendant   Virginia
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1   U.S. Government Plaintiff
☒ 3   Federal Question *(U.S. Government Not a Party)*
☐ 2   U.S. Government Defendant
☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product  Product Liability |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument |  Liability / ☐ 367 Health Care/ |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &  Pharmaceutical |  | ☐ 820 Copyrights | ☐ 450 Commerce |
|  & Enforcement of Judgment |  Slander  Personal Injury |  | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'  Product Liability |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted |  Liability / ☐ 368 Asbestos Personal |  |  |  Corrupt Organizations |
|  Student Loans | ☐ 340 Marine  Injury Product | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
|  (Excludes Veterans) | ☐ 345 Marine Product  Liability | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment |  Liability  **PERSONAL PROPERTY** |  Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
|  of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) |  Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending |  Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract |  Product Liability / ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal  Property Damage | ☐ 751 Family and Medical |  | ☐ 893 Environmental Matters |
| ☐ 196 Franchise |  Injury / ☐ 385 Property Damage |  Leave Act |  | ☐ 895 Freedom of Information |
|  | ☐ 362 Personal Injury -  Product Liability | ☐ 790 Other Labor Litigation |  |  Act |
|  |  Medical Malpractice | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights  **Habeas Corpus:** |  |  or Defendant) |  Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☒ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party |  Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate | **IMMIGRATION** |  26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/  Sentence |  |  |  State Statutes |
| ☐ 245 Tort Product Liability |  Accommodations / ☐ 530 General | ☐ 462 Naturalization Application |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - / ☐ 535 Death Penalty | ☐ 465 Other Immigration |  |  |
|  |  Employment  **Other:** |  Actions |  |  |
|  | ☐ 446 Amer. w/Disabilities - / ☐ 540 Mandamus & Other |  |  |  |
|  |  Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 448 Education / ☐ 555 Prison Condition |  |  |  |
|  |  / ☐ 560 Civil Detainee - |  |  |  |
|  |  Conditions of |  |  |  |
|  |  Confinement |  |  |  |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 USC 1331
Brief description of cause:
Violations of Constitutional Due Process, Equality, Privileges and Immunities, ....

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE
DOCKET NUMBER

DATE
11/18/2013

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*   18USC 153, 31 USC 3729

**IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)**
*(Place an "X" in One Box Only)*   ☑ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE   ☐ EUREKA

EXHIBIT E                                                Page 129

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(name, State Bar number, and address):* CA #219614<br>Patrick Missud; 18 USC 1513; 31 USC 3279; Ca CCP 1021.5<br>91 San Juan Ave, SF, CA, 94112<br><br>TELEPHONE NO. 415-845-5540        FAX NO. *(Optional)* 415-584-7251<br>E-MAIL ADDRESS *(Optional):* missudpat@yahoo.com<br>ATTORNEY FOR *(Name):* Pro-Se 4-Year Federal Informant and Qui-Tam Relator Missud | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS: 400 McAllister St.
CITY AND ZIP CODE: San Francisco, 94102
BRANCH NAME: Superior Court

PLAINTIFF/PETITIONER: Patrick Missud et al.

DEFENDANT/RESPONDENT: Wayne LaPierre, National Rifle Association et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>CGC-13-536370 |
|---|---|

TO *(insert name of party being served):* Wayne LaPierre

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: February 12, 2014

18 USC 1513 Federal Informant Missud in official capacity ▶

(TYPE OR PRINT NAME)        (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify):*

Civil Case Cover Sheet; ADR Packet; Notice to Plaintiff; SASE; and List of already caught 18 USC 201 Corrupt Judge$ who've taken corporate bribes in violation of the Hobbs Act to di$mi$$ criminally proven cases like this one.

*(To be completed by recipient):*

Date this form is signed: 2-4-14

Lincoln Bandlow, counsel for Wayne LaPierre
and National Rifle Association

(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶

(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Page 1 of 1
Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

Lathrop & Gage LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067-1623

1 **PROOF OF SERVICE**

2 STATE OF CALIFORNIA          )
                             )   ss
3 COUNTY OF LOS ANGELES       )

4        I am a resident of the State of California, over the age of eighteen years, and not a party to
the within action.  My business address is Lathrop & Gage LLP, 1888 Century Park East, Suite
5 1000, Los Angeles, California 90067-1623.  On March 4, 2014, I served the within document:

6        **NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

7
☐      **VIA FACSIMILE.**  I sent such document(s) from facsimile machine (310) 789-4601 on
8        this day.  I certify that said transmission was completed and that all pages were received and
         that a report was generated, which confirms said transmission and receipt.

9
☒      **VIA U.S. MAIL.**  By placing the document(s) listed above in a sealed envelope with
         postage thereon fully prepaid, addressed as set forth below.  I am readily familiar with the
10       firm's practice of collection and processing correspondence for mailing.  Under that practice
         it would be deposited with the U.S. Postal Service on that same day with postage thereon
11       fully prepaid in the ordinary course of business.

12
☐      **VIA PERSONAL SERVICE.**  By causing document(s) to be personally delivered to the
         person(s) at the address(es) set forth below, on this day via our attorney service.
13
☐      **VIA OVERNIGHT DELIVERY.**  By placing the document(s) listed above, in a sealed
14       Federal Express envelope with postage paid on account and deposited with Federal Express
         at Los Angeles, California, addressed as set forth below.
15
☐      **VIA ELECTRONIC SERVICE.**   By transmitting the document(s) listed above,
16       electronically, via the e-mail addresses set forth below.

17                         *Patrick Missud*
                          *91 San Juan Ave.*
18                     *San Francisco, CA 94112*
                         *Tel: (415) 845-5540*
19                       *Fax: (415) 584-7251*
                       *missudpat@yahoo.com*
20

21       I declare under penalty of perjury in accordance with the laws of the State of California
that the foregoing is true and correct.
22
         Executed on March 4, 2014, at Los Angeles, California.
23

24
                                        _____
25                                              Aida Turner
26

27

28
19619926v1                        - 1 -

POS-015

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: CA #219614<br>Patrick Missud; 18 USC 1513; 31 USC 3279; Ca CCP 1021.5<br>91 San Juan Ave, SF, CA, 94112<br><br>TELEPHONE NO: 415-845-5540      FAX NO. *(Optional)*: 415-584-7251<br>E-MAIL ADDRESS *(Optional)*: missudpat@yahoo.com<br>ATTORNEY FOR *(Name)*: Pro-Se 4-Year Federal Informant and Qui-Tam Relator Missud | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister St.<br>MAILING ADDRESS: 400 McAllister St.<br>CITY AND ZIP CODE: San Francisco, 94102<br>BRANCH NAME: Superior Court | |
| PLAINTIFF/PETITIONER: Patrick Missud et al.<br><br>DEFENDANT/RESPONDENT: Wayne LaPierre, National Rifle Association et al. | |
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER<br>CGC-13-536370 |

TO *(insert name of party being served)*: National Rifle Association

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: February 14, 2014

18 USC 1513 Federal Informant Missud in official capacity ▶          ; 18 USC 1513
              (TYPE OR PRINT NAME)                                 (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify)*:
      Civil Case Cover Sheet; ADR Packet; Notice to Plaintiff; SASE; and List of already-caught 18
      USC 201 Corrupt Judge$ who've taken corporate bribes in violation of the Hobbs Act to di$mi$$
      criminally proven cases like this one.

*(To be completed by recipient):*

Date this form is signed: 3-4-14

Lincoln Bandlow, counsel for Wayne LaPierre
and National Rifle Association
      (TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
       ON WHOSE BEHALF THIS FORM IS SIGNED)

      ▶
      (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
       ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

EXHIBIT F                                                          Page 132

1 **PROOF OF SERVICE**

2 STATE OF CALIFORNIA )
                                              ) ss
3 COUNTY OF LOS ANGELES )

4      I am a resident of the State of California, over the age of eighteen years, and not a party to
   the within action. My business address is Lathrop & Gage LLP, 1888 Century Park East, Suite
5 1000, Los Angeles, California 90067-1623. On March 4, 2014, I served the within document:

6      **NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

7

8 ☐   **VIA FACSIMILE.** I sent such document(s) from facsimile machine (310) 789-4601 on
   this day. I certify that said transmission was completed and that all pages were received and
   that a report was generated, which confirms said transmission and receipt.

9 ☒   **VIA U.S. MAIL.** By placing the document(s) listed above in a sealed envelope with
   postage thereon fully prepaid, addressed as set forth below. I am readily familiar with the
10 firm's practice of collection and processing correspondence for mailing. Under that practice
   it would be deposited with the U.S. Postal Service on that same day with postage thereon
11 fully prepaid in the ordinary course of business.

12 ☐   **VIA PERSONAL SERVICE.** By causing document(s) to be personally delivered to the
   person(s) at the address(es) set forth below, on this day via our attorney service.
13

14 ☐   **VIA OVERNIGHT DELIVERY.** By placing the document(s) listed above, in a sealed
   Federal Express envelope with postage paid on account and deposited with Federal Express
15 at Los Angeles, California, addressed as set forth below.

   ☐   **VIA ELECTRONIC SERVICE.** By transmitting the document(s) listed above,
16 electronically, via the e-mail addresses set forth below.

17
                              *Patrick Missud*
18                            *91 San Juan Ave.*
                         *San Francisco, CA 94112*
19                          *Tel: (415) 845-5540*
                            *Fax: (415) 584-7251*
20                         *missudpat@yahoo.com*

21      I declare under penalty of perjury in accordance with the laws of the State of California
   that the foregoing is true and correct.
22
      Executed on March 4, 2014, at Los Angeles, California.
23

24

25                                              _____
                                                         Aida Turner
26

27

28

19619926v1                          - 1 -

Lathrop & Gage LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067-1623

Patrick Missud, SBN 219614
91 San Juan Ave, San Francisco, CA, 94112
415-845-5540/584-7251 ph/fax
missudpat@yahoo.com
**Engineer: BSME, MSCE, CSLB IE, GC 697370;**
**4-Year: Undercover Mole; FBI Informant; and Qui-Tam Relator;**
**Specialist in getting dopey judges indicted;**
*Mere Attorney in Pro-Per and still in very good standing;*
http://www.sfcourtfraud.com/home.html  and
http://www.sanfranciscosuperiorcourtfraud.com/home.html

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO
UNLIMITED JURISDICTION
CLASS ACTION
High-Profile, Publicized Jury Trial Demanded[1]

| | |
|---|---|
| PATRICK A. MISSUD,<br>and those similarly situated<br><br>vs.<br><br>WAYNE LAPIERRE; NATIONAL RIFLE<br>ASSOCIATION; DOES 1-200. | Case No.: CGC-13-536370<br><br>**REQUEST FOR JUDICIAL NOTICE AND**<br>**DECLARATION REGARDING NOTICE**<br>**OF APPEARANCE BY THESE**<br>**DEFENDANTS**<br><br>No Appearances or Motions |

**MISSUD'S DECLARATION REGARDING WAYNE LAPIERRE'S NOTICE AND**

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT:**

(i) I have personal knowledge of everything as a 4-year Federal Informant & undercover mole.

(1) Find attached Wayne LaPierre'S and his NRA'$ Acknowledgment of Receipt of Summons

and Complaint. They're now represented by Partner Lincoln Bandlow of the venerable, well-

connected, uber-capitalized, nationwide law firm of Lathrop and Gage.[2]

---

[1] The 20 kids murdered in Newtown by Wayne and hiS money-driven NRA will not have died in vain:
http://investigations.nbcnews.com/_news/2013/12/27/21736461-police-release-full-newtown-massacre-report-with-photos-and-video?lite

[2] http://www.lathropgage.com/offices.html

EXHIBIT G                                                    Page 134

(2) Lincoln Bandlow "practices sophisticated business litigation and specializes in litigating First Amendment and intellectual property, … is a frequent speaker on intellectual property issues, … and has written numerous articles for legal publications regarding intellectual property" matters.[3]

(3) I can't wait to discuss 'sophisticated matters' with 'intellectual property' mental-maven, "magna-cum-laude, University of California BA, and super-lawyer" Bandlow. I hope I can keep up having but a Bachelors in Mechanical Engineering from top-5 Carnegie Mellon University, and a Masters in Civil Engineering from San Francisco State University. If I'm on the ball, then perhaps we can discuss: 4th order polynomials; heat transfer characteristics of 5150 Aluminum in a vacuum (trick question); or flame propagation rates of stochiometric diesel fuel and air at .9 ambient atmospheres. 30:1 CR, & 300 Kelvin.

(4) Since Bandlow also "specializes in litigating First Amendment" issues, perhaps he can explain why the NRA was allowed 40 minutes to speak in Idaho, where a Single $olitary $tate Repre$entative wanted concealed-carry gun$ allowed in all 8 of the state's Universities; but didn't allow any speech from the Police Chief who opposed such a bone-head move: http://www.nytimes.com/2014/02/28/opinion/when-may-i-shoot-a-student.html?_r=0

(5) Lincoln- Know that of the $uperior Court'$ 52 judge$, I already exposed NINE as 18 USC §201 Corrupt. When you subtract: Commissioners; Small Claims, Asbestos, Probate, Landlord-Tenant, Drug, Traffic Court, and visiting judge$ from the 52, that leaves about 30 bona-fide judge$ who might handle our case. NINE of the 30 'apple$' are rotten. I guarantee that- you, your firm, Wayne and hi$ uber-wealthy NRA can buy any of the other 21 rotten judge$ a$ well. //

Submitted to cause: *OVER 90* state and federal judge$' indictments for Hobbs Act corruption; and exposure of the NRA as a murder for money organization headed by a psychopath named Wayne LaPierre.

*Patrick Missud*
_____

Patrick Missud          March 14, 2014
Protected 18 USC §1513 Federal Informant so go phuk yourselve$.

[4] http://www.lathropgage.com/lbandlow

PROOF OF SERVICE:

I'm a citizen of the United States whose 1st, 4th, 5th, 10th and 14th amendment rights were infringed by Wayne LaPierre and his corporate-bought judge$. I'm over 18 years of age and a 4-year FBI Informant. My address is: 91 San Juan Avenue, San Francisco, California, 94112. I'm employed in the County of San Francisco, where this (e)mailing occurred. On March 14, 2014 I served the following:

## REQUEST FOR JUDICIAL NOTICE AND DECLARATION REGARDING NOTICE OF APPEARANCE BY THESE DEFENDANTS

By mailing and/or by personal service, fax, _email_:

lhandlow@lathropgage.com

_Wayne'$ Psychos and Murder-for-Money-Miscreants_:
nracrdf@nrahq.org, paul@paulneuharth.com, info@paulneuharth.com, cmichel@michellawyers.com, GMcRoberts@michellawyers.com, SBrady@michellawyers.com, contact@bancroftpllc.com, sphalbrook@gmail.com, webmngr@i2i.org, dave@davekopel.org, alan@gurapossessky.com, laura@gurapossessky.com, DKates@michellawyers.com,

_Sensible Attorneys representing the majority of Americans who want gun restrictions even though gun$ are really, really, really profitable for Wayne'$ Psychos and Murder-for-Money-Miscreants_:
jchapin@sdcounty.ca.gov, jcastman@chapman.edu, neil.ohanlon@hoganlovells.com, adam.levin@hoganlovells.com, chartey.quarcoo@hoganlovells.com, samson.asiyanbi@hoganlovells.com, media@bradynetwork.org, prc@jones-mayer.com, mjm@jones-mayer.com, sfrankel@cov.com, rbuschell@cov.com, cityattorney@sfgov.org

I declare under the penalty of perjury as a 4-Year Federal Informant who already linked 78 corrupt judge$ to corporate Special intere$t$ like Wayne LaPierre'S that the forgoing is true and correct, and that this pleading is submitted to get maximum exposure of Hobbs Act corruption.

_Patrick Missud_ _____      3-14-14 _____
Patrick Missud                                    Date
18 USC §1513, 31 USC §3279, CCP §1021.5, BSME, MSCE, GC B697370, CSLB IE, JD
http://www.sanfranciscosuperiorcourtfraud.com/home.html
http://www.sfcourtfraud.com/home.html