**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD, | No. C 14-01223 WHA |
| Plaintiff, | |
| v. | |
| WAYNE LAPIERRE; NATIONAL RIFLE ASSOCIATION; and DOES 1–200, | **ORDER RE FILING ON APRIL 28** |
| Defendants. | |

On April 24, defendant's motion to dismiss was granted, the May hearings were vacated, and judgment was entered (Dkt. No. 29, 30). On April 28, the Clerk's office received a "demand for judicial notice of party admi$$ion$- Namely Wayne Lapierre'$$$$$$$." Plaintiff Patrick Missud's request for judicial notice is **DENIED AS MOOT**.

The undersigned judge notes that Attorney Missud stated: "Your failure to $o NOTICE will cause you to die a miserable death in a federal prison next to your cell-mate, Murder-for-Money Wayne LaPierre."

**IT IS SO ORDERED.**

Dated: April 29, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE