IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD, <br><br> Plaintiff, <br><br> v. <br><br> WAYNE LAPIERRE, et al., <br><br> Defendants. | No. C 14-01223 WHA <br><br> **ORDER DENYING** <br> **RULE 60(b) MOTION** |

In 2012, Attorney Patrick Missud was declared a vexatious litigant. *Missud v. San Francisco Superior Court*, No. 12-cv-3117, 2012 U.S. Dist. Lexis 137351, at *9–*10 (N.D. Cal. Sept. 24, 2012). In 2013, the vexatious litigant order was expanded to make all of Missud's filings in this district subject to pre-filing review by the undersigned judge. *Missud v. National Rifle Association*, No 13-mc-80263, Dkt. No. 4 (N.D. Cal. Dec. 2, 2013). In July 2013, he was placed on involuntary inactive status with the State Bar of California. The State Bar decision states that Missud "has total disdain for the legal profession and the judicial process." *In the Matter of Patrick Alexandre Missud*, No. 12-O-10026-LMA (Cal. St. B. July 1, 2013).

In April 2014, an order granted defendants' motion to dismiss this action on the basis that his complaint was incoherent and failed to state a claim (Dkt. No. 29). In March 2015, Our court of appeals summarily affirmed (Dkt. No. 41). Now, more than a year later, Missud seeks to set aside the judgment under Rule 60(b). To the extent comprehensible, Missud's argument is a plainly frivolous attempt to resurrect this vexatious litigation based on no more than alleged

shifts in popular opinion relating to gun control regulation and inflammatory meritless accusations of corruption.

Missud's motion is **DENIED.**

**IT IS SO ORDERED.**

Dated: September 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE